GLENN D. POMERANTZ (State Bar No. 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (State Bar No. 235670)
Melinda.Lemoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARY, INC.,<br><br>Defendants. | CASE NO.  CV 07-03314 PSG (MANx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MELINDA E. LEMOINE IN SUPPORT OF DEFENDANTS' MOTION AND BRIEF IN SUPPORT OF PROPOSED RESOLUTION OF REMAINING DISCOVERY ISSUES**<br><br>Judge:      The Honorable Margaret A. Nagle<br>Date:<br>Time:<br>Dept:       Courtroom 580<br><br>Discovery Cut-Off:  November 3, 2008<br>Final Pretrial Conference: January 12, 2009<br>JURY TRIAL: FEBRUARY 3, 2009 |

DECLARATION OF
MELINDA E. LeMOINE

6304020.1

# DECLARATION OF MELINDA E. LEMOINE

I, Melinda E. LeMoine, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record to the Defendants in this action. The contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. Attached as Exhibit A is a true and correct copy of Defendants' Third Set of Requests for Production. Attached as Exhibit B is a true and correct copy of Defendants Third Set of Interrogatories. These were served on Plaintiffs' counsel on August 6, 2008, which meant that Plaintiffs' responses were due thirty days later, on September 5, 2008. Fed. R. Civ. Proc. 34.

3. Plaintiffs did not respond to these Requests for Production and Interrogatories until almost a week after they were due, on September 11, 2008. Attached as Exhibits C and D are true and correct copies of Plaintiffs' Responses and Objections to Defendants Third Set of Requests for Production and Third Set of Interrogatories.

4. Attached as Exhibit E is a true and correct copy of Defendants Fourth Set of Requests for Production, served on October 1, 2008.

5. Attached as Exhibit F is a true and correct copy of a Notice of Deposition Pursuant to Rule 30(b)(6) on Plaintiff F.B.T. Productions, seeking testimony related to the recording agreements produced on October 28 and on any other documents ordered produced by this Court.

6. Attached as Exhibit G is a true and correct copy of a letter from Melinda LeMoine to Richard Busch, sent on October 8, 2008.

7. Attached as Exhibit H is a true and correct copy of an email exchange between Richard Busch and Melinda LeMoine, dated October 20, 2008.

1        8.    Attached as Exhibit I is a true and correct copy of an email string
2  between Melinda LeMoine, Marc Guilford, and Richard Busch dated October 27
3  and 28, 2008.
4        9.    Attached as Exhibit J is a true and correct copy of a letter from Richard
5  Busch to Melinda LeMoine dated October 28, 2008.
6        10.    Attached as Exhibit K is a true and correct copy of an email exchange
7  between Richard Busch and Melinda LeMoine dated November 1, 2008.
8        11.    Attached as Exhibit L is a true and correct copy of an email exchange
9  between Gary Stiffelman and Mark Levinsohn dated April 25-26, 2007 that was
10 produced by Plaintiffs in this action at FBT-00208-9. The email from Mr.
11 Levinsohn states that it attaches a copy of the Complaint in this matter.
12       12.    Attached as Exhibit M is a true and correct copy of an email exchange
13 between Gary Stiffelman and Mark Levinsohn dated October 27, 2008 that was
14 produced by Plaintiffs in this action at FBT 00662-63.
15       13.    Attached as Exhibit N is a true and correct copy of the summary
16 information available on Westlaw of the Michigan public records filings for Plaintiff
17 F.B.T. Productions, LLC.
18       14.    Attached as Exhibit O is a true and correct copy of the summary
19 information available on Westlaw of the Michigan public records filings for
20 Plaintiff's affiliated record label, WEB Entertainment, Inc.
21       15.    Attached as Exhibit P is a true and correct copy of the summary
22 information available on Westlaw of the Michigan public records filings for Plaintiff
23 Em2M, LLC.
24       16.    Attached as Exhibit Q are true and correct copies of excerpts from the
25 deposition transcripts of Jeffrey Erwin Bass and Joel Martin, taken on May 21, 2008
26 and May 14, 2008 respectively.
27       17.    Attached as Exhibit R is a true and correct copy of a letter from
28 Richard Busch to Melinda LeMoine dated October 31, 2008.

1  18. Attached as Exhibit S is a true and correct copy of an email from Richard Busch to Melinda LeMoine sent on October 31, 2008.

2  19. Attached as Exhibit T is a true and correct copy of an email from Richard Busch to Glenn Pomerantz dated May 19, 2008.

3  20. Attached as Exhibit U is a true and correct copy of an email from Glenn Pomerantz to Richard Busch dated October 14, 2008.

4  21. Attached as Exhibit V is a true and correct copy of an email from Richard Busch to Kelly Klaus dated October 16, 2008. At item number 6, Mr. Busch informs Defendants that Plaintiffs will reserve the right to call Eminem's representatives as witnesses at trial.

5  22. Attached as Exhibit W is a true and correct copy of an agreement entitled "Master Purchase Agreement" dated May 1, 2003, which was produced by Plaintiffs in this action on October 28, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 7th day of November 2008 at Los Angeles, California.

/s/ *Melinda E. LeMoine*

Melinda E. LeMoine