# LeMOINE DECLARATION EXHIBIT K

**From:** Richard Busch [rbusch@kingballow.com]
**Sent:** Saturday, November 01, 2008 2:09 PM
**To:** LeMoine, Melinda; Marc Guilford
**Cc:** Klaus, Kelly; Pomerantz, Glenn; mblock@glaserweil.com
**Subject:** Re: Plaintiffs' Responses to 4th Set of Document Requests

Melinda:

I guess you are not enjoying your weekend. Hopefully tomorrow will be a better day for you. It is beautiful here in Nashville.

As far as your email is concerned, I am at my daughter's soccer game so I will respond at a later time, but suffice it to say that we disagree with your hysteria and with what you say. I also think that, given the history of discovery, your email truly is the pot calling the kettle black. Try and have a nice night, and relacx a bit. You are trying to be too much like Kelly. It is not healthy.


----- Original Message -----
From: LeMoine, Melinda <Melinda.LeMoine@mto.com>
To: Richard Busch; Marc Guilford
Cc: Klaus, Kelly <Kelly.Klaus@mto.com>; Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; mblock@glaserweil.com <mblock@glaserweil.com>
Sent: Sat Nov 01 15:58:59 2008
Subject: RE: Plaintiffs' Responses to 4th Set of Document Requests

Richard:

The point is, we have no way of knowing what you may have overlooked. The burden is yours. By signing the letter, you have certified that the inquiry was reasonable. If you think you or your client may have overlooked something, then you should look harder.

As for your comment about my weekend: Even though you promised to belatedly respond to my October 8 letter on Monday, and you were due to serve responses to our Fourth RFP on Thursday, you did neither until Friday after five. So, yes, I am in the office on Saturday. Since that is entirely a result of your failure to comply with the FRCP, the Court's local rules, and your own committments to get me the answers that I'm entitled to by early this week, I think the appropriate response would be to apologize. If that's too much to hope for, then at least spare me the sarcasm.

Thank you,

Melinda


Melinda Eades LeMoine | Munger, Tolles & Olson LLP
(t) 213.683.9171| (f) 213.683.4071 | melinda.lemoine@mto.com

***NOTICE***

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

Exhibit K, Page 77

_____

From: Richard Busch [mailto:rbusch@kingballow.com]
Sent: Saturday, November 01, 2008 1:25 PM
To: LeMoine, Melinda; Marc Guilford
Cc: Klaus, Kelly; Pomerantz, Glenn; mblock@glaserweil.com
Subject: Re: Plaintiffs' Responses to 4th Set of Document Requests


Melinda:

So happy to see you are enjoying your weekend.  I will respond to your email in a detailed way in a later email, but as far as 1 is concerned, if you believe we have overlooked an agreement, please let me know what you believe has been overlooked, and I will ask about it.

----- Original Message -----
From: LeMoine, Melinda <Melinda.LeMoine@mto.com>
To: Richard Busch; Marc Guilford
Cc: Klaus, Kelly <Kelly.Klaus@mto.com>; Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; mblock@glaserweil.com <mblock@glaserweil.com>
Sent: Sat Nov 01 14:34:49 2008
Subject: RE: Plaintiffs' Responses to 4th Set of Document Requests

Richard and Marc:

I have some preliminary questions and clarifications about your letter of 10/31 and your responses/objections to our fourth set of RFPs:

1.  In your letter, you certify that the three documents produced last week are "all agreements that have been located pursuant to which FBT or Em2M has an interest in revenues that have been generated by the exploitation of sound recordings by any artist."  We understand this certification to include your guarantee that the search done to locate these agreements was reasonable.  See Fed. R. Civ. Proc. 26(g) (attorney signature confirms that information was provided after a reasonable inquiry).

2.  These three documents were produced pursuant to an RFP that accompanied interrogatories.  Those interrogatories asked to identify all such agreements, and asked follow-up questions regarding the agreements' provisions.  To the extent there are any agreements that Plaintiffs have not physically located to produce, all such agreements should nonetheless be identified and described in the interrogatory responses.  I consider your certification as to the completeness of the document production to apply as well to the completeness of your interrogatory responses.  If that is not the case, supplement the interrogatory responses by the end of the day Monday, November 3.

3.  For several of the categories of documents requested in our Fourth Set of RFPs, you have said that you will produce or have produced all "relevant" documents.  In light of Monday's discovery close, we need to know now when we will receive the documents you say you will produce.  Also, if you are withholding (or plan to withhold) any documents called for in the requests on the ground of relevance, say so and describe specifically what you are or are not producing.  See Rutter Guide on Civil Procedure Before Trial, Section 11:1915.  Otherwise, we have no way of assessing whether we will be receiving all we are entitled to receive.

Of course, we reserve our rights to object to other issues raised by your letter and your responses/objections to our fourth set of RFPs.


Melinda Eades LeMoine | Munger, Tolles & Olson LLP
(t) 213.683.9171| (f) 213.683.4071 | melinda.lemoine@mto.com

**Exhibit K, Page 78**

***NOTICE***

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited.  If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer.  Thank you.

_____

From: Marc Guilford [mailto:mguilford@KingBallow.com]
Sent: Friday, October 31, 2008 8:22 PM
To: LeMoine, Melinda; Klaus, Kelly; Pomerantz, Glenn
Cc: Richard Busch; mblock@chrisglase.com
Subject: Plaintiffs' Responses to 4th Set of Document Requests

Counsel,

Please see the attached.

Thank you,

Marc R. Guilford

King & Ballow

315 Union Street, Suite 1100

Nashville, TN 37201

Phone: 615.726.5431

Fax: 615.248.2860

**Exhibit K, Page 79**