# LeMOINE DECLARATION EXHIBIT M

# EXHIBIT M

# FILED

# UNDER

# SEAL