GLENN D. POMERANTZ (State Bar No. 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (State Bar No. 235670)
Melinda.Lemoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARY, INC.,<br><br>                    Defendants. | CASE NO.  CV 07-03314 PSG (MANx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MELINDA E. LEMOINE IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF PROPOSED RESOLUTION OF REMAINING DISCOVERY ISSUES**<br><br>Judge:        The Honorable Margaret A. Nagle<br>Date:<br>Time:<br>Dept:        Courtroom 580<br><br>Discovery Cut-Off:  November 3, 2008<br>Final Pretrial Conference:  January 12, 2009<br>JURY TRIAL:  FEBRUARY 3, 2009 |

6319873.1

## DECLARATION OF MELINDA E. LEMOINE

I, Melinda E. LeMoine, declare as follows:

1.      I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record to the Defendants in this action.  The contents of this declaration are within my personal knowledge.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2.      Attached as Exhibit X is a true and correct copy of Judge Phillip Gutierrez's Order for Jury Trial in this matter, entered on November 20, 2007.

3.      Attached as Exhibit Y is a true and correct copy of a letter sent by Glenn Pomerantz on May 9, 2008, which offered an enclosed summary revenue schedule to resolve Plaintiffs' outstanding revenue requests.

4.      Attached as Exhibit Z is a true and correct copy of an email I sent to Plaintiffs' counsel on May 16, 2008, providing the requested native version of the spreadsheet and giving the end-date for the data included in the report.

5.      Attached as Exhibit AA is a true and correct copy of an email sent to me from Richard Busch on May 19, 2008, accepting our compromise on the revenue issue and approving a proposed Order to that effect.

6.      Attached as Exhibit BB  is a true and correct copy of this Court's Order indicating that the parties had resolved the revenue issues, entered on May 19, 2008.

7.      Attached as Exhibit CC is a true and correct copy of an agreement between FBT-Martin Affiliated LLC and Waverly Walter Alford dated May 29, 2003, which Plaintiffs produced in this action on October 28, 2008 at FBT-00668.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 10th day of November 2008 at Los Angeles, California.


_/s/ Melinda E. LeMoine_

Melinda E. LeMoine

DECLARATION OF
MELINDA E. LeMOINE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF
MELINDA E. LeMOINE