GLENN D. POMERANTZ (State Bar No. 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (State Bar No. 235670)
Melinda.Lemoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARY, INC.,<br><br>Defendants. | CASE NO. CV 07-03314 PSG (MANx)<br><br>**DECLARATION OF MELINDA E. LEMOINE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Phillip S. Gutierrez<br>Date: January 5, 2009<br>Time: 1:30 P.M.<br>Dept: Roybal 790<br><br>Discovery Cut-Off: November 3, 2008<br>Final Pretrial Conference: January 12, 2009<br>JURY TRIAL: FEBRUARY 3, 2009 |

# DECLARATION OF MELINDA E. LEMOINE

I, Melinda E. LeMoine, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record to the Defendants in this action. The contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. Attached as Exhibit A is a true and correct copy of the document marked as Exhibit 200 at the deposition of Joel Martin, who testified to its authenticity. (*See* Ex. H to this Declaration at 224:23-228:5.) It is the "Exclusive Artist Recording Agreement" between Plaintiff F.B.T. Productions and Marshall B. Mathers, dated November 29, 1995. This exhibit has been designated Confidential pursuant to the Modified Protective Order entered on September 17, 2008 (Docket No. 123).

3. Attached as Exhibit B is a true and correct copy of the document marked as Exhibit 211 at the deposition of Gary Cohen, who testified to its authenticity. (*See* Ex. J to this Declaration at 292:18-293:24.) It is a November 9, 2005 email from Mr. Cohen to Theo Sedlmayr, which was produced in this action by Mr. Cohen at bates-number GCC13892. This exhibit has been designated Confidential pursuant to the Modified Protective Order entered on September 17, 2008 (Docket No. 123).

4. Attached as Exhibit C is a true and correct copy of a decision granting a motion to dismiss in a case entitled *Allman Brothers v. SonyBMG Music Entertainment,* 2008 WL 2377265 (S.D.N.Y. June 18, 2008).

5. Attached as Exhibit D is a true and correct copy of an article that appeared in the *New York Times* on November 25, 2008 entitled "Digital Sales Surpass CDs at Atlantic," which I downloaded and printed from the website http://www.nytimes.com/2008/11/26/business/media/26music.html?_r=1&emc=eta1 on December 2, 2008.

6.     Attached as Exhibit E is a true and correct copy of the document marked as Exhibit 209 at the deposition of Gary Cohen, who testified to its authenticity.  (See Ex. J to this Declaration at 289:13-290:3.)  It is a letter to Joel Martin and Marshall Mathers from Stephanie Polansky of UMG Recordings, Inc. dated May 8, 2007, which was produced in this action by Defendants at AFT-0001096-AFT-0001102.  This exhibit has been designated Confidential pursuant to the modified Protective Order entered on September 17, 2008 (Docket No. 123).

7.     Attached as Exhibit F is a true and correct copy of an email exchange between Plaintiffs' counsel and Defendants' counsel (including myself) dated October 15-16, 2008, in which Plaintiffs' counsel confirms that Plaintiffs will agree not to call Eminem to testify in the event there is a trial.

8.     Attached as Exhibit G is a true and correct copy of a document that was marked as Exhibit 64 at the Deposition of Rand Hoffman.  It is a letter dated March 24, 2004 addressed to the heads of major record companies and purporting to be signed by several music industry lawyers.

9.     Attached as Exhibit H is a true and correct copy of excerpts from the certified transcript of the Deposition of Joel Martin, taken on May 14, 2008.

10.    Attached as Exhbit I is a true and correct copy of excerpts from the certified transcript of the Deposition of Mark Levinsohn, taken on July 15, 2008.

11.    Attached as Exhibit J is a true and correct copy of excerpts from the certified transcript of the Deposition of Gary Cohen, taken on May 15, 2008.

12.    Attached as Exhibit K is a true and correct copy of excerpts from the certified transcript of the Deposition of Jeffrey Bass, taken on May 21, 2008.

13.    Attached as Exhibit L is a true and correct copy of excerpts from the certified transcript of the Deposition of Mark Bass, taken on November 12, 2008.

14.    Attached as Exhibit M is a true and correct copy of excerpts from the certified transcript of the Deposition of Peter Paterno, taken on April 30, 2008.

15. Attached as Exhibit N is a true and correct copy of excerpts from the certified transcript of the Deposition of David Weinberg, taken on October 17, 2008.

16. Attached as Exhibit O is a true and correct copy of excerpts from the certified transcript of the Deposition of David Weinberg, taken on October 17, 2008. This exhibit has been designated Attorneys' Eyes Only pursuant to the Modified Protective Order entered on September 17, 2008 (Docket No. 123).

17. Attached as Exhibit P is a true and correct copy of excerpts from the certified transcript of the Deposition of Rand Hoffman, taken on May 22, 2008.

18. Attached as Exhibit Q is a true and correct copy of excerpts from the certified transcript of the Deposition of Larry Kenswil, taken on May 23, 2008.

19. Attached as Exhibit R is a true and correct copy of a excerpts from the certified transcript of the Deposition of Lisa Rogell, taken on May 5, 2008.

20. Attached as Exhibit S is a true and correct copy of excerpts from the certified transcript of the Deposition of Michael Ostroff, taken on June 5, 2008.

21. Attached as Exhibit T is a true and correct copy of excerpts from the certified transcript of the Deposition of Eddy Cue, taken on June 20, 2008. This exhibit has been designated Confidential pursuant to the modified Protective Order entered on September 17, 2008 (Docket No. 123).

22. Attached as Exhibit U is a true and correct copy of excerpts from the certified transcript of the Deposition of Steve Jobs, taken on May 27, 2008. This exhibit has been designated Confidential pursuant to the modified Protective Order entered on September 17, 2008 (Docket No. 123).

23. Attached as Exhibit V is a true and correct copy of excerpts from the certified transcript of the Deposition of Jimmy Iovine, taken on September 16, 2008.

24. Attached as Exhibit W is a true and correct copy of excerpts from the certified transcript of the 30(b)(6) Deposition of T-Mobile, deponent Ethan Gustav, taken on October 30, 2008. This exhibit has been designated Attorneys' Eyes Only

1  pursuant to the modified Protective Order entered on September 17, 2008 (Docket
2  No. 123).
3      25.    I declare under penalty of perjury under the laws of the United States
4  that the foregoing is true and correct and that this declaration was executed this 2nd
5  day of December 2008 at Los Angeles, California.

                                    /s/ *Melinda E. LeMoine*
                                       Melinda E. LeMoine