# EXHIBIT N

DEPOSITION OF DAVID WEINBERG

```
 1              UNITED STATES DISTRICT

 2           CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5
    F.B.T. PRODUCTIONS, LLC,      )
 6  AND EM2M, LLC,                )
                                  )
 7              PLAINTIFFS,       )
                                  )   CASE NO.
 8    VS.                         )   CV 07-3314 PSG (MANX)
                                  )
 9  AFTERMATH RECORDS DOING       )
    BUSINESS AS AFTERMATH         )
10  ENTERTAINMENT; INTERSCOPE     )
    RECORDS; UMG RECORDINGS,      )
11  INC.; AND ARY, INC.,          )
                                  )
12              DEFENDANTS.       )
    _____)
13

14

15              (PAGES 1 THROUGH 141)

16

17         DEPOSITION OF DAVID WEINBERG, TAKEN

18         ON BEHALF OF THE PLAINTIFFS, AT

19         10250 CONSTELLATION BOULEVARD,

20         LOS ANGELES, CALIFORNIA, COMMENCING

21         AT 9:14 A.M., FRIDAY, OCTOBER 17,

22         2008, BEFORE KELLI C. NORDEN, CSR

23         NUMBER 7200.

24

25
                                                2
```

Exhibit N, Page 346

## DEPOSITION OF DAVID WEINBERG

```
10:08:16  1   UNIVERSAL HAS MADE A DETERMINATION THAT, WITH
10:08:19  2   RESPECT TO LIMITED DOWNLOADS, ARTISTS SHOULD BE
10:08:22  3   PAID 50 PERCENT OF UNIVERSAL'S NET RECEIPTS UNDER
10:08:25  4   THE LICENSING PROVISION IN THE RECORDING
10:08:25  5   AGREEMENTS?
10:08:26  6            MR. KLAUS:  OBJECTION; VAGUE AND
10:08:26  7   AMBIGUOUS.
10:08:27  8   BY MR. BUSCH:
10:08:27  9        Q.  GO AHEAD.
10:08:28 10        A.  CAN YOU ASK THE QUESTION AGAIN,
10:08:29 11   PLEASE?
10:08:31 12        Q.  WELL, LET'S -- LET ME DIRECT YOU TO
10:08:31 13   SOMETHING.
10:08:31 14        A.  SURE.
10:08:33 15        Q.  I'VE GIVEN YOU A NOTEBOOK OF
10:08:36 16   PREVIOUSLY MARKED EXHIBITS.  IT'S --
10:08:36 17        A.  YES.
10:08:37 18        Q.  -- IN FRONT OF YOU.
10:08:37 19        A.  YES.
10:08:38 20        Q.  WOULD YOU TURN TO THE FIRST
10:08:42 21   DOCUMENT IN THIS NOTEBOOK.  IT'S EXHIBIT NUMBER 5.
10:08:42 22        A.  SURE.
10:08:45 23        Q.   IT'S TAB 5.  AND I'D LIKE TO DIRECT
10:08:52 24   YOUR ATTENTION TO PARAGRAPH 4(C)(V), WHICH IS ON
         25   PAGE 6, BATES STAMPED A.F.T. 20119.
```

56

**Exhibit N, Page 347**

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:08:59 | 1 | ARE YOU THERE? |
| 10:09:00 | 2 | A.   NO.   I'M SORRY.   NOT YET. |
| 10:09:15 | 3 | Q.   OKAY.   PAGE 6. |
| 10:09:23 | 4 | (DOCUMENT REVIEWED BY DEPONENT.) |
| 10:09:23 | 5 | BY MR. BUSCH: |
| 10:09:24 | 6 | Q.   ARE YOU THERE? |
| 10:09:24 | 7 | A.   YES.   SORRY. |
| 10:09:26 | 8 | Q.   OKAY.   WOULD YOU TURN YOUR |
| 10:09:28 | 9 | ATTENTION TO PARAGRAPH V, WHICH BEGINS: |
| 10:09:31 | 10 | "ON MASTERS LICENSED BY US." |
| 10:09:32 | 11 | DID YOU LOCATE IT? |
| 10:09:33 | 12 | A.   YES, I HAVE. |
| 10:09:34 | 13 | Q.   AND DO YOU SEE WHERE IT SAYS: |
| 10:09:35 | 14 | "ON MASTERS LICENSED BY US |
| 10:09:39 | 15 | OR OUR N.R.S. LICENSEES TO OTHERS |
| 10:09:41 | 16 | FOR THEIR MANUFACTURE AND SALE OF |
| 10:09:43 | 17 | RECORDS OR FOR ANY OTHER USES, |
| 10:09:45 | 18 | YOUR ROYALTY SHALL BE IN AN |
| 10:09:47 | 19 | AMOUNT EQUAL TO 50 PERCENT OF OUR |
| 10:09:48 | 20 | NET RECEIPTS FROM THE SALE OF |
| 10:09:49 | 21 | THOSE RECORDS OR FROM THOSE OTHER |
| 10:09:50 | 22 | USES OF THE MASTERS"? |
| 10:09:51 | 23 | A.   YES, I SEE THAT. |
| 10:09:53 | 24 | Q.   OKAY.   FIRST OF ALL, HAVE YOU EVER |
| | 25 | SEEN THIS CONTRACT BEFORE? |

57

Exhibit N, Page 348

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:09:56 | 1 | THIS IS THE ORIGINAL RECORDING |
| 10:09:59 | 2 | AGREEMENT BETWEEN F.B.T., THE PLAINTIFF IN THIS |
| 10:10:02 | 3 | CASE, AND AFTERMATH RECORDS. |
| 10:10:03 | 4 | HAVE YOU EVER SEEN THIS DOCUMENT |
| 10:10:03 | 5 | BEFORE? |
| 10:10:05 | 6 | A.   I DON'T RECALL EVER SEEING THIS |
| 10:10:06 | 7 | DOCUMENT. |
| 10:10:08 | 8 | Q.   OKAY.  ARE YOU FAMILIAR WITH THIS |
| 10:10:11 | 9 | PROVISION FOUND IN RECORDING AGREEMENTS, THIS |
| 10:10:13 | 10 | LICENSING PROVISION THAT IS FOUND IN -- GENERAL |
| 10:10:16 | 11 | PROVISION THAT'S IN LICENSE -- THAT'S IN RECORDING |
| 10:10:16 | 12 | AGREEMENTS? |
| 10:10:18 | 13 | MR. KLAUS:  OBJECTION; VAGUE AND |
| 10:10:20 | 14 | AMBIGUOUS, ASSUMES FACTS NOT IN EVIDENCE. |
| 10:10:21 | 15 | BY MR. BUSCH: |
| 10:10:22 | 16 | Q.   LET ME REPHRASE THE QUESTION. |
| 10:10:24 | 17 | ARE YOU FAMILIAR WITH THE FACT THAT |
| 10:10:26 | 18 | IN RECORDING AGREEMENTS, THERE IS OFTEN A |
| 10:10:30 | 19 | PROVISION LIKE THIS, PROVIDING FOR A SEPARATE |
| 10:10:32 | 20 | ROYALTY RATE FOR LICENSES OF MASTERS? |
| 10:10:33 | 21 | MR. KLAUS:  OBJECTION; VAGUE AND |
| 10:10:33 | 22 | AMBIGUOUS. |
| 10:10:34 | 23 | BY MR. BUSCH: |
| 10:10:34 | 24 | Q.   GO AHEAD. |
| | 25 | A.   I HAVEN'T SEEN THIS SPECIFIC |

58

Exhibit N, Page 349

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:10:41 | 1 | PROVISION BEFORE.  I AM FAMILIAR WITH WHAT WE CALL |
| 10:10:46 | 2 | AN ANCILLARY RECEIPTS TYPE OF PROVISION.  IF |
| 10:10:48 | 3 | THAT'S WHAT YOU'RE REFERRING TO HERE, THEN I'VE |
| 10:10:50 | 4 | SEEN A PROVISION LIKE IT. |
| | 5 | MR. BUSCH:  MOVE TO STRIKE. |
| 10:10:51 | 6 | BY MR. BUSCH: |
| 10:10:52 | 7 | Q.  AND I NEED YOU TO ANSWER MY |
| 10:10:52 | 8 | QUESTION. |
| 10:10:55 | 9 | MR. KLAUS:  OBJECTION.  I OPPOSE |
| 10:10:58 | 10 | THAT.  JUST BECAUSE YOU DON'T LIKE HIS ANSWER, YOU |
| 10:10:59 | 11 | CAN'T MOVE TO STRIKE. |
| 10:11:00 | 12 | MR. BUSCH:  I CAN MOVE TO STRIKE. |
| 10:11:02 | 13 | IT MAY BE A GOOD OBJECTION; IT MAY NOT BE.  BUT |
| 10:11:03 | 14 | I'M GOING TO MOVE TO STRIKE AS BEING |
| 10:11:03 | 15 | NONRESPONSIVE. |
| 10:11:05 | 16 | MR. KLAUS:  I -- I OPPOSE -- I |
| 10:11:05 | 17 | OPPOSE THE MOTION. |
| 10:11:07 | 18 | MR. BUSCH:  FINE.  YOU CAN'T RULE |
| 10:11:07 | 19 | ON IT ALSO, THOUGH. |
| 10:11:08 | 20 | BY MR. BUSCH: |
| 10:11:09 | 21 | Q.  I'M GOING TO ASK THE QUESTION |
| 10:11:11 | 22 | AGAIN:  ARE YOU FAMILIAR WITH PROVISIONS LIKE THIS |
| 10:11:12 | 23 | IN RECORDING AGREEMENTS -- |
| 10:11:13 | 24 | MR. KLAUS:  OBJECTION -- |
| | 25 | /// |

59

Exhibit N, Page 350

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:11:13 | 1 | BY MR. BUSCH: |
| 10:11:15 | 2 | Q.   -- THAT PROVIDE FOR 50 PERCENT |
| 10:11:18 | 3 | PAYMENT TO ARTISTS OF THE RECORD LABEL'S NET |
| 10:11:20 | 4 | RECEIPTS FROM LICENSES OF MASTERS? |
| 10:11:21 | 5 | ARE YOU FAMILIAR WITH THAT? |
| 10:11:22 | 6 | MR. KLAUS:  OBJECTION.  THE |
| 10:11:24 | 7 | QUESTION'S BEEN ASKED AND ANSWERED. |
| 10:11:25 | 8 | IF YOU HAVE ANYTHING TO ADD TO YOUR |
| 10:11:29 | 9 | PRIOR ANSWER, YOU CAN -- YOU CAN SAY SO, BUT |
| 10:11:31 | 10 | YOU -- YOU'RE NOT -- YOU'RE NOT -- YOU'RE NOT -- |
| 10:11:32 | 11 | YOU'RE NOT REQUIRED TO GIVE A DIFFERENT ANSWER |
| | 12 | JUST BECAUSE -- |
| 10:11:33 | 13 | BY MR. BUSCH: |
| 10:11:34 | 14 | Q.  JUST "YES" OR "NO":  ARE YOU |
| 10:11:36 | 15 | FAMILIAR WITH THIS PROVISION?  WITHOUT ARGUING |
| 10:11:38 | 16 | ABOUT WHAT IT'S CALLED OR YOU WANT TO CALL IT |
| 10:11:40 | 17 | "ANCILLARY PROVISION" -- WHATEVER YOU WANT TO CALL |
| 10:11:40 | 18 | IT, I DON'T CARE. |
| 10:11:42 | 19 | WHAT I WANT TO KNOW IS:  ARE YOU |
| | 20 | FAMILIAR WITH PROVISIONS LIKE THIS IN RECORDING |
| 10:11:45 | 21 | AGREEMENTS? |
| 10:11:47 | 22 | A.  I HAVE NOTHING TO ADD TO MY |
| 10:11:47 | 23 | PREVIOUS ANSWER. |
| 10:11:49 | 24 | Q.  OKAY.  I REALIZE YOU'VE BEEN |
| | 25 | COACHED TO ANSWER QUESTIONS A CERTAIN WAY, |

60

**Exhibit N, Page 351**

DEPOSITION OF DAVID WEINBERG

```
 1    WOULD YOU PLEASE READ BACK THE QUESTION.

 2              (THE RECORD WAS READ AS FOLLOWS:

 3              Q.   DO YOU KNOW WHETHER

 4              UNIVERSAL HAS MADE A

 5              DETERMINATION THAT WITH RESPECT

 6              TO THIS LICENSE -- THIS PROVISION

 7              OR PROVISIONS LIKE IT, THAT

 8              ARTISTS SHOULD BE PAID UNDER THIS

 9              PROVISION FOR LIMITED DOWNLOADS?)

10              MR. KLAUS:  OBJECTION.  IT'S VAGUE

11    AND AMBIGUOUS.

12    BY MR. BUSCH:

13              Q.   GO AHEAD.

14              MR. KLAUS:  IF YOU UNDERSTAND THE

15    QUESTION, YOU CAN ANSWER IT.

16              THE DEPONENT:  YES.  IF WE'RE USING

17    THE TERM "LIMITED DOWNLOADS," SO -- BEFORE YOU

18    SAID "LIMITED" COULD BE CONDITIONAL DOWNLOADS.

19              SO IN THE CONTEXT OF CONDITIONAL

20    DOWNLOADS, YES, THE COMPANY HAS MADE A DECISION TO

21    PAY, IN CERTAIN CASES, FOR CONDITIONAL DOWNLOADS

22    UNDER A PROVISION FOR ANCILLARY RECEIPT INCOME.

23    BY MR. BUSCH:

24              Q.   OKAY.  DO YOU SEE ANYWHERE IN

25    PARAGRAPH 4(C)(V) WHERE IT SAYS THAT THIS
```

Timestamps: 10:13:31 (8), 10:13:31 (9), 10:13:33 (10), 10:13:33 (11), 10:13:33 (12), 10:13:33 (13), 10:13:34 (14), 10:13:36 (15), 10:13:37 (16), 10:13:44 (17), 10:13:47 (18), 10:13:48 (19), 10:13:51 (20), 10:13:54 (21), 10:13:58 (22), 10:13:58 (23), 10:13:59 (24)

63

Exhibit N, Page 352

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:14:05 | 1 | PROVISION APPLIES TO ANCILLARY RECEIPT INCOME? |
| 10:14:06 | 2 | MR. KLAUS: OBJECTION. THE |
| 10:14:07 | 3 | DOCUMENT SPEAKS FOR ITSELF. |
| 10:14:07 | 4 | BY MR. BUSCH: |
| 10:14:08 | 5 | Q. GO AHEAD. |
| 10:14:10 | 6 | A. IN THIS PROVISION THAT YOU'VE ASKED |
| 10:14:14 | 7 | ME TO LOOK AT, NO, I DO NOT SEE THOSE WORDS. |
| 10:14:15 | 8 | Q. DO YOU SEE ANY -- HAVE YOU EVER |
| 10:14:19 | 9 | SEEN IN A RECORDING AGREEMENT THIS PROVISION |
| 10:14:26 | 10 | CALLED AN "ANCILLARY RECEIPT PROVISION"? |
| 10:14:28 | 11 | A. I DON'T RECALL WHETHER THERE'S BEEN |
| 10:14:30 | 12 | A TITLE OR NOT, BUT YOU'VE -- AND I'M NOT FAMILIAR |
| 10:14:33 | 13 | WITH THIS SPECIFIC PROVISION, BUT YOU'VE ASKED ME |
| 10:14:36 | 14 | MY GENERAL FAMILIARITY WITH WHAT WE CALL THE |
| 10:14:37 | 15 | "ANCILLARY RECEIPT" -- |
| 10:14:39 | 16 | Q. WHO'S "WE"? |
| 10:14:40 | 17 | A. -- "PROVISION." |
| 10:14:41 | 18 | Q. WHO'S "WE"? |
| 10:14:42 | 19 | MR. KLAUS: DON'T -- |
| 10:14:42 | 20 | BY MR. BUSCH: |
| 10:14:43 | 21 | Q. WHO'S "WE"? |
| 10:14:44 | 22 | MR. KLAUS: DON'T CUT THE WITNESS |
| 10:14:44 | 23 | OFF IN HIS ANSWER. |
| 10:14:44 | 24 | BY MR. BUSCH: |
| | 25 | Q. WHO'S "WE"? |

64

Exhibit N, Page 353

DEPOSITION OF DAVID WEINBERG

```
10:14:45   1          A.   UNIVERSAL MUSIC.
10:14:48   2          Q.   WHO DID YOU HAVE CONVERSATIONS WITH
10:14:49   3   WHERE THIS WAS CALLED AN "ANCILLARY RECEIPT
10:14:49   4   PROVISION"?
10:14:50   5          A.   I COULDN'T -- I COULDN'T EVEN BEGIN
10:14:52   6   TO TELL YOU --
10:14:54   7          Q.   IS THERE ANY WAY --
10:14:54   8          MR. KLAUS:   OBJECTION.
10:14:56   9          MR. BUSCH:   I'M SORRY.
10:14:57  10          MR. KLAUS:   YOU'VE GOT TO LET THE
10:14:58  11   WITNESS FINISH HIS ANSWERS.   JUST BECAUSE YOU
10:14:58  12   DON'T LIKE --
10:14:59  13          MR. BUSCH:   I LOVE HIS ANSWER
10:15:02  14   BECAUSE IT'S COMPLETELY INANE, WHICH IS GOING TO
          15   BE GREAT FOR US AT THE TRIAL.
10:15:03  16   BY MR. BUSCH:
10:15:03  17          Q.   GO AHEAD.
10:15:04  18          MR. KLAUS:   I OBJECT.   I MOVE TO
10:15:06  19   STRIKE MR. BUSCH'S EDITORIALIZING.
10:15:08  20          BUT IF YOU HAVE ANY -- IF YOU HAVE
10:15:10  21   ANYTHING TO ADD, MR. WEINBERG.
10:15:11  22          THE DEPONENT:   NO, I HAVE NOTHING
10:15:12  23   TO ADD.
10:15:12  24   BY MR. BUSCH:
          25          Q.   OKAY.   I WANT TO KNOW WHETHER
```

65

DEPOSITION OF DAVID WEINBERG

```
10:24:11  1        I CAN'T ANSWER THE QUESTION WITH
10:24:12  2   RESPECT TO THIS DOCUMENT.  I DON'T KNOW ANYTHING
10:24:14  3   ABOUT THIS DOCUMENT.
10:24:16  4        BUT WITH RESPECT TO ANCILLARY
10:24:19  5   RECEIPTS INCOME THAT IS NOT THE SALE OF OUR CORE
10:24:22  6   PRODUCT, WE PAY UNDER THE ANCILLARY RECEIPTS
10:24:23  7   CLAUSE.
10:24:25  8        MR. BUSCH:  OKAY.  I'M JUST GOING
10:24:27  9   TO HAVE A CONTINUING OBJECTION.
10:24:29 10        MOVE TO STRIKE YOUR CONTINUED USE
10:24:31 11   OF THE "ANCILLARY RECEIPTS CLAUSE" BECAUSE IT'S
10:24:33 12   NOWHERE IDENTIFIED AS THAT HERE OR IN ANY
10:24:35 13   DOCUMENTS THAT I'VE SEEN, SO I'LL JUST MOVE TO
10:24:37 14   STRIKE YOUR CONTINUING USE OF THAT PHRASE.
10:24:39 15        MR. KLAUS:  AND I WOULD -- AND I
10:24:41 16   WOULD -- I WOULD HAVE A CONTINUING OPPOSITION TO
10:24:42 17   THE MOTION TO STRIKE.
10:24:42 18        MR. BUSCH:  ALL RIGHT.
10:24:43 19   BY MR. BUSCH:
10:24:50 20        Q.  WOULD YOU -- DO YOU KNOW WHETHER,
10:24:52 21   WITH RESPECT TO MASTERTONES, WHETHER MASTERTONES
10:24:56 22   ARE A PAID FOR -- WHETHER UNIVERSAL HAS MADE A
10:24:59 23   DECISION TO PAY MASTERTONES UNDER THIS LICENSE
10:24:59 24   PROVISION?
         25        MR. KLAUS:  OBJECTION; VAGUE AND
```

69

Exhibit N, Page 355

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:25:00 | 1 | AMBIGUOUS. |
| 10:25:02 | 2 | DO YOU MEAN THE SALE OF |
| | 3 | MASTERTONES? |
| 10:25:03 | 4 | BY MR. BUSCH: |
| 10:25:05 | 5 | Q.   WHAT I'D LIKE TO KNOW IS WHETHER, |
| 10:25:08 | 6 | WITH RESPECT TO, FOR EXAMPLE, ROYALTIES RECEIVED |
| 10:25:13 | 7 | FROM T-MOBILE OR SPRINT OR MASTERTONE PROVIDERS, |
| 10:25:17 | 8 | WHETHER UNIVERSAL HAS MADE THE DECISION TO PAY |
| 10:25:24 | 9 | ARTISTS ROYALTIES UNDER THIS -- UNDER A 50 PERCENT |
| 10:25:26 | 10 | NET RECEIPT LICENSE PROVISION LIKE THE ONE IN |
| 10:25:27 | 11 | PARAGRAPH 4(C)(V). |
| 10:25:29 | 12 | MR. KLAUS:   OBJECTION -- OBJECTION; |
| 10:25:32 | 13 | VAGUE AND AMBIGUOUS.  IT'S COMPOUND.  I WOULD ALSO |
| 10:25:34 | 14 | SAY IT ASSUMES FACTS NOT IN EVIDENCE, THAT |
| 10:25:38 | 15 | UNIVERSAL RECEIVED ROYALTY INCOME FROM THE SALE OF |
| 10:25:38 | 16 | MASTERTONES. |
| 10:25:38 | 17 | BY MR. BUSCH: |
| 10:25:39 | 18 | Q.   GO AHEAD. |
| 10:25:40 | 19 | MR. KLAUS:   YOU CAN ANSWER THE |
| 10:25:41 | 20 | QUESTION IF YOU UNDERSTAND IT. |
| 10:25:43 | 21 | THE DEPONENT:   SURE.  WHEN WE SELL |
| 10:25:46 | 22 | MASTERTONE PRODUCT, WE'RE PAID IN THE -- IN TERMS |
| 10:25:51 | 23 | OF WHOLESALE PRICE -- OR WHOLESALE FEES AND WE PAY |
| 10:25:53 | 24 | ON THE BASIS OF THE SALE OF RECORDS BECAUSE WE |
| | 25 | CONSIDER THE SALE OF MASTERTONE PRODUCT TO BE THE |

70

Exhibit N, Page 356

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:25:58 | 1 | SALE OF OUR RECORDS. |
| 10:25:59 | 2 | MR. BUSCH: I MOVE TO STRIKE THE |
| 10:26:01 | 3 | EDITORIAL PART OF THE ANSWER THAT WAS NOT |
| 10:26:02 | 4 | RESPONSIVE TO MY QUESTION. |
| | 5 | BY MR. BUSCH: |
| | 6 | Q. I JUST ASKED WHETHER YOU'VE -- |
| | 7 | WHETHER YOU ARE PAYING 50 PERCENT OF NET RECEIPTS |
| 10:26:09 | 8 | UNDER THIS PROVISION OR NOT. |
| 10:26:10 | 9 | AND I TAKE IT THAT YOUR ANSWER IS |
| 10:26:11 | 10 | NO, YOU'RE NOT? |
| 10:26:13 | 11 | MR. KLAUS: I OPPOSE THE MOTION TO |
| 10:26:14 | 12 | STRIKE. |
| 10:26:15 | 13 | IF YOU HAVE ANYTHING TO ADD TO YOUR |
| 10:26:19 | 14 | LAST ANSWER, YOU CAN SAY IT. |
| 10:26:20 | 15 | THE DEPONENT: NO, NOTHING TO ADD. |
| 10:26:20 | 16 | BY MR. BUSCH: |
| 10:26:27 | 17 | Q. OKAY. AS I UNDERSTAND IT, |
| 10:26:31 | 18 | MR. WEINBERG, IT IS THE POSITION OF UNIVERSAL THAT |
| 10:26:35 | 19 | APPLE IS A RESELLER OF UNIVERSAL'S SOUND |
| 10:26:38 | 20 | RECORDINGS; IS THAT CORRECT? |
| 10:26:41 | 21 | A. YES. I'M NOT SURE IF -- IF YOU'RE |
| 10:26:44 | 22 | USING THE TERM "RESELLER" IN A SPECIFIC CONTEXT, |
| 10:26:47 | 23 | BUT THEY'RE -- THEY'RE AUTHORIZED -- THEY BUY FROM |
| 10:26:49 | 24 | US ON A WHOLESALE BASIS AND THEN THEY SELL TO |
| | 25 | THEIR CUSTOMERS ON A RETAIL BASIS -- |

71

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:26:52 | 1 | Q.   SO THEY -- |
| 10:26:53 | 2 | A.   -- JUST LIKE A -- SORRY. |
| 10:26:54 | 3 | Q.   GO AHEAD.  FINISH. |
| 10:26:56 | 4 | A.   JUST LIKE THE SALE OF ANY OF OUR |
| 10:26:56 | 5 | RECORDS. |
| 10:27:00 | 6 | Q.   OKAY.  WHEN DOES THE SALE OF THE -- |
| 10:27:04 | 7 | WHEN DOES -- FIRST OF ALL, DOES TITLE PASS TO, FOR |
| 10:27:09 | 8 | EXAMPLE, APPLE WITH RESPECT TO THE DIGITAL FILES |
| 10:27:11 | 9 | THAT ARE PROVIDED IT BY UNIVERSAL? |
| 10:27:14 | 10 | MR. KLAUS:  OBJECTION; CALLS FOR A |
| 10:27:14 | 11 | LEGAL CONCLUSION. |
| 10:27:15 | 12 | BY MR. BUSCH: |
| 10:27:15 | 13 | Q.   GO AHEAD. |
| 10:27:15 | 14 | MR. KLAUS:  IF YOU HAVE AN |
| 10:27:18 | 15 | UNDER- -- IF YOU HAVE AN UNDERSTANDING AS TO |
| 10:27:18 | 16 | THAT -- |
| 10:27:19 | 17 | IT'S ALSO VAGUE AND AMBIGUOUS. |
| 10:27:21 | 18 | IF YOU HAVE AN UNDERSTANDING, YOU |
| 10:27:22 | 19 | CAN TESTIFY TO IT. |
| 10:27:24 | 20 | THE DEPONENT:  SURE.  I THINK THAT |
| 10:27:27 | 21 | BY DEFINITION, THE BUSINESS MODEL CONTEMPLATES |
| 10:27:32 | 22 | THAT APPLE WOULD PAY US A WHOLESALE CHARGE FOR A |
| 10:27:33 | 23 | COPY OF THE FILE. |
| 10:27:35 | 24 | THE COPY OF THE FILE WOULD THEN BE |
| | 25 | SOLD ON A RETAIL BASIS TO THE CUSTOMER, AND THAT |

72

KELLI NORDEN AND ASSOCIATES     310.820.7733     FAX: 310.820.7933

**Exhibit N, Page 358**

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:27:42 | 1 | THAT TRANSACTION BETWEEN US, U.M.G. AND APPLE, |
| 10:27:44 | 2 | APPLE AND THE CUSTOMER HAPPENS ON A NEAR |
| 10:27:45 | 3 | SIMULTANEOUS BASIS. |
| 10:27:45 | 4 | BY MR. BUSCH: |
| 10:27:47 | 5 | Q.   OKAY.  I WANT YOU TO -- |
| 10:27:49 | 6 | MOVE TO STRIKE AS NONRESPONSIVE. |
| 10:27:51 | 7 | I'M GOING TO ASK THE QUESTION |
| 10:27:55 | 8 | AGAIN:  DOES TITLE TO THE DIGITAL FILE THAT |
| 10:27:57 | 9 | UNIVERSAL PROVIDES APPLE -- DOES TITLE TO THAT |
| 10:28:01 | 10 | FILE PASS SUCH THAT APPLE HAS FIRST SALE RIGHTS? |
| 10:28:02 | 11 | MR. KLAUS:  OBJECT -- OBJECTION; |
| 10:28:05 | 12 | IT'S COMPOUND.  IT'S ALSO VAGUE AND AMBIGUOUS AS |
| 10:28:07 | 13 | TO WHICH DIGITAL FILE YOU'RE TALKING ABOUT. |
| 10:28:07 | 14 | BY MR. BUSCH: |
| 10:28:07 | 15 | Q.   OKAY. |
| 10:28:08 | 16 | MR. KLAUS:  AND IT CALLS FOR A |
| 10:28:09 | 17 | LEGAL CONCLUSION. |
| 10:28:09 | 18 | BY MR. BUSCH: |
| 10:28:10 | 19 | Q.   GO AHEAD. |
| 10:28:12 | 20 | MR. KLAUS:  IF YOU KNOW WHICH -- IF |
| 10:28:15 | 21 | YOU KNOW WHICH DIGITAL FILE HE'S TALKING ABOUT AND |
| 10:28:16 | 22 | IF YOU CAN -- IF YOU CAN -- IF YOU CAN -- IF YOU |
| 10:28:17 | 23 | CAN -- IF YOU HAVE AN UNDERSTANDING AS TO THE |
| 10:28:20 | 24 | PASSAGE OF TITLE, YOU CAN ANSWER THE QUESTION. |
| | 25 | THE DEPONENT:  IT CALLS FOR A LEGAL |

73

Exhibit N, Page 359

DEPOSITION OF DAVID WEINBERG

10:33:39  1          MR. KLAUS:  OBJECTION;

10:33:40  2  MISCHARACTERIZES -- MISCHARACTERIZES --

10:33:41  3          MR. BUSCH:  OKAY.

10:33:43  4          MR. KLAUS:  -- THE RECORD.

10:33:45  5          MR. BUSCH:  ACTUALLY, IT DOES NOT.

10:33:45  6          THE DEPONENT:  I DON'T KNOW WHAT

10:33:48  7  MR. KENSWIL HAS TESTIFIED TO OR NOT.

10:33:48  8  BY MR. BUSCH:

10:33:50  9          Q.  OKAY.  WITH RESPECT TO THE MUSICNET

10:33:54  10  AGREEMENT, DOES UNIVERSAL LICENSE -- IS IT YOUR

10:33:57  11  UNDERSTANDING THAT UNIVERSAL LICENSES THE MASTER

10:34:01  12  RECORDINGS TO MUSICNET FOR THEIR SUBSCRIPTION

10:34:01  13  SERVICE?

10:34:02  14          MR. KLAUS:  OBJECTION; VAGUE AND

10:34:05  15  AMBIGUOUS, CALLS FOR A LEGAL CONCLUSION.

10:34:06  16          THE DEPONENT:  FOR THE MUSICNET

10:34:10  17  SUBSCRIPTION SERVICE, THERE IS NO SALE OF RECORDS

10:34:12  18  INVOLVED AND I BELIEVE THAT IF WE'RE TALKING ABOUT

10:34:15  19  THE SAME AGREEMENT, I THINK THAT THAT AGREEMENT

10:34:20  20  DOES INVOLVE THE LICENSE OF UNIVERSAL CONTENT TO

10:34:20  21  MUSICNET.

10:34:21  22  BY MR. BUSCH:

10:34:29  23          Q.  OKAY.  AND WHY DO YOU BELIEVE THAT

10:34:33  24  THE MUSICNET AGREEMENT INVOLVES THE LICENSING OF

25  UNIVERSAL MASTERS TO MUSICNET?

81

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

Exhibit N, Page 360

DEPOSITION OF DAVID WEINBERG

10:34:38  1          A.    THERE ARE SEVERAL MUSICNET

10:34:40  2    AGREEMENTS.  THERE'S A MUSICNET AGREEMENT THAT

10:34:43  3    INVOLVES THE SALE OF RECORDS AND THERE'S ANOTHER

10:34:44  4    MUSICNET AGREEMENT THAT INVOLVES A DIFFERENT KIND

10:34:47  5    OF PRODUCT THAT DOES NOT INVOLVE THE SALE OF

10:34:47  6    RECORDS.

10:34:49  7          Q.    OKAY.  SO WITH RESPECT TO -- AND

10:34:51  8    WHAT OTHER KIND OF PRODUCT DOES THAT INVOLVE, THE

10:34:53  9    ONE THAT DOES NOT INVOLVE THE SALE OF RECORDS?

10:34:54  10         A.    I CAN'T REMEMBER WHAT WAS

10:34:56  11   SPECIFICALLY AUTHORIZED.  YOU'RE SAYING THAT IT

10:34:59  12   WAS A CONDITIONAL DOWNLOAD AND SO I'M ASSUMING

10:35:01  13   THAT THAT'S WHAT'S IN THE AGREEMENT, BUT I WOULD

10:35:02  14   HAVE TO GO BACK AND LOOK AT THE AGREEMENT.

10:35:04  15         Q.    AND WHEN WE'RE TALKING ABOUT SALE

10:35:07  16   OF RECORDS VERSUS CONDITIONAL, LIMITED DOWNLOADS,

10:35:10  17   WE'RE TALKING ABOUT THE SALE OF RECORDS FROM

10:35:12  18   MUSICNET TO AN END USER; IS THAT CORRECT?

10:35:14  19         A.    I DIDN'T UNDERSTAND THE QUESTION.

10:35:16  20         Q.    OKAY.  MUSIC -- THERE ARE TWO

10:35:18  21   AGREEMENTS WITH MUSICNET THAT YOU SAID.  ONE

10:35:21  22   INVOLVES THE SALE OF RECORDS; ONE INVOLVES LIMITED

10:35:25  23   OR CONDITIONAL DOWNLOADS; CORRECT?

10:35:26  24         A.    I BELIEVE THAT'S CORRECT.

          25         Q.    AND WHEN YOU USED THE PHRASE "SALE

                                                          82

Exhibit N, Page 361

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:35:31 | 1 | OF RECORDS," WHAT YOU'RE SAYING IS -- IS THAT |
| 10:35:34 | 2 | UNIVERSAL MAKES THE MASTER RECORDINGS AVAILABLE TO |
| 10:35:37 | 3 | MUSICNET AND THEN AN END USER MAKES A PURCHASE OF |
| 10:35:41 | 4 | A PERMANENT DOWNLOAD; CORRECT? |
| 10:35:42 | 5 | A.    GENERALLY SPEAKING, THAT'S CORRECT. |
| 10:35:43 | 6 | Q.    OKAY.  AND WHEN YOU'RE TALKING |
| 10:35:47 | 7 | ABOUT WHAT YOU REFER TO AS A LICENSE AGREEMENT |
| 10:35:52 | 8 | WHEN IT COMES TO CONDITIONAL OR LIMITED DOWNLOADS, |
| 10:35:53 | 9 | UNIVERSAL, LIKE WITH RESPECT TO THE FIRST |
| 10:35:55 | 10 | AGREEMENT THAT WE TALKED ABOUT, PERMANENT |
| 10:35:57 | 11 | DOWNLOADS, MAKES THE MASTER RECORDINGS AVAILABLE |
| 10:36:00 | 12 | TO MUSICNET, BUT THEN, RATHER THAN MUSICNET |
| 10:36:04 | 13 | SELLING PERMANENT DOWNLOADS, IT IS MAKING THOSE |
| 10:36:06 | 14 | MASTERS AVAILABLE TO AN END USER FOR WHAT IS |
| 10:36:09 | 15 | CALLED CONDITIONAL OR LIMITED DOWNLOADS; CORRECT? |
| 10:36:11 | 16 | MR. KLAUS:  OBJECTION; VAGUE AND |
| 10:36:11 | 17 | AMBIGUOUS -- |
| 10:36:11 | 18 | THE DEPONENT:  NO, I -- |
| 10:36:13 | 19 | MR. KLAUS:  -- AND COMPOUND AND |
| 10:36:13 | 20 | COMPLEX. |
| 10:36:14 | 21 | THE DEPONENT:  I DON'T THINK IT'S |
| 10:36:16 | 22 | CORRECT.  I THINK WHEN YOU SAY "MAKES AVAILABLE TO |
| 10:36:19 | 23 | MUSICNET," I'M NOT ACTUALLY SURE WHAT YOU MEAN.  I |
| 10:36:20 | 24 | THINK THAT'S SPECIFICALLY ADDRESSED IN EACH OF THE |
| | 25 | AGREEMENTS -- |

83

Exhibit N, Page 362

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:36:21 | 1 | BY MR. BUSCH: |
| 10:36:22 | 2 | Q. OKAY. |
| 10:36:23 | 3 | A. -- BASED ON AN AGREEMENT FOR A |
| 10:36:24 | 4 | SPECIFIC BUSINESS MODEL. |
| 10:36:28 | 5 | Q. OKAY. WHAT I'M ASKING YOU IS: THE |
| 10:36:30 | 6 | DISTINCTION BETWEEN THE TWO AGREEMENTS, BETWEEN |
| 10:36:34 | 7 | THE CONDITIONAL DOWNLOAD OR LIMITED DOWNLOAD |
| 10:36:37 | 8 | AGREEMENT AND THE PERMANENT DOWNLOAD AGREEMENT, IS |
| 10:36:41 | 9 | THAT IN ONE, AN END USER ULTIMATELY PURCHASES A -- |
| 10:36:44 | 10 | THE FILE AND HAS IT FOR PERMANENT DOWNLOAD -- HAS |
| 10:36:49 | 11 | IT PERMANENTLY, WHEREAS IN ANOTHER, THE END USER |
| 10:36:53 | 12 | ONLY HAS LIMITED RIGHTS, DEPENDING UPON THE TERMS |
| 10:36:56 | 13 | OF A SUBSCRIPTION AGREEMENT HE OR SHE ENTERS INTO; |
| 10:36:57 | 14 | IS THAT CORRECT? |
| 10:36:57 | 15 | MR. KLAUS: OBJECTION. ARE YOU |
| 10:36:59 | 16 | ASKING HIM IF THAT'S THE ONLY DIFFERENCE BETWEEN |
| | 17 | THE TWO AGREEMENTS? |
| 10:37:00 | 18 | BY MR. BUSCH: |
| 10:37:02 | 19 | Q. IS THAT THE MAJOR -- IS THAT THE |
| 10:37:03 | 20 | MAJOR DIFFERENCE IN THE -- WITH RESPECT TO THE TWO |
| 10:37:03 | 21 | AGREEMENTS? |
| 10:37:05 | 22 | A. I THINK, IF I UNDERSTAND -- AS I |
| 10:37:07 | 23 | UNDERSTAND YOUR QUESTION, YOU'RE ASKING FOR A |
| 10:37:10 | 24 | GENERAL SUMMARY OF THE DIFFERENCE BETWEEN THE TWO |
| | 25 | AGREEMENTS. ONE INVOLVES THE SALE OF RECORDS; THE |

84

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

**Exhibit N, Page 363**

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:37:14 | 1 | OTHER DOES NOT. |
| 10:37:16 | 2 | Q. OKAY. WOULD YOU ANSWER MY |
| 10:37:16 | 3 | QUESTION, PLEASE. |
| 10:37:17 | 4 | MR. KLAUS: HE DID. HE JUST DID. |
| 10:37:18 | 5 | BY MR. BUSCH: |
| 10:37:20 | 6 | Q. ONE INVOLVES PERMANENT DOWNLOADS; |
| 10:37:25 | 7 | IN OTHER WORDS, A DOWNLOAD OF A -- WHERE THE END |
| 10:37:27 | 8 | USER HAS THE RIGHT TO THE SONG PERMANENTLY, |
| 10:37:30 | 9 | WHEREAS ONE INVOLVES LIMITED RIGHTS, BASED UPON |
| 10:37:33 | 10 | THE TERMS OF THE SUBSCRIPTION AGREEMENT? |
| 10:37:35 | 11 | A. AGAIN, I DON'T HAVE ANYTHING TO |
| 10:37:37 | 12 | ADD, BUT AS I UNDERSTAND YOUR QUESTION, YOU'RE |
| 10:37:39 | 13 | ASKING ME ABOUT THE DIFFERENCE BETWEEN THE TWO |
| 10:37:40 | 14 | AGREEMENTS. |
| 10:37:42 | 15 | MY UNDERSTANDING IS THAT ONE |
| 10:37:44 | 16 | AGREEMENT COVERS THE SALE OF RECORDS AND THE OTHER |
| 10:37:47 | 17 | DOES NOT. THE SPECIFIC TERMS OF THE AGREEMENT |
| 10:37:49 | 18 | WOULD BE SPELLED OUT IN EACH OF THOSE AGREEMENTS. |
| 10:37:52 | 19 | Q. OKAY. IS THE FILE THAT IS PROVIDED |
| 10:37:54 | 20 | FROM UNIVERSAL TO MUSICNET UNDER THE TWO |
| 10:38:05 | 21 | AGREEMENTS DIFFERENT? |
| 10:38:08 | 22 | A. THAT'S A -- THAT'S A -- I WANT TO |
| 10:38:09 | 23 | BE SPECIFIC ABOUT THIS. THERE'S A -- THERE ARE |
| 10:38:11 | 24 | DIFFERENT PARTS OF THE FILE THAT ARE PROVIDED |
| | 25 | FOR -- FOR DIFFERENT AGREEMENTS. |

85

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF DAVID WEINBERG

1    YOU'RE CUTTING OFF HIS ANSWER.

2                    MR. BUSCH:  ABSOLUTELY NOT.

10:47:00  3                    MR. KLAUS:  NO, YOU'RE CUTTING OFF

10:47:01  4    HIS ANSWER.  HE'S TALKING -- HE -- HE WAS

10:47:02  5    TRYING -- HE WAS TRYING TO GIVE A COMPLETE ANSWER.

10:47:03  6                    YOU WERE TALKING ABOUT THE FIRST

10:47:05  7    TIME YOU GOT INVOLVED IN THE MUSIC BUSINESS,

10:47:06  8    MR. WEINBERG?

10:47:08  9                    THE DEPONENT:  YES.  I WAS TALKING

10:47:11  10   ABOUT WHEN I -- YOU ASKED ME ABOUT MY KNOWLEDGE OF

10:47:14  11   CERTAIN RECORDING AGREEMENT PROVISIONS AND I GAVE

10:47:18  12   YOU THE ANSWER THAT I FIRST STARTED WITH THE

13   GRUBMAN FIRM AROUND 1995, I THINK; MAYBE 1994.  I

10:47:28  14   CAN'T REMEMBER.

10:47:29  15                    AND SOMETIME THERE I STARTED TO

10:47:33  16   HEAR ABOUT THE ANCILLARY RECEIPTS CLAUSE AND I'M

10:47:35  17   SURE A WHOLE BUNCH OF PEOPLE IN THAT OFFICE AND

10:47:36  18   OTHER PLACES TALKED ABOUT --

10:47:36  19   BY MR. BUSCH:

10:47:37  20        Q.   I SEE.

10:47:38  21        A.   -- THAT CLAUSE IN THAT WAY.

10:47:40  22        Q.   AND WHAT WAS THE FIRST TIME -- WHAT

10:47:44  23   IS YOUR UNDERSTANDING OF WHAT IT APPLIES TO?

10:47:45  24        A.   ANCILLARY RECEIPTS TYPE OF INCOME.

25        Q.   WHAT --

96

KELLI NORDEN AND ASSOCIATES     310.820.7733     FAX: 310.820.7933

Exhibit N, Page 365

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:47:47 | 1 | A.    NONSALE -- |
| 10:47:47 | 2 | Q.    GO AHEAD. |
| 10:47:50 | 3 | A.    NONSALE OF A RECORD COMPANY |
| 10:47:52 | 4 | PRODUCT. |
| 10:47:54 | 5 | Q.    OKAY.  WAS THERE EVER DISCUSSION |
| 10:47:56 | 6 | ABOUT WHETHER PERMANENT DOWNLOADS WOULD OR WOULD |
| 10:47:58 | 7 | NOT BE CONSIDERED WITHIN THE ANCILLARY RECEIPTS |
| 10:47:59 | 8 | PROVISION, AS YOU CALL IT? |
| 10:48:00 | 9 | MR. KLAUS:  DISCUSSION WHERE? |
| 10:48:02 | 10 | WHEN? |
| 10:48:04 | 11 | MR. BUSCH:  AT UNIVERSAL. |
| 10:48:04 | 12 | THE DEPONENT:  SORRY.  I WAS |
| 10:48:06 | 13 | TALKING ABOUT THE PERIOD BEFORE I WAS AT |
| | 14 | UNIVERSAL.  SO ARE WE NOW TALKING ABOUT -- |
| 10:48:09 | 15 | BY MR. BUSCH: |
| 10:48:11 | 16 | Q.    I WANT TO JUST KNOW -- I WANT TO |
| 10:48:14 | 17 | KNOW WHAT DISCUSSIONS, WITH WHO, WHEN, UNDER WHAT |
| 10:48:17 | 18 | CIRCUMSTANCE YOU HAD DISCUSSIONS ABOUT WHETHER |
| 10:48:19 | 19 | PERMANENT DOWNLOADS, AT ANY POINT IN YOUR CAREER, |
| 10:48:21 | 20 | WOULD OR WOULD NOT BE CONSIDERED UNDER WHAT YOU |
| 10:48:23 | 21 | CALL THE ANCILLARY RECEIPTS PROVISION. |
| 10:48:25 | 22 | MR. KLAUS:  SO -- JUST SO -- JUST |
| 10:48:27 | 23 | SO WE'RE CLEAR, MR. BUSCH'S QUESTION IS:  ANY |
| 10:48:29 | 24 | TIME -- AND OBVIOUSLY, YOU SHOULD SET ASIDE ANY |
| | 25 | PRIVILEGED CONVERSATIONS, BUT ANY TIME YOU'VE HAD |

97

Exhibit N, Page 366

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:48:34 | 1 | ANY DISCUSSIONS WITH ANYONE INSIDE, OUTSIDE OF |
| 10:48:38 | 2 | UNIVERSAL, ANYWHERE IN THE WORLD ABOUT WHETHER OR |
| 10:48:39 | 3 | NOT PERMANENT DOWNLOADS ARE ACCOUNTED FOR UNDER -- |
| 10:48:41 | 4 | UNDER THAT PROVISION -- |
| 10:48:42 | 5 | MR. BUSCH:  YOU DON'T HAVE TO |
| 10:48:44 | 6 | REPEAT EACH OF MY QUESTIONS. |
| 10:48:45 | 7 | MR. KLAUS:  I'M NOT REPEATING EACH |
| 10:48:46 | 8 | OF YOUR QUESTIONS. |
| 10:48:47 | 9 | MR. BUSCH:  YOU'RE EXPLAINING THEM |
| 10:48:48 | 10 | TO THE WITNESS.  THAT'S UN- -- IF YOU HAVE AN |
| 10:48:49 | 11 | OBJECTION, MAKE IT. |
| 10:48:49 | 12 | BY MR. BUSCH: |
| 10:48:49 | 13 | Q.   GO AHEAD. |
| 10:48:51 | 14 | MR. KLAUS:   I -- I WAS TRYING TO |
| 10:48:53 | 15 | MAKE SURE I UNDERSTOOD IT AND I JUST WANTED TO |
| 10:48:54 | 16 | MAKE SURE I UNDERSTOOD IT CORRECTLY.  DID I |
| 10:48:55 | 17 | UNDERSTAND IT? |
| 10:48:56 | 18 | MR. BUSCH:  YEAH, YOU DID. |
| 10:48:58 | 19 | THE DEPONENT:  AGAIN, YOU'VE ASKED |
| 10:49:00 | 20 | A WHOLE BUNCH OF QUESTIONS.  WHICH ONE WOULD YOU |
| 10:49:01 | 21 | LIKE ME TO ANSWER FIRST? |
| 10:49:01 | 22 | BY MR. BUSCH: |
| 10:49:02 | 23 | Q.   I'D LIKE TO -- I'D LIKE TO KNOW -- |
| 10:49:05 | 24 | NO, I'VE ASKED ONE QUESTION; YOUR LAWYER REPEATED |
| | 25 | MY QUESTION. |

98

**Exhibit N, Page 367**

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:49:07 | 1 | I'D LIKE YOU TO ANSWER THIS |
| 10:49:10 | 2 | QUESTION FOR ME:  WHAT MAKES SOMETHING AN |
| 10:49:12 | 3 | ANCILLARY -- LET'S START WITH THIS. |
| 10:49:17 | 4 | TELL ME WHAT -- NAME EVERY PERSON |
| 10:49:21 | 5 | YOU'VE SPOKEN TO THAT YOU CAN RECALL THAT |
| 10:49:24 | 6 | DISCUSSED WITH YOU WHAT OR WOULD NOT FALL WITHIN |
| 10:49:29 | 7 | WHAT YOU CALL THE ANCILLARY RECEIPTS PROVISION. |
| 10:49:31 | 8 | A.  I WOULDN'T BE ABLE TO ANSWER THAT |
| 10:49:33 | 9 | QUESTION.  I DON'T RECALL EVERY PERSON WHO I |
| 10:49:34 | 10 | TALKED TO ABOUT THAT. |
| 10:49:35 | 11 | Q.  WHAT TRAINING DID YOU RECEIVE ON |
| 10:49:39 | 12 | THAT SPECIFIC PROVISION, WHEN AND UNDER WHAT |
| 10:49:39 | 13 | CIRCUMSTANCE? |
| 10:49:41 | 14 | A.  I THINK WE'RE NOW TALKING ABOUT AT |
| 10:49:42 | 15 | UNIVERSAL? |
| 10:49:43 | 16 | Q.  ANYWHERE. |
| 10:49:45 | 17 | A.  WELL, WE WERE TALKING ABOUT AT |
| 10:49:45 | 18 | GRUBMAN. |
| 10:49:48 | 19 | Q.  I'M TALKING ABOUT ANYWHERE.  WHAT I |
| 10:49:51 | 20 | WANT TO KNOW IS WHAT TRAINING, WHAT TREATISE, WHAT |
| 10:49:54 | 21 | BOOKS HAVE YOU READ THAT ALLOW YOU TO COME IN AND |
| 10:49:56 | 22 | SAY THAT EVERYONE REFERS TO THIS AS THE ANCILLARY |
| 10:49:57 | 23 | RECEIPTS PROVISION. |
| 10:49:58 | 24 | MR. KLAUS:  THIS IS NOW A |
| | 25 | DIFFERENT -- THIS IS NOW A DIFFERENT QUESTION -- |

99

Exhibit N, Page 368

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:50:00 | 1 | BY MR. BUSCH: |
| 10:50:00 | 2 | Q.   GO AHEAD. |
| 10:50:02 | 3 | MR. KLAUS:  -- THAT HE'S ASKED YOU. |
| 10:50:03 | 4 | HE ASKED YOU BEFORE WHAT -- WHAT -- |
| 10:50:04 | 5 | MR. BUSCH:  I'VE ASKED A LOT OF |
| 10:50:05 | 6 | DIFFERENT QUESTIONS. |
| 10:50:06 | 7 | MR. KLAUS:  HE ASKED YOU BEFORE |
| 10:50:09 | 8 | WHAT BOOKS YOU'VE LOOKED AT THAT GAVE YOU THE |
| 10:50:10 | 9 | UNDERSTANDING OF WHAT IT MEANT. |
| 10:50:11 | 10 | NOW HE'S ASKING YOU THE QUESTION OF |
| 10:50:13 | 11 | WHAT BOOKS HAVE YOU LOOKED AT THAT GAVE YOU THE -- |
| | 12 | THAT REFER TO IT WITH -- AS ANCILLARY -- |
| 10:50:16 | 13 | BY MR. BUSCH: |
| 10:50:17 | 14 | Q.   LET -- LET ME -- LET ME REPHRASE |
| 10:50:17 | 15 | THE QUESTION. |
| 10:50:18 | 16 | A.   SURE. |
| 10:50:20 | 17 | Q.   I'LL WITHDRAW THAT QUESTION. |
| 10:50:22 | 18 | HAVE YOU EVER REVIEWED ANY TREATISE |
| 10:50:29 | 19 | OR BOOKS THAT DISCUSSED THIS PROVISION IN |
| 10:50:29 | 20 | RECORDING AGREEMENTS? |
| 10:50:31 | 21 | A.   I WOULD IMAGINE THAT I READ |
| 10:50:33 | 22 | ABOUT -- THE BOOK THAT COMES TO MIND WOULD BE, |
| 10:50:37 | 23 | MAYBE, "HOW TO IN THE MUSIC BUSINESS" -- |
| 10:50:38 | 24 | Q.   BY WHO? |
| | 25 | A.   PERHAPS THE DON PASSMAN BOOK. |

100

KELLI NORDEN AND ASSOCIATES     310.820.7733     FAX: 310.820.7933

Exhibit N, Page 369

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:50:41 | 1 | Q.   OKAY.  DO YOU RECALL WHAT HE SAYS |
| 10:50:49 | 2 | ABOUT THIS PROVISION? |
| 10:50:50 | 3 | MR. KLAUS:  IF YOU -- IF YOU HAVE A |
| 10:50:50 | 4 | RECOLLECTION. |
| 10:50:51 | 5 | THE DEPONENT:  NO, I DON'T. |
| 10:50:52 | 6 | BY MR. BUSCH: |
| 10:50:53 | 7 | Q.   DO YOU KNOW WHETHER HE CALLS IT AN |
| 10:50:54 | 8 | ANCILLARY RECEIPTS PROVISION? |
| 10:50:58 | 9 | A.   NO, I DON'T. |
| 10:51:00 | 10 | Q.   OKAY.  ANY TRAINING THAT YOU |
| 10:51:02 | 11 | RECEIVED FROM ANYONE ON THIS SPECIFIC PROVISION |
| 10:51:04 | 12 | AND THE HISTORY OF IT AND WHAT IT'S MEANT TO APPLY |
| 10:51:04 | 13 | TO? |
| 10:51:06 | 14 | A.   AGAIN, I THINK I ANSWERED YOUR |
| 10:51:08 | 15 | QUESTION; THAT IS, THIS PROVISION IS MEANT TO |
| 10:51:14 | 16 | APPLY TO THE NONSALE OF RECORDS, ANCILLARY TYPE OF |
| 10:51:15 | 17 | INCOME. |
| 10:51:18 | 18 | Q.   WHAT'S -- WHAT MAKES SOMETHING |
| 10:51:19 | 19 | ANCILLARY? |
| 10:51:20 | 20 | FIRST OF ALL, I WANT TO KNOW WHAT |
| 10:51:23 | 21 | YOUR BASIS IS FOR YOUR TESTIMONY THAT THIS IS |
| 10:51:26 | 22 | MEANT TO APPLY TO THE NONSALE OF RECORDS. |
| 10:51:27 | 23 | HAVE YOU EVER READ ANY TREATISE OR |
| 10:51:28 | 24 | AUTHORITY THAT SAYS THAT? |
| | 25 | MR. KLAUS:  THAT'S NOT -- THERE ARE |

101

**Exhibit N, Page 370**

DEPOSITION OF DAVID WEINBERG

| | |
|---|---|
| 10:51:31  1 | TWO SEPARATE QUESTIONS. |
| 10:51:32  2 |                MR. BUSCH:  THAT'S MY QUESTION. |
| 10:51:33  3 |                MR. KLAUS:  THERE ARE TWO SEPARATE |
| 10:51:35  4 | QUESTIONS.  ONE IS WHAT'S THE BASIS AND THEN THE |
| 10:51:36  5 | SECOND QUESTION IS:  HAVE YOU READ A TREATISE |
| 10:51:37  6 | ABOUT IT? |
| 10:51:37  7 |                MR. BUSCH:  FINE. |
| 10:51:38  8 | BY MR. BUSCH: |
| 10:51:39  9 |        Q.  HAVE YOU EVER READ ANY BOOKS OR |
| 10:51:41 10 | AUTHORITIES OR TREATISES THAT DESCRIBE WHAT IS |
| 10:51:47 11 | MEANT TO APPLY -- WHAT TYPE OF INCOME IS MEANT TO |
| 10:51:50 12 | APPLY UNDER THIS SECTION OF -- |
| 10:51:50 13 |            (SPEAKING SIMULTANEOUSLY.) |
| 10:51:52 14 |                MR. KLAUS:  IF YOU RECALL, YOU CAN |
| 10:51:52 15 | TELL -- |
| 10:51:53 16 |                THE DEPONENT:  I DON'T RECALL |
| 10:51:55 17 | SPECIFIC INSTANCES, BUT MY GENERAL RECOLLECTION ON |
| 10:51:58 18 | THIS PROVISION AND MY GENERAL RECOLLECTION ON THE |
| 10:52:01 19 | TRAINING, AS YOU DESCRIBED IT, ON THIS PROVISION |
| 10:52:05 20 | IS THAT THERE IS A SALE OF RECORDS INCOME AND |
| 10:52:07 21 | THERE'S NONSALE OF RECORDS INCOME AND -- |
| 10:52:07 22 | BY MR. BUSCH: |
| 10:52:08 23 |        Q.  GO AHEAD. |
| 24 |                I'M GOING TO MOVE TO STRIKE, BUT GO |
| 25 | AHEAD. |

102

Exhibit N, Page 371

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:52:13 | 1 | I WANT YOU TO LISTEN TO MY QUESTION |
| 10:52:14 | 2 | CAREFULLY.  ARE YOU -- |
| 10:52:15 | 3 | MR. KLAUS:  HE WASN'T DONE WITH HIS |
| 10:52:15 | 4 | ANSWER. |
| 10:52:17 | 5 | MR. BUSCH:  HE WAS.  HE LOOKED AT |
| 10:52:17 | 6 | ME AND STOPPED.  HE WAS LOOKING AT -- |
| 10:52:19 | 7 | MR. KLAUS:  NO.  HE LOOKED AT YOU |
| 10:52:21 | 8 | BECAUSE YOU SAID, "GO AHEAD.  I'M GOING TO MOVE TO |
| 10:52:23 | 9 | STRIKE WHAT YOU SAID" -- |
| 10:52:23 | 10 | THE DEPONENT:  I STOPPED BECAUSE |
| 10:52:24 | 11 | YOU -- |
| 10:52:24 | 12 | MR. KLAUS:  -- BECAUSE YOU DON'T |
| 10:52:26 | 13 | LIKE HIS ANSWER. |
| | 14 | MR. BUSCH:  IT'S NOT THE ANSWER TO |
| | 15 | MY QUESTION. |
| | 16 | BY MR. BUSCH: |
| 10:52:27 | 17 | Q.  I WANT YOU TO FOCUS ON MY QUESTION |
| 10:52:27 | 18 | THAT I'M ASKING YOU. |
| 10:52:28 | 19 | MR. KLAUS:  YOU DON'T LIKE -- |
| 10:52:29 | 20 | MR. BUSCH:  I'D LIKE HIM TO ANSWER |
| 10:52:30 | 21 | MY QUESTION. |
| 10:52:30 | 22 | BY MR. BUSCH: |
| 10:52:31 | 23 | Q.  HAVE YOU EVER READ ANY BOOK, |
| 10:52:34 | 24 | TREATISE, AUTHORITY THAT PROVIDES YOU WITH THE |
| | 25 | BASIS TO TESTIFY WHAT YOU'RE SAYING, WHICH IS THAT |

103

Exhibit N, Page 372

DEPOSITION OF DAVID WEINBERG

| | |
|---|---|
| 10:52:40 1 | IT APPLIES TO THE NONSALE OF RECORDS? |
| 10:52:43 2 | THAT'S MY QUESTION. |
| 10:52:44 3 | A.   I DON'T RECALL WHETHER I DID OR DID |
| 10:52:52 4 | NOT. |
| 10:52:53 5 | Q.   AND WHEN YOU SAY IT APPLIES TO THE |
| 10:53:03 6 | NONSALE OF RECORDS, WHO IS THE PERSON THAT TOLD |
| 10:53:04 7 | YOU THAT? |
| 10:53:07 8 | A.   I DON'T REMEMBER. |
| 10:53:08 9 | Q.   DID SOMEBODY TELL YOU THAT WHEN YOU |
| 10:53:13 10 | WORKED AT THE GRUBMAN FIRM?  AND IF THEY DID, |
| 10:53:14 11 | UNDER WHAT CIRCUMSTANCE? |
| 10:53:15 12 | MR. KLAUS:  IF YOU HAVE A |
| 10:53:18 13 | RECOLLECTION OF THIS. |
| 10:53:19 14 | THE DEPONENT:   I DON'T HAVE A |
| 10:53:21 15 | SPECIFIC RECOLLECTION. |
| 10:53:21 16 | BY MR. BUSCH: |
| 10:53:23 17 | Q.   DID SOMEONE TELL YOU THIS WHEN YOU |
| 10:53:27 18 | BEGAN AT UNIVERSAL OR WHILE YOU YOU'VE BEEN AT |
| 10:53:27 19 | UNIVERSAL? |
| 10:53:29 20 | AND IF SO, WHO AND UNDER WHAT |
| 10:53:30 21 | CIRCUMSTANCE? |
| 10:53:32 22 | A.   SO YOU STARTED THIS LINE OF |
| 10:53:34 23 | QUESTION ABOUT -- ASKING ME ABOUT MY TRAINING IN |
| 10:53:37 24 | THIS PROVISION, IN THIS AGREEMENT.  THIS WAS |
| 25 | NOT -- LET ME JUST -- I WANT TO ANSWER THE |

104

**Exhibit N, Page 373**

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:53:39 | 1 | QUESTION CLEARLY. |
| 10:53:42 | 2 | THIS WAS NOT PART OF MY TRAINING AT |
| 10:53:45 | 3 | UNIVERSAL.  THESE AGREEMENTS ARE NOT PART OF MY |
| 10:53:48 | 4 | AREA OF WORK AT UNIVERSAL, SO THIS WAS NOT PART OF |
| 10:53:51 | 5 | MY TRAINING AT UNIVERSAL. |
| 10:53:53 | 6 | Q.   MY QUESTION IS:  DID ANYONE AT |
| 10:53:55 | 7 | UNIVERSAL TELL YOU THAT THIS PROVISION, THE |
| 10:53:57 | 8 | LICENSE PROVISION, IS MEANT TO APPLY TO THE |
| 10:54:00 | 9 | NONSALE OF RECORDS, AND IF SO, UNDER WHAT |
| 10:54:01 | 10 | CIRCUMSTANCE AND WHOM? |
| 10:54:04 | 11 | A.   I DON'T RECALL WHETHER I HAD THOSE |
| 10:54:06 | 12 | CONVERSATIONS OR NOT. |
| 10:54:09 | 13 | Q.   OKAY.  NOW, WITH RESPECT TO THIS |
| 10:54:12 | 14 | PROVISION, DO YOU KNOW WHETHER IT -- WHETHER THIS |
| 10:54:17 | 15 | PROVISION WOULD APPLY TO, SAY, UNIVERSAL LICENSING |
| 10:54:24 | 16 | A RECORD FOR IT TO APPEAR IN A MOVIE AND THEN THE |
| 10:54:27 | 17 | MOVIE STUDIO SELLING THE MOVIE? |
| 10:54:27 | 18 | A.   I -- |
| 10:54:28 | 19 | MR. KLAUS:  IF YOU HAVE -- IT'S A |
| 10:54:30 | 20 | GENERAL QUESTION, IF YOU HAVE A GENERAL |
| 10:54:32 | 21 | UNDERSTANDING. |
| 10:54:33 | 22 | THE DEPONENT:  MY GENERAL |
| 10:54:37 | 23 | UNDERSTANDING IS YES, THAT IT WOULD -- AGAIN, IT |
| 10:54:39 | 24 | WOULD DEPEND ON THE CONTRACT, BUT THAT THIS |
| | 25 | PROVISION WOULD BE USED. |

105

KELLI NORDEN AND ASSOCIATES     310.820.7733     FAX: 310.820.7933

**Exhibit N, Page 374**

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:54:41 | 1 | BY MR. BUSCH: |
| 10:54:43 | 2 | Q.    OKAY.   WOULD THIS PROVISION BE USED |
| 10:54:49 | 3 | WHEN UNIVERSAL LICENSES A MASTER RECORDING TO A |
| 10:54:52 | 4 | T.V. STATION OR T.V. SHOW FOR USE IN A COMMERCIAL |
| 10:54:54 | 5 | OR TELEVISION SHOW? |
| 10:54:55 | 6 | A.    MY -- MY GENERAL -- |
| 10:54:56 | 7 | MR. KLAUS:   SAME -- |
| 10:54:59 | 8 | THE DEPONENT:   YES.  AGAIN, MY |
| 10:55:01 | 9 | GENERAL UNDERSTANDING IS THAT THIS WOULD APPLY |
| 10:55:02 | 10 | BECAUSE IT'S ANCILLARY INCOME. |
| 10:55:02 | 11 | BY MR. BUSCH: |
| 10:55:04 | 12 | Q.    BECAUSE IT'S NOT THE SALE OF A |
| 10:55:04 | 13 | RECORD? |
| 10:55:05 | 14 | A.    IT'S NOT A CORE PRODUCT. |
| 10:55:07 | 15 | Q.    YOU'VE BEEN CALLING IT A NONSALE OF |
| 10:55:10 | 16 | A RECORD.  DOES IT APPLY TO A NONSALE OF A RECORD |
| 10:55:10 | 17 | OR NOT? |
| 10:55:11 | 18 | A.    AGAIN -- |
| 10:55:12 | 19 | MR. KLAUS:  HE'S BEEN CALLING IT |
| 10:55:13 | 20 | BOTH, ACTUALLY. |
| 10:55:15 | 21 | THE DEPONENT:  I'VE BEEN CALLING IT |
| 10:55:15 | 22 | BOTH. |
| 10:55:15 | 23 | BY MR. BUSCH: |
| 10:55:18 | 24 | Q.    OKAY.  DOES IT APPLY WHERE |
| | 25 | UNIVERSAL LICENSES A MASTER RECORDING TO ANOTHER |

106

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

**Exhibit N, Page 375**

## DEPOSITION OF DAVID WEINBERG

10:55:23  1  RECORD LABEL FOR THE SALE OF THE RECORD BY THE
10:55:24  2  RECORD LABEL?
10:55:25  3          MR. KLAUS:  OBJECTION; VAGUE AND
10:55:26  4  AMBIGUOUS.
10:55:28  5          DO YOU MEAN A COMPILATION ALBUM?
10:55:29  6  BY MR. BUSCH:
10:55:30  7      Q.  I'M JUST ASKING:  DOES IT APPLY IF
10:55:33  8  UNIVERSAL LICENSES A MASTER TO ANOTHER RECORD
10:55:36  9  LABEL FOR THE SALE OF A RECORD BY THAT RECORD
10:55:36 10  LABEL?
10:55:38 11      A.  IF IT'S PART OF A COMPILATION, I
10:55:39 12  BELIEVE THAT WOULD APPLY.
10:55:41 13      Q.  OKAY.  WHAT IF IT'S A SALE OF A
10:55:44 14  RECORD TO BE RELEASED AND SOLD BY A RECORD LABEL
10:55:46 15  AS A SINGLE?  WOULD IT APPLY?
10:55:47 16      A.  IT WOULD --
10:55:49 17          MR. KLAUS:  CALLS FOR LEGAL
10:55:49 18  CONCLUSION.
10:55:51 19          THE DEPONENT:  MY WORLD IS IN THE
10:55:54 20  DIGITAL WORLD, AND IF IT WERE TO APPLY TO THE SALE
10:55:57 21  OF A DIGITAL DOWNLOAD, I DON'T BELIEVE THAT IT
10:55:58 22  WOULD APPLY.
10:55:58 23  BY MR. BUSCH:
10:55:59 24      Q.  ARE YOU PREPARED TO ANSWER MY
         25  QUESTIONS DIRECTLY?

107

KELLI NORDEN AND ASSOCIATES     310.820.7733     FAX: 310.820.7933

**Exhibit N, Page 376**

DEPOSITION OF DAVID WEINBERG

| | |
|---|---|
| 10:56:01 | 1 |
| 10:56:02 | 2 |
| 10:56:03 | 3 |
| 10:56:05 | 4 |
| 10:56:07 | 5 |
| 10:56:09 | 6 |
| 10:56:14 | 7 |
| 10:56:16 | 8 |
| 10:56:17 | 9 |
| 10:56:19 | 10 |
| 10:56:24 | 11 |
| 10:56:24 | 12 |
| 10:56:25 | 13 |
| 10:56:27 | 14 |
| 10:56:31 | 15 |
| 10:56:31 | 16 |
| 10:56:33 | 17 |
| 10:56:34 | 18 |
| 10:56:35 | 19 |
| 10:56:36 | 20 |
| 10:56:36 | 21 |
| 10:56:38 | 22 |
| 10:56:38 | 23 |
| 10:56:41 | 24 |
| | 25 |

                    MR. KLAUS:  HE JUST DID.  HE JUST
DID ANSWER YOUR QUESTION DIRECTLY.
BY MR. BUSCH:
        Q.   WHAT I'M TALKING ABOUT IS IF
UNIVERSAL LICENSES A MASTER TO ANOTHER RECORD
LABEL AND THAT RECORD LABEL RELEASES IN PHYSICAL
FORMAT AND SELLS THAT SINGLE RECORDING, DOES THE
LICENSING PROVISION APPLY?
                    MR. KLAUS:  OBJECTION; VAGUE AND
AMBIGUOUS, CALLS FOR A LEGAL CONCLUSION AND
ASSUMES FACTS NOT IN EVIDENCE, INCOMPLETE
HYPOTHETICAL.
                    THE DEPONENT:  I BELIEVE I ANSWERED
YOUR QUESTION, WHICH WAS IF IT'S PART OF A
PHYSICAL COMPILATION, I BELIEVE THAT IT APPLIES.
BY MR. BUSCH:
        Q.   ARE YOU -- ARE YOU UNABLE TO ANSWER
MY QUESTIONS, SERIOUSLY?
                    MR. KLAUS:  HE JUST ANSWERED -- HE
JUST ANSWERED YOUR QUESTION, MR. BUSCH.
BY MR. BUSCH:
        Q.   LISTEN TO MY QUESTION ONE MORE
TIME.
                    IF UNIVERSAL LICENSES THE MASTER
RECORDING TO ANOTHER RECORD LABEL AND THE

                                                    108

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF DAVID WEINBERG

| | |
|---|---|
| 10:56:47 1 | RECORD -- THAT RECORD LABEL RELEASES AND SELLS |
| 10:56:51 2 | THAT RECORD AS SINGLE IN PHYSICAL FORMAT, DOES THE |
| 10:56:52 3 | LICENSING PROVISION APPLY? |
| 10:56:53 4 | MR. KLAUS:  IT'S A -- LET ME MAKE |
| 10:56:54 5 | MY OBJECTIONS. |
| 10:56:57 6 | IT'S A COMPLETELY -- IT'S AN |
| 10:56:59 7 | INCOMPLETE HYPOTHETICAL.  IT'S A LOADED QUESTION |
| 10:57:01 8 | BECAUSE YOUR QUESTION IS ASSUMING THAT WHAT'S |
| 10:57:02 9 | GOING ON -- |
| 10:57:03 10 | MR. BUSCH:  IF YOU HAVE AN |
| 10:57:04 11 | OBJECTION TO MAKE, MAKE IT. |
| 10:57:04 12 | MR. KLAUS:  I DO HAVE AN OBJECTION |
| 10:57:05 13 | TO MAKE. |
| 10:57:07 14 | MR. BUSCH:  YOU CAN FURROW YOUR |
| 10:57:10 15 | BROW AND YELL ALL YOU WANT, BUT YOU ARE TO MAKE AN |
| 10:57:12 16 | OBJECTION TO FORM AND YOU'RE MAKING A SPEAKING |
| 10:57:14 17 | OBJECTION TO COACH THE WITNESS AND IT'S GETTING |
| 10:57:14 18 | OUTRAGEOUS -- |
| 10:57:15 19 | MR. KLAUS:  NO. |
| 10:57:16 20 | MR. BUSCH:  -- THE OBSTRUCTION OF |
| 10:57:18 21 | THIS DEPOSITION AND I'VE HAD IT. |
| 10:57:18 22 | MR. KLAUS:  NO, WHAT'S |
| 10:57:20 23 | OUTRAGEOUS -- WHAT'S OUTRAGEOUS HERE, MR. BUSCH, |
| 10:57:22 24 | ARE THE LOADED QUESTIONS THAT YOU'RE ASKING. |
| 25 | MR. BUSCH:  I'M ASKING A QUESTION. |

109

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:57:24 | 1 | MR. KLAUS:  IT'S AN INCOMPLETE |
| 10:57:25 | 2 | HYPOTHETICAL, IT'S VAGUE AND AMBIGUOUS AND IT |
| 10:57:27 | 3 | CALLS FOR A LEGAL CONCLUSION.  YOU KNOW IT DOES. |
| 10:57:28 | 4 | MR. BUSCH:  HE'S BEEN ANSWERING -- |
| 10:57:32 | 5 | HE SAYS IT APPLIES TO SALE OF RECORDS.  I WANT TO |
| 10:57:33 | 6 | FIND OUT. |
| 10:57:33 | 7 | BY MR. BUSCH: |
| 10:57:35 | 8 | Q.  MR. WEINBERG, LISTEN TO MY QUESTION |
| 10:57:36 | 9 | ONE MORE TIME. |
| 10:57:36 | 10 | A.  UH-HUH. |
| 10:57:41 | 11 | Q.  IF UNIVERSAL LICENSES A MASTER |
| 10:57:44 | 12 | RECORDING TO ANOTHER RECORD LABEL, THAT RECORD |
| 10:57:46 | 13 | LABEL REPRODUCES THE MASTER RECORDING AND SELLS IT |
| 10:57:49 | 14 | IN PHYSICAL FORMAT AS A SINGLE, DOES THE LICENSING |
| 10:57:49 | 15 | PROVISION APPLY? |
| 10:57:51 | 16 | MR. KLAUS:  OBJECTION.  IT'S VAGUE |
| 10:57:53 | 17 | AND AMBIGUOUS; IT'S AN INCOMPLETE HYPOTHETICAL, |
| 10:57:54 | 18 | ASSUMES FACTS NOT IN EVIDENCE AND IT CALLS FOR A |
| 10:57:55 | 19 | LEGAL CONCLUSION. |
| 10:57:57 | 20 | THE DEPONENT:  I'M GOING TO ANSWER |
| 10:57:59 | 21 | YOUR QUESTION BASED ON THE KNOWLEDGE THAT I HAVE |
| 10:58:01 | 22 | HERE TODAY. |
| 10:58:04 | 23 | IT'S MY UNDERSTANDING THAT WHEN WE |
| 10:58:06 | 24 | MAKE THAT TRACK AVAILABLE AS PART OF A PHYSICAL |
| | 25 | COMPILATION, WE DON'T GIVE SINGLES RIGHTS, SO I |

110

Exhibit N, Page 379

## DEPOSITION OF DAVID WEINBERG

| | | |
|---|---|---|
| 10:58:12 | 1 | DON'T KNOW THE ANSWER TO THAT.  I CAN ONLY ANSWER |
| 10:58:14 | 2 | IN THE DIGITAL AREA. |
| 10:58:15 | 3 | BY MR. BUSCH: |
| 10:58:17 | 4 | Q.   IF IT'S A PART OF A -- IF UNIVERSAL |
| 10:58:21 | 5 | LICENSES A MASTER RECORDING TO ANOTHER RECORD |
| 10:58:24 | 6 | LABEL WHO REPRODUCES THAT MASTER RECORDING AND |
| 10:58:27 | 7 | PUTS IT IN A COMPILATION ALBUM, THEN THE LICENSING |
| 10:58:27 | 8 | PROVISION APPLIES; CORRECT? |
| 10:58:29 | 9 | A.   AGAIN, I BELIEVE I ANSWERED THE |
| 10:58:32 | 10 | QUESTION SO I HAVE NOTHING TO ADD, BUT IF IT'S |
| 10:58:34 | 11 | SOLD AS PART OF A PHYSICAL COMPILATION, I BELIEVE |
| 10:58:36 | 12 | I ANSWERED THAT THAT PROVISION WOULD APPLY. |
| 10:58:37 | 13 | Q.   OKAY.  AND THAT RECORD LABEL IS |
| 10:58:40 | 14 | SELLING RECORDS; CORRECT? |
| 10:58:42 | 15 | MR. KLAUS:   OBJECTION; VAGUE AND |
| 10:58:42 | 16 | AMBIGUOUS AND -- |
| 10:58:43 | 17 | BY MR. BUSCH: |
| 10:58:43 | 18 | Q.   GO AHEAD. |
| 10:58:44 | 19 | MR. KLAUS:   -- CALLS FOR A LEGAL |
| 10:58:44 | 20 | CONCLUSION. |
| 10:58:44 | 21 | BY MR. BUSCH: |
| 10:58:46 | 22 | Q.   THAT RECORD LABEL IS SELLING |
| 10:58:47 | 23 | RECORDS, IS IT NOT? |
| 10:58:48 | 24 | A.   THAT RECORD LABEL IS SELLING |
| | 25 | RECORDS, YES. |

111

Exhibit N, Page 380

DEPOSITION OF DAVID WEINBERG

10:58:55  1          Q.   OKAY.  AND YOU -- YOU'RE TELLING ME
10:58:57  2   THAT YOU DON'T KNOW WHETHER THE LICENSING
10:59:00  3   PROVISION WOULD APPLY IF UNIVERSAL LICENSES THE
10:59:03  4   MASTER RECORDING TO ANOTHER RECORD LABEL WHO
10:59:07  5   REPRODUCES THE MASTER RECORDING AND SELLS IT AS A
10:59:08  6   SINGLE IN PHYSICAL FORMAT?
10:59:09  7          YOU DON'T KNOW WHETHER THE
10:59:12  8   LICENSING PROVISION APPLIES OR NOT?  IS THAT YOUR
10:59:12  9   TESTIMONY?
10:59:14  10         MR. KLAUS:  OBJECTION; VAGUE AND
10:59:15  11  AMBIGUOUS, INCOMPLETE HYPOTHETICAL, CALLS FOR A
10:59:16  12  LEGAL CONCLUSION AND ASSUMES FACTS NOT IN
10:59:16  13  EVIDENCE.
10:59:16  14  BY MR. BUSCH:
10:59:17  15         Q.   IS THAT YOUR TESTIMONY?
10:59:19  16         A.   I'D LIKE TO GIVE YOU THE COMPLETE
10:59:20  17  ANSWER AGAIN.
10:59:21  18         MY ANSWER IS:  I DON'T BELIEVE THAT
10:59:23  19  WE GRANT SINGLE PHYSICAL RIGHTS IN THAT CONTEXT,
10:59:25  20  SO I DON'T KNOW WHETHER THAT PROVISION WOULD APPLY
10:59:27  21  IF WE WERE TO GRANT THOSE RIGHTS.
10:59:28  22         Q.   OKAY.
10:59:31  23         A.   BUT I CAN ANSWER FROM -- TO THE
10:59:32  24  BEST OF MY KNOWLEDGE TODAY, THAT WHEN THAT
          25  PHYSICAL RECORD IS THEN MADE AVAILABLE AS PART OF

112

Exhibit N, Page 381

DEPOSITION OF DAVID WEINBERG

1  STATE OF CALIFORNIA  )
                          )SS
2  COUNTY OF LOS ANGELES)

3

4          I, KELLI C. NORDEN, CERTIFIED SHORTHAND

5  REPORTER, CERTIFICATE NUMBER 7200, FOR THE STATE

6  OF CALIFORNIA, HEREBY CERTIFY:

7          THE FOREGOING PROCEEDINGS WERE TAKEN

8  BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,

9  AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH

10  BY ME;

11          THE TESTIMONY OF THE DEPONENT AND ALL

12  OBJECTIONS MADE AT THE TIME OF THE EXAMINATION

13  WERE RECORDED STENOGRAPHICALLY BY ME AND WERE

14  THEREAFTER TRANSCRIBED;

15          THE FOREGOING TRANSCRIPT IS A TRUE AND

16  CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

17          I FURTHER CERTIFY THAT I AM NEITHER

18  COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID

19  ACTION, NOR IN ANY WAY INTERESTED IN THE OUTCOME

20  THEREOF.

21          IN WITNESS WHEREOF, I HAVE HEREUNTO

22  SUBSCRIBED MY NAME THIS 26TH DAY OF OCTOBER, 2008.

23

24  11:37:25

25  _____

                                                 141

**Exhibit N, Page 382**