# EXHIBIT P

DEPOSITION OF RAND HOFFMAN

```
 1              UNITED STATES DISTRICT

 2         FOR THE EASTERN DISTRICT OF MICHIGAN

 3                  SOUTHERN DIVISION

 4

 5  F.B.T. PRODUCTIONS, LLC, )
    AND EM2M, LLC,           )
 6                           )
              PLAINTIFFS,    )  CASE NO.
 7                           )  CV 07-3314 PSG
        VS.                  )  (MANX)
 8                           )
    AFTERMATH RECORDS DOING  )
 9  BUSINESS AS AFTERMATH    )
    ENTERTAINMENT; INTERSCOPE)
10  RECORDS; UMG RECORDINGS, )
    INC.; AND ARY, INC.,     )
11                           )
              DEFENDANTS.    )
12  _____)

13

14

15         30(B)(6) DEPOSITION OF RAND HOFFMAN,

16         TAKEN ON BEHALF OF THE PLAINTIFFS,

17         AT 10250 CONSTELLATION BOULEVARD,

18         19TH FLOOR, LOS ANGELES, CALIFORNIA,

19         COMMENCING AT 10:39 A.M., THURSDAY,

20         MAY 22, 2008, BEFORE RENEE A.

21         PACHECO, RPR,CSR NUMBER 11564.

22

23

24

25
                                              2
```

Exhibit P, Page 391

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 10:48:48 | 1 | DIGITAL DOWNLOADS AND MASTERTONES THAT THE |
| 10:48:50 | 2 | PLAINTIFFS BELIEVE THAT THEY SHOULD BE PAID |
| 10:48:55 | 3 | 50 PERCENT OF UNIVERSAL'S NET RECEIPTS FOR THE |
| 10:48:57 | 4 | EXPLOITATION OR LICENSING OF THOSE MASTERS? |
| 10:48:57 | 5 | DO YOU UNDERSTAND THAT? |
| 10:48:59 | 6 | A.   THAT'S MY UNDERSTANDING, YES. |
| 10:49:01 | 7 | Q.   OKAY.  AND DO I UNDERSTAND YOU TO |
| 10:49:04 | 8 | SAY THAT PRIOR TO THE FILING OF THE LAWSUIT YOU |
| 10:49:06 | 9 | DID NOT HAVE ANY CONVERSATIONS WITH EITHER |
| 10:49:08 | 10 | REPRESENTATIVES OF THE PLAINTIFFS OR |
| 10:49:14 | 11 | REPRESENTATIVES OF EMINEM CONCERNING WHETHER THE |
| 10:49:17 | 12 | LICENSE PROVISION IN THE AGREEMENTS DO OR DO NOT |
| 10:49:19 | 13 | ENCOMPASS DIGITAL USES? |
| 10:49:21 | 14 | A.   I DON'T SPECIFICALLY RECALL.  I'M |
| 10:49:21 | 15 | NOT CERTAIN. |
| 10:49:31 | 16 | Q.   OKAY.  YOU SAID THAT AFTER THE |
| 10:49:34 | 17 | FILING OF THE LAWSUIT YOU BELIEVE YOU DID HAVE A |
| 10:49:36 | 18 | CONVERSATION OR CONVERSATIONS WITH REPRESENTATIVES |
| 10:49:39 | 19 | OF EITHER THE PLAINTIFFS OR EMINEM ON THE |
| 10:49:41 | 20 | ALLEGATIONS IN THIS CASE? |
| 10:49:41 | 21 | A.   YES. |
| 10:49:42 | 22 | Q.   WITH WHOM? |
| 10:49:45 | 23 | A.   I SPECIFICALLY REMEMBER TALKING TO |
| 10:49:47 | 24 | GARY STIFFELMAN. |
| | 25 | Q.   AND WHAT DID YOU SAY TO GARY |

16

**Exhibit P, Page 392**

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 10:49:52 | 1 | STIFFELMAN AND WHAT DID GARY STIFFELMAN SAY TO |
| 10:49:52 | 2 | YOU? |
| 10:50:01 | 3 | A.  I BELIEVE GARY TOLD ME -- THAT WAS |
| 10:50:04 | 4 | THE FIRST PERSON WHO TOLD ME THAT THE LAWSUIT WAS |
| 10:50:06 | 5 | COMING OR MAY BE COMING. |
| 10:50:11 | 6 | AND IN THAT -- GARY AND I SPEAK |
| 10:50:13 | 7 | RELATIVELY FREQUENTLY ABOUT A VARIETY OF BUSINESS |
| 10:50:17 | 8 | MATTERS, BECAUSE HE HAS A VARIETY OF CLIENTS THAT |
| 10:50:21 | 9 | OVER -- OVER TIME HE'S HAD MANY, MANY CLIENTS THAT |
| 10:50:25 | 10 | I'VE HAD BUSINESS DEALINGS WITH.  SO WE HAVE |
| 10:50:29 | 11 | TALKED ABOUT RECORD BUSINESS MATTERS IN GENERAL |
| 10:50:30 | 12 | OFTEN. |
| 10:50:34 | 13 | AND SO WHEN HE TOLD ME ABOUT THIS |
| 10:50:39 | 14 | LAWSUIT, I SAID, WELL, YOU KNOW THAT THAT'S -- YOU |
| 10:50:43 | 15 | KNOW, OUR POSITION IS THAT 50 PERCENT IS NOT THE |
| 10:50:46 | 16 | APPROPRIATE AMOUNT TO PAY ON A DOWNLOAD.  THAT'S |
| 10:50:48 | 17 | NOT WHAT THE CONTRACT SAYS.  THAT'S NOT WHAT THE |
| 10:50:50 | 18 | INDUSTRY CUSTOM IS.  IT'S NOT WHAT ANYBODY ELSE IS |
| 10:50:52 | 19 | GETTING.  IT'S NOT WHAT WE'VE BEEN PAYING. |
| 10:50:54 | 20 | HE WAS CALLING JUST TO INFORM ME, |
| 10:50:56 | 21 | NOT TO ARGUE WITH ME. |
| 10:50:59 | 22 | Q.  OKAY.  SO WAS THAT THE EXTENT OF |
| 10:51:01 | 23 | YOUR CONVERSATION WITH MR. STIFFELMAN? |
| 10:51:01 | 24 | MR. POMERANTZ:  ON THIS SUBJECT? |
| | 25 | MR. BUSCH:  ON THIS SUBJECT. |

17

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

**Exhibit P, Page 393**

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 11:08:04 | 1 | THE AUTHORITY OF JIMMY IOVINE AND REQUIRE ZACH'S |
| 11:08:08 | 2 | APPROVAL, AND SO I MIGHT TALK TO ZACH ABOUT THOSE |
| 11:08:08 | 3 | DEALS. |
| 11:08:10 | 4 | Q.   DOES ZACH HOROWITZ COME TO YOU FOR |
| 11:08:12 | 5 | LEGAL ADVICE? |
| 11:08:18 | 6 | A.   NO. |
| 11:08:18 | 7 | Q.   NEVER? |
| 11:08:24 | 8 | A.   NEVER -- I -- I CANNOT THINK OF A |
| 11:08:30 | 9 | TIME WHEN HE HAS COME TO ME FOR LEGAL ADVICE. |
| 11:08:32 | 10 | MR. BUSCH:   OKAY.  LET ME MARK AS |
| 11:08:41 | 11 | THE NEXT EXHIBIT A MARCH 24, 2004 LETTER THAT WENT |
| 11:08:47 | 12 | TO ZACH HOROWITZ.  63? |
| 11:08:48 | 13 | DEPOSITION OFFICER:   4. |
| 11:08:48 | 14 | MR. BUSCH:   4. |
| 11:08:48 | 15 | (WHEREUPON, PLAINTIFFS' EXHIBIT NUMBER |
| 11:08:48 | 16 | 64 WAS MARKED FOR IDENTIFICATION BY |
| 11:08:57 | 17 | THE DEPOSITION OFFICER AND IS ATTACHED |
| 11:08:57 | 18 | HERETO.) |
| 11:08:58 | 19 | BY MR. BUSCH: |
| 11:09:01 | 20 | Q.   MR. HOFFMAN, I'VE HANDED YOU WHAT |
| 11:09:04 | 21 | I'VE MARKED AS EXHIBIT NUMBER 64. |
| 11:09:05 | 22 | DID YOU REVIEW THIS DOCUMENT IN |
| 11:09:07 | 23 | PREPARATION FOR YOUR DEPOSITION TODAY? |
| 11:09:11 | 24 | A.   NO. |
| | 25 | Q.   HAVE YOU EVER SEEN THIS LETTER |

31

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 11:09:13 | 1 | BEFORE? |
| 11:09:15 | 2 | A. YES. |
| 11:09:15 | 3 | MR. POMERANTZ: WELL, WHY DON'T YOU |
| 11:09:17 | 4 | JUST GIVE -- IF YOU'RE GOING TO QUESTION HIM ABOUT |
| 11:09:19 | 5 | THE CONTENTS, JUST GIVE HIM A MOMENT TO READ IT, |
| 11:09:20 | 6 | PLEASE. |
| 11:09:59 | 7 | MR. BUSCH: OKAY. |
| 11:09:59 | 8 | (DOCUMENT REVIEWED BY THE DEPONENT.) |
| 11:10:00 | 9 | BY MR. BUSCH: |
| 11:10:00 | 10 | Q. YOU'VE READ IT? |
| 11:10:00 | 11 | A. YES. |
| 11:10:07 | 12 | Q. WHEN DID YOU FIRST SEE THIS LETTER? |
| 11:10:10 | 13 | A. ON OR ABOUT WHEN IT WAS RECEIVED, |
| 11:10:13 | 14 | YOU KNOW, APPROXIMATELY SHORTLY AFTER MARCH 24TH, |
| 11:10:14 | 15 | 2004. |
| 11:10:17 | 16 | Q. IT WAS RECEIVED BY MR. HOROWITZ AT |
| 11:10:18 | 17 | UNIVERSAL? |
| 11:10:18 | 18 | A. I DON'T KNOW. |
| 11:10:19 | 19 | MR. POMERANTZ: OBJECTION; LACK OF |
| 11:10:19 | 20 | FOUNDATION. |
| 11:10:20 | 21 | BY MR. BUSCH: |
| 11:10:21 | 22 | Q. WHEN YOU SAY SHORTLY AFTER IT WAS |
| 11:10:29 | 23 | RECEIVED, RECEIVED BY WHOM? |
| 11:10:30 | 24 | A. ME. |
| | 25 | Q. IT WAS SENT TO YOU? |

32

Exhibit P, Page 395

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 11:10:31 | 1 | A.    I DON'T RECALL WHETHER I RECEIVED |
| 11:10:34 | 2 | IT FROM AN OUTSIDE LAWYER OR FROM SOMEONE |
| 11:10:35 | 3 | INTERNALLY. |
| 11:10:37 | 4 | Q.    OKAY.  BUT THIS -- THIS LETTER WAS |
| 11:10:39 | 5 | RECEIVED BY YOU THROUGH SOME MEANS? |
| 11:10:39 | 6 | A.    YES. |
| 11:10:43 | 7 | Q.    OKAY.  WHAT DID YOU -- DID YOU DO |
| 11:10:46 | 8 | ANYTHING UPON RECEIPT OF THIS LETTER? |
| 11:10:59 | 9 | A.    I TALKED TO PEOPLE ABOUT IT. |
| 11:11:00 | 10 | Q.    WHO DID YOU TALK TO ABOUT IT? |
| 11:11:10 | 11 | A.    I DON'T SPECIFICALLY RECALL. |
| 11:11:11 | 12 | Q.    OKAY.  I WANT TO DIRECT YOUR |
| 11:11:13 | 13 | ATTENTION TO THE SIGNATURE PAGE AT THE BACK. |
| 11:11:13 | 14 | A.    YES. |
| 11:11:16 | 15 | Q.    AND YOU'LL SEE THAT TWO OF THE |
| 11:11:19 | 16 | SIGNATORIES ARE PETER PATERNO AND GARY STIFFELMAN? |
| 11:11:20 | 17 | A.    YES. |
| 11:11:22 | 18 | Q.    DID YOU EVER SPEAK TO MR. PATERNO |
| 11:11:24 | 19 | OR MR. STIFFELMAN ABOUT THIS LETTER? |
| 11:11:33 | 20 | A.    I DO NOT HAVE A SPECIFIC |
| 11:11:37 | 21 | RECOLLECTION.  I KNOW THAT I SPOKE TO SOME OF THE |
| 11:11:40 | 22 | PEOPLE HERE ABOUT THE LETTER.  I DON'T RECALL |
| 11:11:40 | 23 | SPECIFICALLY WHICH ONES. |
| 11:11:46 | 24 | Q.    OKAY.  AND DID UNIVERSAL EVER ISSUE |
| | 25 | ANY TYPE OF RESPONSIVE LETTER TO THIS LETTER? |

33

Exhibit P, Page 396

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 11:11:51 | 1 | A.    RESPONSIVE LETTER?  NOT TO MY |
| 11:11:53 | 2 | KNOWLEDGE, OR NOT TO MY RECOLLECTION. |
| 11:11:55 | 3 | Q.    DID UNIVERSAL EVER RESPOND TO THIS |
| 11:11:56 | 4 | LETTER IN ANY WAY? |
| 11:12:07 | 5 | A.    NO. |
| 11:12:09 | 6 | Q.    OKAY.  TO THE PEOPLE WITH WHOM YOU |
| 11:12:13 | 7 | DID SPEAK ABOUT THIS LETTER, WHO MAY HAVE BEEN |
| 11:12:18 | 8 | SIGNATORIES TO THIS LETTER, WHAT DID YOU SAY, IF |
| 11:12:19 | 9 | YOU REMEMBER? |
| 11:12:27 | 10 | A.    THINGS LIKE "WHAT'S THIS ALL ABOUT? |
| 11:12:31 | 11 | THIS IS VERY UNUSUAL TO SEE ALL OF YOU ON THE SAME |
| 11:12:32 | 12 | LETTER." |
| 11:12:34 | 13 | YOU SHOULD KNOW THAT MOST OF THESE |
| 11:12:39 | 14 | PEOPLE ARE MY FRIENDS AND ALL OF THEM ARE |
| 11:12:42 | 15 | COLLEAGUES -- PROFESSIONAL COLLEAGUES THAT I'VE |
| 11:12:44 | 16 | DEALT WITH OVER THE YEARS.  SO TO SEE ALL OF THEM |
| 11:12:47 | 17 | ON THE SAME LETTER WAS UNUSUAL. |
| 11:12:52 | 18 | AND SO I SAID TO PEOPLE, "SO WHAT'S |
| 11:12:54 | 19 | THIS ALL ABOUT?  HOW DID THIS COME ABOUT?" |
| 11:12:55 | 20 | Q.    AND WHAT YOU -- AND -- BUT YOU |
| 11:12:57 | 21 | DON'T REMEMBER TO WHOM YOU SAID THIS? |
| 11:12:58 | 22 | A.    NOT SPECIFICALLY, NO. |
| 11:13:00 | 23 | Q.    AND WHAT DID THE PEOPLE WHO |
| 11:13:04 | 24 | RESPONDED TO YOU, WHOEVER THEY WERE, SAY IN |
| | 25 | RESPONSE TO YOUR INQUIRY? |

34

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 11:13:06 | 1 | MR. POMERANTZ:  OBJECTION TO THE |
| 11:13:06 | 2 | FORM. |
| 11:13:09 | 3 | THE DEPONENT:  COULD YOU RESTATE |
| 11:13:09 | 4 | THE QUESTION? |
| 11:13:10 | 5 | BY MR. BUSCH: |
| 11:13:10 | 6 | Q.   YES. |
| 11:13:12 | 7 | WHEN YOU SAID "WHAT'S THIS ALL |
| 11:13:14 | 8 | ABOUT?  THIS IS UNUSUAL," WHAT WAS THE RESPONSE |
| 11:13:15 | 9 | THAT YOU GOT? |
| 11:13:15 | 10 | MR. POMERANTZ:  SAME OBJECTION. |
| 11:13:24 | 11 | THE DEPONENT:  "WE'D LIKE" -- "WE'D |
| 11:13:26 | 12 | LIKE A MORE FAVORABLE METHOD OF PAYMENT.  WE'D |
| 11:13:28 | 13 | LIKE TO START A DIALOGUE." |
| 11:13:28 | 14 | BY MR. BUSCH: |
| 11:13:30 | 15 | Q.   WAS THERE EVER A DIALOGUE STARTED? |
| 11:13:32 | 16 | A.   AS FAR AS I KNOW, THERE WAS NO |
| 11:13:36 | 17 | DIALOGUE STARTED WITH THESE INDIVIDUALS AS A |
| 11:13:36 | 18 | GROUP. |
| 11:13:50 | 19 | Q.   OKAY.  AND DID YOU EVER DISCUSS THE |
| 11:13:53 | 20 | MERITS OF THIS LETTER AND WHAT WAS BEING SAID IN |
| 11:13:56 | 21 | THE LETTER WITH ANYBODY WHO SIGNED THE LETTER? |
| 11:14:05 | 22 | MR. POMERANTZ:  OBJECTION; ASKED |
| 11:14:05 | 23 | AND ANSWERED. |
| 11:14:05 | 24 | BY MR. BUSCH: |
| | 25 | Q.   SPECIFICALLY THE PROVISION THAT |

35

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF RAND HOFFMAN

11:14:08  1    SAYS, ON THE SECOND PAGE, QUOTE:

11:14:09  2              "RATHER THAN RECOGNIZE THE

11:14:11  3         ARRANGEMENTS BETWEEN THE MAJOR

11:14:13  4         LABELS AND INDEPENDENT ELECTRONIC

11:14:15  5         DISTRIBUTORS AS LICENSES FOR

11:14:18  6         WHICH WE FEEL THERE COULD BE NO

11:14:20  7         BONA FIDE LEGAL DISPUTE AND

11:14:21  8         PAYING OUR CLIENTS ACCORDING TO

11:14:22  9         THE APPLICABLE PROVISION OF THEIR

11:14:25  10        CONTRACTS, ALL FIVE MAJOR RECORD

11:14:26  11        COMPANIES HAVE ADOPTED THE

11:14:29  12        POSITION THAT PAID DOWNLOADS ARE

11:14:31  13        EQUIVALENT TO SALES OF C.D.'S

11:14:32  14        THROUGH RETAILERS."

11:14:33  15             HAVE YOU EVER DISCUSSED THAT -- DID

11:14:35  16   YOU EVER DISCUSS THE -- THE MERITS OF THAT

11:14:37  17   STATEMENT WITH ANYONE ON THIS LIST?

11:14:41  18        A.   NO, NOT WHEN I TALKED TO PEOPLE

11:14:42  19   ABOUT THIS LETTER.

11:14:50  20        Q.   DID ANYBODY ON THIS LIST, IN ANY OF

11:14:52  21   YOUR CONVERSATIONS WITH THEM, AFTER YOUR

11:14:55  22   CONVERSATION, SAY "OH, NOW THAT YOU'VE SAID WHAT

11:14:58  23   YOU'VE SAID, WE DON'T STAND BY WHAT WE SAID IN

11:15:00  24   THIS LETTER"?

          25        A.    THE THRUST OF THE LETTER -- OR LET

                                                             36

Exhibit P, Page 399

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 11:15:12 | 1 | ME START AGAIN. |
| 11:15:15 | 2 | THE THRUST OF MY CONVERSATIONS WERE |
| 11:15:21 | 3 | NOT ABOUT LEGAL ISSUES, BUT ABOUT FAIRNESS AND |
| 11:15:28 | 4 | ECONOMIC ISSUES. I BELIEVE STRONGLY THAT |
| 11:15:34 | 5 | PAYING -- THAT THE WAY WE PAY ROYALTIES ON |
| 11:15:38 | 6 | DOWNLOADS IS FAIR. AND I ALSO BELIEVE STRONGLY |
| 11:15:41 | 7 | THAT IT'S ECONOMICALLY JUSTIFIED. |
| 11:15:47 | 8 | AND THAT THE PART OF THE LETTER |
| 11:15:50 | 9 | THAT I FOCUSED ON THE MOST WAS THE PART ABOUT |
| 11:15:51 | 10 | PHRASES LIKE "A MERE FRACTION OF THEIR |
| 11:15:56 | 11 | ENTITLEMENT" OR "UNJUSTLY ENRICHES." AND THOSE |
| 11:15:57 | 12 | ARE SIMPLY WRONG. |
| 11:15:58 | 13 | MR. BUSCH: I MOVE TO STRIKE YOUR |
| 11:16:00 | 14 | ANSWER AS NONRESPONSIVE TO MY QUESTION. I'M GOING |
| 11:16:00 | 15 | TO ASK THE QUESTION AGAIN. |
| 11:16:02 | 16 | BY MR. BUSCH: |
| 11:16:05 | 17 | Q. DID ANYONE, IN RESPONSE TO YOUR |
| 11:16:08 | 18 | CONVERSATIONS WITH THEM, EVER SAY THAT YOU |
| 11:16:10 | 19 | CONVINCED THEM THAT THE STATEMENT THAT I READ A |
| 11:16:12 | 20 | MOMENT AGO WAS INCORRECT? |
| 11:16:14 | 21 | A. I'M SORRY. I HADN'T HEARD THE |
| 11:16:43 | 22 | QUESTION THAT WAY. NO. NO ONE EVER SAID THAT. |
| 11:16:44 | 23 | MR. BUSCH: OKAY. WHAT EXHIBIT WAS |
| 11:16:44 | 24 | THAT? 64? OKAY. OKAY. |
| | 25 | /// |

37

Exhibit P, Page 400

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 11:40:47 | 1 | A.   I HAVE. |
| 11:40:50 | 2 | Q.   WHAT DOES U.S.N.R.C. STAND FOR? |
| 11:40:51 | 3 | MR. POMERANTZ:  OBJECTION; VAGUE, |
| 11:40:52 | 4 | ALSO TO THE EXTENT IT CALLS FOR A LEGAL |
| 11:40:56 | 5 | CONCLUSION, AND IT'S AN INCOMPLETE HYPOTHETICAL, |
| 11:40:58 | 6 | IT'S NOT IN CONTEXT. |
| 11:40:58 | 7 | YOU CAN ANSWER. |
| 11:41:00 | 8 | THE DEPONENT:  IT'S A SPECIFICALLY |
| 11:41:06 | 9 | DEFINED TERM IN MANY CONTRACTS.  AND IN THOSE |
| 11:41:13 | 10 | CONTRACTS, IT'S A SHORTHAND -- IT'S A SHORTHAND |
| 11:41:20 | 11 | PHRASE FOR UNITED STATES NORMAL RETAIL CHANNELS, |
| 11:41:24 | 12 | WHICH IS THEN DEFINED TYPICALLY IN OTHER PARTS OF |
| 11:41:24 | 13 | THE CONTRACT. |
| 11:41:25 | 14 | BY MR. BUSCH: |
| 11:41:29 | 15 | Q.   OKAY.  WHAT EXPLOITATION OF MUSIC |
| 11:41:35 | 16 | IS A U -- IS -- FALLS UNDER U.S.N.R.C.? |
| 11:41:36 | 17 | MR. POMERANTZ:  OBJECTION; IT'S |
| 11:41:40 | 18 | VAGUE, IT'S AN INCOMPLETE HYPOTHETICAL, AND IT |
| 11:41:41 | 19 | ALSO CALLS FOR A LEGAL CONCLUSION. |
| 11:41:42 | 20 | BY MR. BUSCH: |
| 11:41:42 | 21 | Q.   GO AHEAD. |
| 11:41:45 | 22 | A.   IT'S A DEFINED TERM.  IT DEPENDS ON |
| 11:41:47 | 23 | THE SPECIFIC CONTRACT, IF IT'S DEFINED IN THE |
| 11:41:51 | 24 | CONTRACT.  I'VE SEEN SOME CONTRACTS WHERE IT'S NOT |
| | 25 | DEFINED.  BUT IF IT'S -- YOU KNOW, WHERE IT IS |

48

Exhibit P, Page 401

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 11:41:55 | 1 | DEFINED, YOU HAVE TO LOOK AT THE CONTRACT. |
| 11:41:59 | 2 | Q.   DO DIGITAL DOWNLOADS FALL WITHIN |
| 11:42:01 | 3 | U.S.N.R.C.? |
| 11:42:01 | 4 | MR. POMERANTZ:  OBJECTION AGAIN; |
| 11:42:03 | 5 | INCOMPLETE HYPOTHETICAL, ALSO TO THE EXTENT IT |
| 11:42:05 | 6 | CALLS FOR A LEGAL CONCLUSION.  AND I'LL OBJECT TO |
| 11:42:05 | 7 | THE FORM. |
| 11:42:07 | 8 | THE DEPONENT:  IF THE PHRASE IS |
| 11:42:09 | 9 | BEING USED WITHOUT DEFINITION, YES.  IF THERE'S A |
| 11:42:13 | 10 | SPECIFIC DEFINITION, YOU HAVE TO LOOK AT THE |
| 11:42:15 | 11 | SPECIFIC CLAUSES OF THE CONTRACT. |
| 11:42:15 | 12 | BY MR. BUSCH: |
| 11:42:19 | 13 | Q.   OKAY.  YOU SAY "IF THE PHRASE IS |
| 11:42:22 | 14 | USED WITHOUT DEFINITION, YES."  WHY DO YOU SAY |
| 11:42:22 | 15 | THAT? |
| 11:42:27 | 16 | A.   BECAUSE IT IS.  SALES THROUGH |
| 11:42:31 | 17 | NORMAL RETAIL CHANNELS ARE SALES OF MUSIC IN |
| 11:42:33 | 18 | WHATEVER THE FORMAT, WHETHER IT BE A VINYL DISC, |
| 11:42:37 | 19 | WHETHER IT BE A C.D., WHETHER IT BE A CASSETTE, |
| 11:42:40 | 20 | WHETHER IT BE A DOWNLOAD, WHETHER IT BE A MASTER |
| 11:42:43 | 21 | TONE. |
| 11:42:46 | 22 | THE -- THE -- THE BASIC BUSINESS OF |
| 11:42:50 | 23 | A RECORD COMPANY GETTING MUSIC OF AN ARTIST TO A |
| 11:42:53 | 24 | CONSUMER, IS SALES THROUGH NORMAL RETAIL CHANNELS. |
| | 25 | Q.   OKAY.  AND IN THE F.B.T.-AFTERMATH |

49

Exhibit P, Page 402

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 14:32:44 | 1 | I THINK I'M GOING TO GO AHEAD AND |
| 14:32:47 | 2 | HAND YOU NOW THE 2003 AGREEMENT SO WE CAN HAVE IT |
| 14:33:37 | 3 | IN FRONT OF US. |
| 14:33:38 | 4 | WELL, BEFORE I GO TO THE 2003 |
| 14:33:39 | 5 | AGREEMENT, DO YOU KNOW THAT THERE WAS A NOVATION |
| 14:33:43 | 6 | THAT WAS ENTERED INTO IN THE YEAR 2000, A DOCUMENT |
| 14:33:44 | 7 | ENTITLED "NOVATION"? |
| 14:33:46 | 8 | A.   I BELIEVE I KNOW WHAT YOU'RE |
| 14:33:46 | 9 | REFERRING TO. |
| 14:33:47 | 10 | Q.   OKAY.  AND WHAT IS YOUR |
| 14:33:49 | 11 | UNDERSTANDING OF THE PURPOSE OF THAT NOVATION |
| 14:33:52 | 12 | AGREEMENT THAT WAS ENTERED INTO IN THE YEAR 2000? |
| 14:33:54 | 13 | A.   I'D LIKE TO LOOK AT IT, JUST TO |
| 14:33:57 | 14 | MAKE SURE THAT I'M THINKING OF THE -- |
| 14:33:58 | 15 | Q.   THE CORRECT DOCUMENT? |
| 14:34:01 | 16 | A.   WHAT YOU'RE REFERRING TO. |
| 14:34:07 | 17 | Q.   OKAY.  LET ME SHOW YOU WHAT WAS |
| 14:34:09 | 18 | PREVIOUSLY MARKED AS EXHIBIT NUMBER 9 AT AN |
| 14:34:36 | 19 | EARLIER DEPOSITION. |
| 14:34:38 | 20 | A.   ASK YOUR QUESTION AGAIN, PLEASE. |
| 14:34:40 | 21 | Q.   OKAY.  DO YOU HAVE AN UNDERSTANDING |
| 14:34:45 | 22 | OF WHAT WAS THE PURPOSE OF THE NOVATION IN THE |
| 14:34:45 | 23 | YEAR 2000? |
| 14:34:46 | 24 | A.   YES. |
| | 25 | Q.   WHAT WAS THAT? |

133

Exhibit P, Page 403

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 14:34:58 | 1 | A.    BEFORE THIS DOCUMENT, THE |
| 14:35:05 | 2 | RELATIONSHIP OF AFTERMATH, F.B.T., AND EMINEM WAS |
| 14:35:11 | 3 | THAT EMINEM GRANTED RECORDING RIGHTS TO F.B.T. WHO |
| 14:35:14 | 4 | THEN GRANTED THEM TO AFTERMATH. |
| 14:35:18 | 5 | THE INTENT OF THIS DOCUMENT WAS TO |
| 14:35:23 | 6 | SET UP A STRUCTURE WHEREBY EMINEM GRANTED THE |
| 14:35:31 | 7 | RECORDING RIGHTS DIRECTLY TO AFTERMATH AND F.B.T. |
| 14:35:39 | 8 | HAD A FINANCIAL PARTICIPATION. |
| 14:35:40 | 9 | Q.    DO YOU KNOW WHY THAT WAS DONE? |
| 14:35:43 | 10 | A.    I COULD ONLY SPECULATE. |
| 14:35:44 | 11 | Q.    YOU WERE NOT INVOLVED IN ANY |
| 14:35:45 | 12 | DISCUSSIONS ABOUT THAT? |
| 14:35:51 | 13 | A.    WHAT WAS PRESENTED TO US BY EMINEM |
| 14:35:59 | 14 | AND F.B.T. JOINTLY WAS THAT THEY WANTED TO DO IT |
| 14:36:11 | 15 | THIS WAY. |
| 14:36:12 | 16 | Q.    AND -- OKAY.  THAT'S FINE. |
| 14:36:13 | 17 | LET ME GO AHEAD AND SHOW YOU NOW |
| 14:36:17 | 18 | THE 2003 AGREEMENT.  YOU CAN PUT THAT EXHIBIT |
| 14:36:20 | 19 | AWAY.  BUT KEEP THE 1998 AGREEMENT IN FRONT OF |
| 14:36:20 | 20 | YOU. |
| 14:36:22 | 21 | THIS WAS PREVIOUSLY MARKED AS |
| 14:36:33 | 22 | EXHIBIT NUMBER 10 IN A PRIOR DEPOSITION. |
| 14:36:37 | 23 | MR. HOFFMAN, YOU'LL SEE THIS IS |
| 14:36:43 | 24 | DATED JULY 2ND, 2003. |
| | 25 | A.    YES. |

134

**Exhibit P, Page 404**

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 14:37:40 | 1 | BUT MS. ROGELL TESTIFIED THAT THAT |
| 14:37:45 | 2 | BEGAN BASICALLY IN MAYBE EARLY PART OF 2003, MARCH |
| 14:37:47 | 3 | OR SO OF 2003. |
| 14:37:50 | 4 | DOES THAT IN ANY WAY REFRESH YOUR |
| 14:37:50 | 5 | MEMORY? |
| 14:37:51 | 6 | A. NO. I WOULDN'T HAVE A PRECISE |
| 14:37:51 | 7 | RECOLLECTION. |
| 14:37:52 | 8 | Q. OKAY. |
| 14:37:53 | 9 | A. THAT'S WHY I SAID "PROBABLY." |
| 14:37:57 | 10 | Q. OKAY. DO YOU KNOW WHETHER IN |
| 14:37:58 | 11 | CONNECTION WITH THIS -- WHAT WAS THE PURPOSE OF |
| 14:38:04 | 12 | THIS JULY 2ND, 2003 AGREEMENT? WHY WAS IT ENTERED |
| 14:38:05 | 13 | INTO? |
| 14:38:15 | 14 | A. EMINEM WANTED MORE MONEY FOR HIS |
| 14:38:25 | 15 | NEXT ALBUM THAN THE CONTRACT REQUIRED. WE WERE |
| 14:38:27 | 16 | WILLING TO GIVE HIM MORE MONEY. |
| 14:38:29 | 17 | SOMETIMES WE MIGHT DO THAT BY A |
| 14:38:36 | 18 | SIMPLE AMENDMENT. BUT BECAUSE WE ARE BASED IN |
| 14:38:39 | 19 | CALIFORNIA, WE THINK ABOUT THE SO-CALLED |
| 14:38:43 | 20 | CALIFORNIA SEVEN-YEAR STATUTE, WHICH, IN THE |
| 14:38:46 | 21 | BROADEST SENSE, LIMITS PERSONAL SERVICES CONTRACTS |
| 14:38:49 | 22 | TO SEVEN YEARS. |
| 14:38:53 | 23 | AND SO WHEN WE ARE FIVE YEARS INTO |
| 14:38:57 | 24 | A -- FIVE OR SIX YEARS INTO A SEVEN-YEAR DEAL -- I |
| | 25 | MEAN INTO A CONTRACT, IF WE ARE GOING TO MAKE |

136

Exhibit P, Page 405

## DEPOSITION OF RAND HOFFMAN

14:39:08  1    MEANINGFUL CHANGES IN THE ARTIST'S FAVOR, WE SAY

14:39:12  2    TO THE ARTIST "BUT WE NEED TO DO A NEW CONTRACT SO

14:39:14  3    THAT A NEW SEVEN YEARS WILL START."

14:39:15  4            SO WE DID A NEW CONTRACT RATHER

14:39:18  5    THAN A SIMPLE AMENDMENT TO THE OLD CONTRACT.

14:39:20  6            Q.   WOULD IT BE FREE TO SAY THAT YOU --

14:39:22  7    NOTHING RESTRICTED YOU FROM PROPOSING OR OFFERING

14:39:26  8    TO INSERT ANY ADDITIONAL TERMS THAT YOU THOUGHT

14:39:32  9    APPROPRIATE AS PART OF THIS 2003 NEW AGREEMENT?

14:39:34  10           A.   THERE WERE NO LEGAL REASONS WE

14:39:36  11   COULD NOT HAVE DONE THAT, CORRECT.

14:39:46  12           Q.   OKAY.  AND I WANT TO DIRECT YOUR

14:39:54  13   ATTENTION, IF I CAN, TO PARAGRAPH 5(C)(V) OF THIS

14:40:15  14   AGREEMENT, THE 2003 AGREEMENT.

14:40:16  15           AND YOU WILL SEE THAT, WITH THE

14:40:25  16   EXCEPTION OF THE TAKING OUT OF THE N.R.S. FROM THE

14:40:33  17   1998 4(C)(V), THAT 5(C)(V) WAS -- WAS INSERTED

14:40:35  18   INTO THIS -- INTO THIS AGREEMENT, THE 2003

14:40:36  19   AGREEMENT UNCHANGED.

14:40:37  20           DO YOU SEE THAT?

14:40:37  21           A.   YES, I DO.

14:40:44  22           Q.   NOW, DO YOU RECALL ME ASKING YOU

14:40:46  23   EARLIER AND YOU TESTIFYING EARLIER THAT THERE WERE

14:40:51  24   NO CONVERSATIONS THAT YOU CAN RECALL ABOUT THIS

          25   PROVISION AND ITS APPLICABILITY TO DIGITAL

                                                              137

Exhibit P, Page 406

DEPOSITION OF RAND HOFFMAN

14:41:57  1    AGREEMENT.

14:41:59  2         Q.   YOU JUST SAID EARLIER THIS WAS A

14:42:01  3    NEW AGREEMENT.  I THINK YOU SAID SEVERAL TIMES

14:42:03  4    THIS WAS A NEW AGREEMENT.

14:42:04  5         A.   IT'S A NEW AGREEMENT FOR LEGAL

14:42:04  6    PURPOSES, YES.

14:42:09  7              BUT IN TERMS OF GETTING IT DONE, WE

14:42:13  8    AND EMINEM'S REPRESENTATIVES AGREED THAT IF WE

14:42:17  9    STARTED WITH A NEW AGREEMENT ON A NEW FORM, THAT

14:42:21  10   EACH OF US WOULD WANT TO MAKE CHANGES, PERHAPS, SO

14:42:24  11   THAT WE WOULD AGREE, IN ORDER TO GET -- WE AGREED,

14:42:26  12   IN ORDER GET THE TRANSACTION DONE QUICKLY, THAT WE

14:42:30  13   WOULD CLONE THE 1998 AGREEMENT.

14:42:32  14        Q.   WEREN'T THERE MULTIPLE CHANGES MADE

14:42:33  15   IN THE 2003 AGREEMENT?

14:42:37  16        A.   ONLY IN -- ONLY IN THE SPECIFIC

14:42:39  17   THINGS THAT WERE NEGOTIATED AS PART OF THE

14:42:40  18   BUSINESS TRANSACTION.

14:42:43  19             I REVIEWED THE 1998 AGREEMENT AND

14:42:49  20   SATISFIED MYSELF THAT IN ALL THE BASIC THINGS THAT

14:42:52  21   WEREN'T BEING DISCUSSED AS PART OF THAT DEAL, THE

14:42:55  22   AGREEMENT SAID WHAT IT WAS SUPPOSED TO SAY, AND

14:43:00  23   THAT WE WERE FINE WITH IT.  AND EMINEM'S REPS CAME

14:43:01  24   TO THE SAME CONCLUSION.

          25        Q.   OKAY.  YOU KNEW -- YOU -- ONE OF

                                                          139

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

Exhibit P, Page 407

## DEPOSITION OF RAND HOFFMAN

14:49:45  1   4(C)(V) IN ANY WAY OTHER THAN THE WORDS N.R.S.

14:49:46  2   CAME OUT?

14:49:46  3         A.   I AGREE.

14:49:53  4         Q.   OKAY.  I TAKE IT BASED UPON YOUR

14:49:58  5   TESTIMONY A MOMENT AGO, THAT YOU DID NOT PROPOSE,

14:50:00  6   AS PART OF THE NEGOTIATIONS FOR THE 2003

14:50:02  7   AGREEMENT, TAKING OUT THE PHRASE "OR FOR ANY OTHER

14:50:05  8   USE" WITHIN 5(C)(V)?

14:50:10  9         A.   I -- THE CONVERSATION I HAD WITH --

14:50:12  10  CONVERSATION OR CONVERSATIONS I HAD WITH EITHER

14:50:16  11  GARY OR THEO IS THAT WE WOULDN'T MAKE THE LANGUAGE

14:50:19  12  CHANGES THAT EITHER OF US MIGHT THINK WOULD BE

14:50:22  13  BETTER FOR US; THAT -- THAT OTHER THAN THE

14:50:25  14  SPECIFIC BUSINESS TERMS OF THE NEW TRANSACTION, WE

14:50:28  15  WOULD BOTH LIVE WITH THE LANGUAGE IN THE EXISTING

14:50:30  16  DOCUMENT, WHETHER WE THOUGHT IT WAS PERFECT OR

14:50:30  17  NOT.

14:50:31  18        Q.   OKAY.  THIS IS NOT A LITTLE

14:50:35  19  LANGUAGE CHANGE THAT I'M TALKING ABOUT.  WHAT I'M

14:50:37  20  TALKING ABOUT IS -- HOW MUCH DID YOU PAY EMINEM IN

14:50:40  21  CONNECTION WITH THIS NEW DEAL IN 2003?

14:50:40  22        MR. POMERANTZ:  OBJECTION TO THE

14:50:42  23  FORM OF THE QUESTION.

14:50:43  24        THE DEPONENT:  I DON'T RECALL, BUT

        25  WE CAN EASILY -- BECAUSE THAT WAS DEALT WITH.

                                                    145

**Exhibit P, Page 408**

DEPOSITION OF RAND HOFFMAN

15:51:32  1    CONTRACTS OR LIMITED DOWNLOAD OR STREAM CONTRACTS?
15:51:33  2             A.   YOU MEAN ARTIST'S CONTRACTS?
15:51:35  3             MR. POMERANTZ:  NO.  HE'S TALKING
15:51:37  4    ABOUT THE AGREEMENT BETWEEN UNIVERSAL AND THE
15:51:37  5    DIGITAL PROVIDER.
15:51:40  6    BY MR. BUSCH:
15:51:40  7             Q.   YEAH.  HAVE YOU EVER REVIEWED THE
15:51:41  8    CONTRACTS BETWEEN UNIVERSAL AND THE DIGITAL
15:51:41  9    PROVIDERS?
15:51:42 10             A.   NO.
15:51:43 11             Q.   OKAY.  AND MY QUESTION TO YOU IS
15:51:51 12    WHETHER YOUR KNOWLEDGE ABOUT WHY, FOR PERMANENT
15:51:59 13    DOWNLOADS, YOU TREAT THEM AS ALBUM SALES VERSUS
15:52:03 14    TREATING SOME LIMITED DOWNLOAD OR STREAMS AS
15:52:07 15    LICENSES AND PAYING 50 PERCENT BASED UPON
15:52:10 16    COMMUNICATIONS THAT YOU HAD CONCERNING THOSE
15:52:13 17    DIGITAL AGREEMENTS?
15:52:46 18             A.   IN SOME CASES, YES; SOME CASES, NO.
15:52:49 19             Q.   IF YOU'VE NEVER -- IF YOU'VE NEVER
15:52:51 20    REVIEWED ANY OF THE AGREEMENTS BETWEEN UNIVERSAL
15:52:55 21    AND DOWNLOAD PROVIDERS, WHETHER IT BE FOR
15:52:59 22    CONDITIONAL DOWNLOADING STREAMS OR PERMANENT
15:53:01 23    DOWNLOADS, WHAT -- HOW WOULD YOUR KNOWLEDGE BE
15:53:03 24    BASED UPON ANYTHING OTHER THAN CONVERSATIONS WITH
         25    UNIVERSAL?

180

**Exhibit P, Page 409**

DEPOSITION OF RAND HOFFMAN

```
15:53:05  1          A.   I BELIEVE -- HOW WE PAY THE ARTIST
15:53:08  2    IS BASED ON WHAT'S IN THE ARTIST'S CONTRACT.
15:53:09  3          Q.   I'M NOT ASKING ABOUT THAT,
15:53:09  4    BECAUSE --
15:53:12  5          A.   YES, YOU ASKED ME HOW -- YOU ASKED
15:53:23  6    ME HOW WE DECIDE WHETHER TO PAY THE ARTIST A
15:53:29  7    CERTAIN WAY ON PERMANENT DOWNLOADS AND A CERTAIN
15:53:31  8    WAY OF LIMITED DOWNLOADS AND STREAMS.
15:53:32  9          Q.   SO YOU'D HAVE TO HAVE REFERENCE TO
15:53:35 10    THE PERMANENT DOWNLOAD OR LIMITED DOWNLOAD
15:53:37 11    CONTRACT IN ORDER TO DETERMINE WHETHER IT IS A
15:53:38 12    LICENSE IN ORDER TO BE ABLE TO MAKE THAT
15:53:39 13    DETERMINATION; CORRECT?
15:53:39 14          A.   NO.
15:53:41 15          Q.   OKAY.  WHY IS THAT?
15:53:45 16          A.   BECAUSE I READ THIS CONTRACT AND
15:53:49 17    THE OTHER ARTISTS' CONTRACTS THAT I HAVE DEALT
15:53:57 18    WITH, TO INTEND THAT A PERMANENT DOWNLOAD IS PAID
15:54:01 19    ON A ROYALTY BASIS AND NOT HALF OF NET RECEIPTS.
15:54:05 20          WITH RESPECT TO STREAMS AND LIMITED
15:54:10 21    DOWNLOADS, I -- VARYING LANGUAGE IN VARYING
15:54:12 22    CONTRACTS THAT GOVERNS THAT POINT, AS TO HOW I
15:54:13 23    WOULD PAY THE ARTIST.
15:54:15 24          Q.   HOW MUCH MONEY WOULD IT COST
         25    UNIVERSAL, IF THESE LICENSE -- THE LICENSE
```

181

**Exhibit P, Page 410**

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 16:55:01 | 1 | Q.   WHY NOT? |
| 16:55:04 | 2 | A.   BECAUSE THIS IS TALKING ABOUT THE |
| 16:55:09 | 3 | DISTRIBUTOR THAT AFTERMATH HAS PRIVITY WITH.  THIS |
| 16:55:10 | 4 | IS TALK -- SUCCEEDING -- THE CLEAR INTENT OF THIS |
| 16:55:14 | 5 | LANGUAGE IS IF THE AFTERMATH-DRE RELATIONSHIP |
| 16:55:18 | 6 | ENDED AND DRE WAS PARTNERED UP WITH, SAY, WARNER |
| 16:55:22 | 7 | BROS. RECORDS IN -- AFTERMATH RECORDS, THAT |
| 16:55:23 | 8 | WARNER'S WOULD BE THE SUCCEEDING DISTRIBUTOR. |
| 16:55:25 | 9 | IT HAS NOTHING TO DO WITH THE NEXT |
| 16:55:28 | 10 | STEP, WHICH GOES ON FROM INTERSCOPE AND APPLE. |
| 16:55:31 | 11 | Q.   THIS HAS NOTHING TO DO WITH THE |
| 16:55:33 | 12 | SITUATION WHERE, FOR EXAMPLE, THERE'S A LICENSE OF |
| 16:55:34 | 13 | THE MASTER AND IT'S DISTRIBUTED BY SOME THIRD |
| 16:55:35 | 14 | PARTY? |
| 16:56:12 | 15 | A.   NO.  THAT'S NOT WHAT THIS IS ABOUT. |
| 16:56:13 | 16 | Q.   DO YOU KNOW HOW MANY PROPOSED |
| 16:56:15 | 17 | MECHANICAL LICENSES WERE SENT TO JOEL MARTIN IN |
| 16:56:17 | 18 | THE SAME FORMAT AS EXHIBIT NUMBER 24 THAT I SHOWED |
| 16:56:18 | 19 | YOU A MOMENT AGO? |
| 16:56:18 | 20 | A.   NO. |
| 16:58:24 | 21 | Q.   OKAY.  WERE YOU INVOLVED IN A |
| 16:58:33 | 22 | 2004 -- NOVEMBER 1, 2004 AGREEMENT BETWEEN EMINEM |
| 16:58:40 | 23 | AND AFTERMATH RECORDS? |
| 16:58:41 | 24 | A.   CAN I SEE IT, PLEASE? |
| | 25 | Q.   YES. |

226

Exhibit P, Page 411

DEPOSITION OF RAND HOFFMAN

16:58:54  1          A.   YES.   THIS IS EXHIBIT 17.   I WAS
16:58:54  2    INVOLVED.
16:59:09  3          Q.   OKAY.   WHAT WAS THE REASON FOR THAT
16:59:11  4    DOCUMENT -- FOR THAT AGREEMENT BEING ENTERED INTO?
16:59:27  5          A.   EMINEM WAS ABOUT TO DELIVER ANOTHER
16:59:30  6    ALBUM AND WANTED MORE MONEY THAN THE CONTRACT
16:59:30  7    CALLED FOR.
16:59:32  8          Q.   AND DID YOU AGREE TO GIVE HIM MORE
16:59:33  9    MONEY THAN THE CONTRACT CALLED FOR?
16:59:34  10          A.   WE DID.
16:59:35  11          Q.   HOW MUCH?
16:59:38  12          A.   WE AGREED TO GIVE HIM 15 MILLION
16:59:41  13    DOLLARS RATHER THAN A MILLION AND A HALF.   AND WE
16:59:46  14    AGREED TO INCREASE HIS ROYALTY RATE.
16:59:48  15          Q.   OKAY.   MAY I SEE THAT DOCUMENT,
16:59:50  16    PLEASE, BECAUSE I DON'T HAVE AN EXTRA COPY.   THANK
16:59:51  17    YOU.
16:59:54  18          DO YOU RECALL YOUR TESTIMONY
16:59:59  19    EARLIER TODAY THAT -- WITHOUT DEFINITION, THAT
17:00:06  20    U.S.N.R.C. IS -- IN FACT, COVERS PERMANENT
17:00:06  21    DOWNLOADS?
17:00:06  22          A.   YES.
17:00:09  23          Q.   OKAY.   AND THAT UNDER THE '98 AND
17:00:15  24    2003 AGREEMENT, THAT U.S.N.R.C. SALES WOULD BE --
          25    WOULD COVER PERMANENT DOWNLOADS?

                                                        227

Exhibit P, Page 412

DEPOSITION OF RAND HOFFMAN

17:01:41 1    Q.  MY QUESTION TO YOU, SIR, IS:  IF
17:01:46 2 PERMANENT DOWNLOADS ARE ALBUM SALES, UNDER THE '98
17:01:52 3 AND 2003 AGREEMENT, AND ARE U.S.N.R.C. SALES, WHY
17:01:56 4 DID YOU WRITE IN THIS AGREEMENT THAT THEY "SHALL
17:02:00 5 BE TREATED AS U.S.N.R.C. NET SALES FOR THE
17:02:01 6 PURPOSES OF ESCALATIONS"?
17:02:03 7    WHY WAS IT NECESSARY TO SAY THAT?
17:02:06 8    A.  IT WASN'T NECESSARY.  BUT IN MOST
17:02:12 9 MAJOR LABEL FORMS, DIGITAL DOWNLOADS ARE IN MANY
17:02:15 10 MAJOR LABELS FORMS AT THAT POINT IN TIME.  THE WAY
17:02:18 11 THE DEFINITIONS WORKED, DIGITAL DOWNLOADS WERE NOT
17:02:24 12 PART OF THE DEFINED TERM THAT OF -- OF ALBUMS THAT
17:02:25 13 QUALIFIED FOR ESCALATIONS.
17:02:29 14    SO EMINEM'S LAWYERS ASKED FOR THAT
17:02:35 15 TO BE CLARIFIED.  AND IT'S EASIER FOR ME TO PUT IT
17:02:37 16 IN, SINCE IT'S ALREADY JUST A RESTATEMENT OF WHAT
17:02:39 17 THE CONTRACT ALREADY SAYS THAN TO TRY TO CONVINCE
17:02:42 18 THEM THAT THEY DON'T NEED IT.
17:02:42 19    I DON'T -- I DON'T -- SINCE I WAS
17:02:44 20 ALREADY COUNTING ALBUMS -- SINCE WE WERE ALREADY
17:02:48 21 COUNTING ALBUMS, DIGITAL ALBUMS FOR ESCALATIONS,
17:02:49 22 THIS WAS NOT A CONCESSION.
17:02:51 23    THIS WAS -- SOMEONE ASKED FOR
17:02:54 24 SOMETHING THEY DON'T NEED, I'M HAPPY TO GIVE IT TO
25 THEM TO GET THE TRANSACTION DONE.

230

**Exhibit P, Page 413**

DEPOSITION OF RAND HOFFMAN

17:02:56  1          Q.   YOU SAY THAT IT CONTAINS -- I
17:02:58  2     BELIEVE YOU SAID IT ONLY REPEATS WHAT YOU -- WHAT
17:03:00  3     THE CONTRACT SAYS.
17:03:01  4               AND I WOULD LIKE YOU TO LOOK IN THE
17:03:04  5     '98 AND 2003 AGREEMENT AND SHOW ME WHERE IT SAYS
17:03:07  6     THAT PERMANENT DOWNLOADS ARE U.S.N.R.C.
17:03:10  7          A.   WE'VE HAD THAT DISCUSSION EARLIER
17:03:16  8     THIS MORNING.  IT'S A NORMAL WAY OF SALE.  AND WE
17:03:17  9     INTERPRET THAT CONTRACT AND PAY UNDER THAT
17:03:21 10     CONTRACT AS ALBUM DOWNLOADS BEING SALES THROUGH
17:03:22 11     NORMAL RETAIL CHANNELS.
17:03:24 12          Q.   OKAY.  SO IT'S YOUR INTERPRETATION
17:03:26 13     OF THE WAY THAT UNIVERSAL PAYS THAT IT'S CONTAINED
17:03:28 14     IN THE '98 AND 2003 AGREEMENT ON THAT TOPIC?
17:03:29 15               MR. POMERANTZ:  OBJECTION;
17:03:30 16     MISSTATES HIS TESTIMONY.
17:03:30 17     BY MR. BUSCH:
17:03:31 18          Q.   IS THAT RIGHT?
17:03:34 19          A.   WELL, I THINK EVERYTHING I READ I'M
17:03:36 20     INTERPRETATE -- INTERPRETING.
17:03:38 21          Q.   TO THE BENEFIT OF UNIVERSAL?
17:03:40 22          A.   NO.  WE'RE PAYING MORE.  NOT TO
17:03:42 23     BENEFIT OF UNIVERSAL.
17:03:44 24               IF ALBUM DOWNLOADS WERE NOT SALES
         25     THROUGH NORMAL RETAIL CHANNELS, THEY WOULDN'T HAVE

231

**Exhibit P, Page 414**

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 18:15:06 | 1 | INTENDED TO COVER IS USE IN FILMS -- FILMS, |
| 18:15:09 | 2 | TELEVISION SHOWS, AND TELEVISION COMMERCIALS. |
| 18:15:11 | 3 | Q.   WHY -- WHY DOES IT NOT SAY THAT? |
| 18:15:17 | 4 | A.   LAWYERS DRAFT -- YOU KNOW, LAWYERS |
| 18:15:19 | 5 | TRY TO DRAFT IT MORE BROADLY. |
| 18:15:21 | 6 | Q.   AND IT WAS DRAFTED MORE BROADLY? |
| 18:15:22 | 7 | A.   YES. |
| 18:15:23 | 8 | Q.   AND IT WAS AGREED TO AS DRAFTED |
| 18:15:24 | 9 | MORE BROADLY? |
| 18:15:24 | 10 | A.   YES. |
| 18:15:40 | 11 | Q.   OKAY.  I WANT TO TALK TO YOU FOR A |
| 18:15:42 | 12 | SECOND ABOUT MASTERTONES.  DO YOU KNOW HOW |
| 18:15:46 | 13 | MASTERTONES ARE ACCOUNTED TO F.B.T. UNDER THE |
| 18:15:48 | 14 | AGREEMENT?  DO YOU KNOW WHETHER THEY'RE ACCOUNTED |
| 18:15:50 | 15 | TO AS LICENSES OR RECORD SALES? |
| 18:15:52 | 16 | A.   MY UNDERSTANDING IS THEY ARE |
| 18:15:53 | 17 | ACCOUNTED AS RECORD SALES. |
| 18:15:54 | 18 | Q.   DO YOU KNOW WHY? |
| 18:15:59 | 19 | A.   BECAUSE THEY ARE RECORD SALES. |
| 18:16:01 | 20 | Q.   WHY DO YOU SAY THEY ARE RECORD |
| 18:16:01 | 21 | SALES? |
| 18:16:03 | 22 | A.   SAME REASON THE DOWNLOADS ARE, FOR |
| 18:16:05 | 23 | THE SAME REASON THAT CDS ARE, YOU KNOW, TAKE THE |
| 18:16:09 | 24 | MUSIC, SELL IT TO THE CONSUMER.  THE CONSUMER, YOU |
| | 25 | KNOW, SELLS IT TO THE RETAILER THAT SELLS IT TO |

259

**Exhibit P, Page 415**

## DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 18:16:14 | 1 | THE CONSUMER THAT -- |
| 18:16:15 | 2 | Q.    WHAT PRICE DOES UNIVERSAL CHARGE |
| 18:16:17 | 3 | THE RETAILER -- I'M SORRY -- WHAT PRICE DOES |
| 18:16:22 | 4 | UNIVERSAL CHARGE THE MASTERTONE PROVIDER WHEN IT |
| 18:16:24 | 5 | PROVIDES THEM WITH A DIGITAL FILE FOR MASTERTONES? |
| 18:16:26 | 6 | MR. POMERANTZ:  OBJECTION; LACK OF |
| 18:16:26 | 7 | FOUNDATION. |
| 18:16:26 | 8 | THE DEPONENT:  I DON'T KNOW. |
| 18:16:27 | 9 | BY MR. BUSCH: |
| 18:16:29 | 10 | Q.    DO YOU KNOW WHETHER THERE'S ANY |
| 18:16:29 | 11 | CHARGE? |
| 18:16:30 | 12 | A.    I DON'T KNOW. |
| 18:16:58 | 13 | Q.    HOW DOES -- DOES UNIVERSAL HAVE ITS |
| 18:17:01 | 14 | OWN OR AFFILIATED COMPANIES IN EVERY COUNTRY IN |
| 18:17:03 | 15 | THE WORLD? |
| 18:17:05 | 16 | A.    NO, NOT IN EVERY COUNTRY OF THE |
| 18:17:05 | 17 | WORLD. |
| 18:17:07 | 18 | Q.    IN MOST COUNTRIES? |
| 18:17:10 | 19 | A.    I DON'T KNOW THE EXACT NUMBER.  I |
| 18:17:14 | 20 | THINK IT'S SAFE TO SAY THAT IT HAS ITS |
| 18:17:16 | 21 | OWNER-AFFILIATED COMPANIES IN MOST OF THE |
| 18:17:20 | 22 | ECONOMICALLY SIGNIFICANT COUNTRIES OF THE WORLD, |
| 18:17:23 | 23 | AND I MEAN ECONOMICALLY SIGNIFICANT FOR THE SALE |
| 18:17:24 | 24 | OF MUSIC. |
| | 25 | Q.    IS THERE AN INTERCOMPANY -- |

260

Exhibit P, Page 416

DEPOSITION OF RAND HOFFMAN

```
 1    STATE OF CALIFORNIA  )
                           )SS
 2    COUNTY OF LOS ANGELES)

 3

 4            I, RENEE A. PACHECO, CERTIFIED SHORTHAND

 5    REPORTER, CERTIFICATE NUMBER 11564, FOR THE STATE

 6    OF CALIFORNIA, HEREBY CERTIFY:

 7            THE FOREGOING PROCEEDINGS WERE TAKEN

 8    BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,

 9    AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH

10    BY ME;

11            THE TESTIMONY OF THE DEPONENT AND ALL

12    OBJECTIONS MADE AT THE TIME OF THE EXAMINATION

13    WERE RECORDED STENOGRAPHICALLY BY ME AND WERE

14    THEREAFTER TRANSCRIBED;

15            THE FOREGOING TRANSCRIPT IS A TRUE AND

16    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

17            I FURTHER CERTIFY THAT I AM NEITHER

18    COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID

19    ACTION, NOR IN ANY WAY INTERESTED IN THE OUTCOME

20    THEREOF.

21            IN WITNESS WHEREOF, I HAVE HEREUNTO

22    SUBSCRIBED MY NAME THIS 28TH DAY OF MAY, 2008.

23

24

25
                                                    285
```

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

**Exhibit P, Page 417**