# EXHIBIT Q

DEPOSITION OF LARRY KENSWIL

```
 1              UNITED STATES DISTRICT

 2         FOR THE EASTERN DISTRICT OF MICHIGAN

 3                 SOUTHERN DIVISION

 4

 5   F.B.T. PRODUCTIONS, LLC, )
     AND EM2M, LLC,          )
 6                           )
                PLAINTIFFS,  )   CASE NO.
 7                           )   CV 07-3314 PSG
        VS.                  )   (MANX)
 8                           )
     AFTERMATH RECORDS DOING )
 9   BUSINESS AS AFTERMATH   )
     ENTERTAINMENT; INTERSCOPE)
10   RECORDS; UMG RECORDINGS, )
     INC.; AND ARY, INC.,    )
11                           )
                DEFENDANTS.  )
12   _____)

13

14

15

16         DEPOSITION OF LARRY KENSWIL, TAKEN

17         ON BEHALF OF THE PLAINTIFFS, AT 10250

18         CONSTELLATION BOULEVARD, 19TH FLOOR,

19         LOS ANGELES, CALIFORNIA, COMMENCING AT

20         10:27 A.M., FRIDAY, MAY 23, 2008,

21         BEFORE SAMANTHA AVENAIM, CSR NUMBER

22         10627.

23

24

25
                                                    2
```

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

Exhibit Q, Page 419

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 10:55:34 | 1 | DO YOU SEE THAT? |
| 10:55:35 | 2 | A.   YES. |
| 10:55:35 | 3 | Q.   HERE WHERE YOU WERE REFERRING TO |
| 10:55:37 | 4 | REVENUES FROM ELECTRONIC DISTRIBUTION OF RECORDED |
| 10:55:42 | 5 | MUSIC, ARE YOU INCLUDING PERMANENT DOWNLOADS? |
| 10:55:45 | 6 | A.   YES. |
| 10:55:46 | 7 | Q.   SO JUST SO THAT WE'RE CLEAR, WHEN |
| 10:55:53 | 8 | YOU ARE REFERRING TO ELECTRONIC DISTRIBUTION OF |
| 10:55:59 | 9 | RECORDED MUSIC HERE, YOU ARE REFERRING TO |
| 10:56:02 | 10 | PERMANENT DOWNLOADS, INCLUDING PERMANENT |
| 10:56:04 | 11 | DOWNLOADS, BUT WHEN YOU REFER TO BEING -- |
| 10:56:07 | 12 | OVERSEEING ALL OF U.M.G.'S EFFORTS TO LICENSE |
| 10:56:11 | 13 | SOUND RECORDINGS FOR ELECTRONIC DISTRIBUTION ON |
| 10:56:12 | 14 | PAGE 1, YOU WERE NOT? |
| 10:56:13 | 15 | A.   THAT'S CORRECT. |
| 10:56:14 | 16 | Q.   OKAY.  HOW MUCH OF THE 170 MILLION |
| 10:56:20 | 17 | DOLLARS THAT YOU IDENTIFY HERE THAT WAS RECEIVED |
| 10:56:23 | 18 | AS OF THE FIRST HALF OF 2006, WHAT PERCENTAGE OF |
| 10:56:28 | 19 | THAT WOULD BE FOR PERMANENT DOWNLOADS? |
| 10:56:31 | 20 | A.   I DON'T RECALL SPECIFICALLY. |
| 10:56:33 | 21 | Q.   GENERALLY. |
| 10:56:34 | 22 | A.   PROBABLY A LITTLE MORE THAN HALF. |
| 10:56:36 | 23 | Q.   I WANT TO DIRECT YOUR ATTENTION TO |
| 10:56:57 | 24 | THE SECOND PARAGRAPH OF THE SECTION ENTITLED THE |
| 10:57:05 | 25 | ELECTRONIC DISTRIBUTION MARKET, AND I WANT TO |

33

**Exhibit Q, Page 420**

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 10:57:42 | 1 | DIRECT YOUR ATTENTION TO THE SECOND SENTENCE THAT |
| 10:57:45 | 2 | SAYS AS FOLLOWS: |
| 10:57:48 | 3 | "CONSUMERS NOW ENJOY |
| 10:57:49 | 4 | MUSIC IN MORE WAYS THAN EVER |
| 10:57:51 | 5 | BEFORE. SATELLITE RADIO, |
| 10:57:54 | 6 | SATELLITE AND CABLE T.V. |
| 10:57:57 | 7 | SERVICES, PERMANENT DIGITAL |
| 10:57:58 | 8 | AUDIO DOWNLOADED TRACKS AND |
| 10:58:01 | 9 | ALBUMS, STREAMING AND |
| 10:58:02 | 10 | CONDITIONAL DOWNLOADS, AND |
| 10:58:04 | 11 | WEBCASTING MOBILE AND WIRELESS |
| 10:58:07 | 12 | SERVICES, VIDEO SERVICES, AND |
| 10:58:09 | 13 | SALES OF OTHER DIGITAL PRODUCTS, |
| 10:58:12 | 14 | E.G., RINGTONES." |
| 10:58:14 | 15 | DO YOU SEE THAT? |
| 10:58:16 | 16 | A.   YES. |
| 10:58:17 | 17 | Q.   DID YOU INTEND TO CONVEY HERE |
| 10:58:21 | 18 | THAT -- THAT THE ITEMS BEFORE THE PHRASE "SALES OF |
| 10:58:32 | 19 | OTHER" -- "AND SALES OF OTHER DIGITAL PRODUCTS" |
| 10:58:34 | 20 | WERE ALL IN ONE CLASSIFICATION, WHEREAS RINGTONES, |
| 10:58:43 | 21 | FOR EXAMPLE, WERE SOMETHING DIFFERENT, OR WERE YOU |
| 10:58:45 | 22 | TRYING TO SAY HERE THAT ALL OF THE ITEMS THAT ARE |
| 10:58:48 | 23 | IDENTIFIED ABOVE, AND INCLUDING RINGTONES, WERE |
| 10:58:52 | 24 | SALES OF DIGITAL PRODUCTS? |
| 10:58:54 | 25 | MR. POMERANTZ:   OBJECTION TO THE |

34

Exhibit Q, Page 421

## DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 10:58:55 | 1 | FORM OF THE QUESTION. |
| 10:58:56 | 2 | THE DEPONENT:  I'D SAY NEITHER ONE. |
| 10:58:58 | 3 | BY MR. BUSCH: |
| 10:59:00 | 4 | Q.   OKAY.  WHAT DID YOU MEAN BY THE |
| 10:59:03 | 5 | PHRASE "AND SALES OF OTHER DIGITAL PRODUCTS, E.G., |
| 10:59:06 | 6 | RINGTONES" AFTER THE LIST THAT PRECEDE IT?  WHY |
| 10:59:12 | 7 | DID YOU SEPARATE RINGTONES, FOR EXAMPLE? |
| 10:59:15 | 8 | A.   WELL, RINGTONES -- I THINK SALES OF |
| 10:59:20 | 9 | OTHER DIGITAL PRODUCTS WAS MEANT TO BE A |
| 10:59:25 | 10 | CATCH-ALL.  AND RINGTONES WAS MENTIONED, SO IT |
| 10:59:27 | 11 | WOULD BE USED AS AN EXAMPLE WITHIN THE CATCH-ALL. |
| 10:59:29 | 12 | I DON'T THINK IT MEANT ANYTHING MORE THAN THAT. |
| 10:59:31 | 13 | Q.   SO MY QUESTION IS:  DID YOU INTEND |
| 10:59:33 | 14 | TO CONVEY HERE THAT ALL OF THESE ITEMS THAT YOU |
| 10:59:36 | 15 | MENTIONED WERE SALES OF DIGITAL PRODUCTS? |
| 10:59:38 | 16 | A.   NO. |
| 10:59:39 | 17 | Q.   BUT YOU DID LUMP THEM ALL TOGETHER |
| 10:59:42 | 18 | IN THE LIST THAT PRECEDES THE PHRASE "AND THE |
| 10:59:45 | 19 | SALES OF OTHER DIGITAL PRODUCTS," DID YOU NOT? |
| 10:59:48 | 20 | MR. POMERANTZ:  OBJECTION; |
| 10:59:51 | 21 | MISSTATES HIS TESTIMONY, ARGUMENTATIVE AND VAGUE. |
| 10:59:53 | 22 | THE DEPONENT:  I DON'T READ THIS |
| 10:59:55 | 23 | SENTENCE AS CATEGORIZING EVERYTHING BEFORE THAT |
| 10:59:58 | 24 | PHRASE AS CATEGORIZING THEM ALL AS SALES OF OTHER |
| 11:00:01 | 25 | DIGITAL PRODUCTS.  I THINK THE -- |

35

**Exhibit Q, Page 422**

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 11:00:01 | 1 | BY MR. BUSCH: |
| 11:00:02 | 2 | Q. OR SALES OF DIGITAL PRODUCTS? |
| 11:00:04 | 3 | A. OF DIGITAL PRODUCTS. I MEAN, PLAIN |
| 11:00:06 | 4 | LANGUAGE SHOWS IT'S A COMPOUND SENTENCE AND -- OR |
| 11:00:10 | 5 | A COMPOUND CLAUSE, AND IT'S JUST ANOTHER LIST IN |
| 11:00:12 | 6 | THE CATEGORY, SALES OF OTHER DIGITAL PRODUCTS. |
| 11:00:16 | 7 | Q. OKAY. DO YOU CONSIDER ALL OF THE |
| 11:00:37 | 8 | ITEMS THAT ARE IDENTIFIED HERE PART OF THE |
| 11:00:44 | 9 | ELECTRONIC DISTRIBUTION OF MUSIC? |
| 11:00:45 | 10 | A. YES. |
| 11:00:46 | 11 | Q. THE PHRASE "PERMANENT DIGITAL AUDIO |
| 11:01:01 | 12 | DOWNLOADED TRACKS AND ALBUMS," IS THAT PERMANENT |
| 11:01:03 | 13 | DOWNLOADS THAT -- THAT ARE IN THE LONGHAND |
| 11:01:06 | 14 | STATEMENT? |
| 11:01:07 | 15 | A. YES. |
| 11:01:07 | 16 | Q. WOULD IT BE FAIR TO SAY THAT IN THE |
| 11:01:23 | 17 | NEXT SENTENCE THAT GOES OVER TO PAGE 3, YOU ARE |
| 11:01:29 | 18 | SAYING THAT THERE IS THE POSSIBILITY OR THERE |
| 11:01:35 | 19 | IS -- THERE IS THE -- WHAT IS OCCURRING IS THAT |
| 11:01:40 | 20 | THESE FORMS OF ELECTRONIC OR DIGITAL DISTRIBUTION |
| 11:01:45 | 21 | OF MUSIC IS REPLACING THE SALES OF PHYSICAL |
| 11:01:50 | 22 | PRODUCT, EACH OF THESE, BUT YOUR HOPE IS THAT IN |
| 11:01:53 | 23 | THE LONG RUN THE REVENUE YOU WERE ABLE TO RECEIVE |
| 11:01:57 | 24 | FOR EACH OF THOSE ITEMS WILL COMPENSATE FOR LOST |
| 11:02:00 | 25 | PHYSICAL SALES? |

36

Exhibit Q, Page 423

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 11:02:01 | 1 | A.   WHAT WE'RE HOPING IS THAT AT SOME |
| 11:02:06 | 2 | POINT THE INCREASE IN REVENUE ON THE DIGITAL -- OR |
| 11:02:11 | 3 | THE DIGITAL DISTRIBUTION AREA WILL BE GREATER THAN |
| 11:02:15 | 4 | THE LOSS OF REVENUE IN THE PHYSICAL DISTRIBUTION |
| 11:02:18 | 5 | AREA. |
| 11:02:18 | 6 | Q.   OKAY.  I WANT TO DIRECT YOUR |
| 11:02:21 | 7 | ATTENTION TO THE NEXT SENTENCE THAT SAYS: |
| 11:02:22 | 8 | "BECAUSE CONSUMERS VALUE |
| 11:02:24 | 9 | THE ABILITY TO PURCHASE MUSIC IN |
| 11:02:27 | 10 | MANY FORMS AND ACCESS MUSIC FROM |
| 11:02:31 | 11 | ALMOST EVERYWHERE." |
| 11:02:34 | 12 | ARE ALL OF THE ITEMS THAT ARE |
| 11:02:36 | 13 | IDENTIFIED HERE, DO THEY REPRESENT -- THAT ARE |
| 11:02:42 | 14 | IDENTIFIED ON -- IN THE SECOND PARAGRAPH OF THE |
| 11:02:45 | 15 | ELECTRONIC DISTRIBUTION MARKET SECTION, PAGE 2, |
| 11:02:48 | 16 | ARE ALL OF THOSE FORMS WHAT YOU WERE REFERRING TO |
| 11:02:53 | 17 | WHERE YOU SAY "BECAUSE CONSUMERS VALUE THE ABILITY |
| 11:02:56 | 18 | TO PURCHASE MUSIC IN MANY FORMS"? |
| 11:02:58 | 19 | A.   WELL, THERE ARE MORE FORMS THAT END |
| 11:03:02 | 20 | THE LIST, I'M SURE, BUT IT WAS REFERRING TO ANY |
| 11:03:05 | 21 | METHOD OF ELECTRONICALLY GETTING MUSIC TO PEOPLE. |
| 11:03:09 | 22 | AND THE LIST WAS NOT MEANT TO BE ALL-INCLUSIVE. |
| 11:03:12 | 23 | Q.   BUT IT DOES INCLUDE AT LEAST ALL |
| 11:03:14 | 24 | THESE THINGS THAT ARE IDENTIFIED AT THE BOTTOM OF |
| 11:03:17 | 25 | PAGE 2? |

37

Exhibit Q, Page 424

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 11:16:49 | 1 | WITH PEOPLE WHO DIDN'T BUY THEM. |
| 11:16:50 | 2 | Q.    ANYTHING ELSE? |
| 11:16:57 | 3 | A.    I'M SURE THERE WERE OTHER THINGS IN |
| 11:16:59 | 4 | THERE TOO, BUT THOSE ARE THE MAIN PURPOSES. |
| 11:17:01 | 5 | Q.    OKAY.    WITH RESPECT TO OTHER |
| 11:17:05 | 6 | PERMANENT DOWNLOAD OR LIMITED DOWNLOAD COMPANIES, |
| 11:17:09 | 7 | WERE THE -- WERE THERE DIFFERENCES BEYOND OR LESS |
| 11:17:13 | 8 | THAN THE RESTRICTIONS THAT YOU JUST IDENTIFIED |
| 11:17:16 | 9 | THAT WERE PART OF THE APPLE ARRANGEMENT? |
| 11:17:19 | 10 | A.    WELL, THE RESTRICTIONS WERE |
| 11:17:21 | 11 | GENERALLY THE SAME, ALTHOUGH THE TECHNOLOGY BEING |
| 11:17:25 | 12 | USED SOMETIMES DIFFERED IN CAPABILITY.    AGAIN, |
| 11:17:28 | 13 | WE'RE TALKING PERMANENT DOWNLOADS? |
| 11:17:28 | 14 | Q.    WE'RE TALKING PERMANENT DOWNLOADS |
| 11:17:30 | 15 | RIGHT NOW. |
| 11:17:30 | 16 | A.    THE -- THE TECHNOLOGY VARIED IN |
| 11:17:32 | 17 | CAPABILITY, SO THERE WERE SOME THINGS THAT SOME |
| 11:17:35 | 18 | TECHNOLOGIES COULD DO AND NOT OTHERS, AND WE WOULD |
| 11:17:38 | 19 | HAVE TO CONFORM TO THAT.    BUT GENERALLY, THE RULES |
| 11:17:41 | 20 | WERE THE SAME. |
| 11:17:41 | 21 | Q.    OKAY.    WITH RESPECT TO LIMITED |
| 11:17:43 | 22 | DOWNLOADS, WAS THERE ANY RESTRICTIONS PLACED UPON |
| 11:17:47 | 23 | THE DIGITAL DOWNLOAD -- THE DIGITAL PROVIDER IN |
| 11:17:50 | 24 | CONNECTION WITH OFFERING LIMITED DOWNLOADS AS PART |
| 11:17:53 | 25 | OF THE SUBSCRIPTION SERVICE? |

49

Exhibit Q, Page 425

DEPOSITION OF LARRY KENSWIL

11:17:57  1          A.   YES.

11:17:57  2          Q.   AND WERE THEY DIFFERENT THAN WHAT

11:17:58  3   YOU JUST DESCRIBED AS FAR AS PERMANENT DOWNLOADS?

11:18:01  4          A.   YES.

11:18:02  5          Q.   HOW WERE THEY DIFFERENT?

11:18:03  6          A.   WELL, FOR ONE, THEY COULD NOT BE

11:18:05  7   BURNED TO C.D., WHICH IN EFFECT TOOK THEM OUT FROM

11:18:11  8   UNDER THE COPY PROTECTION.

11:18:13  9          AND IN GENERAL, THEY HAD TO CONFORM

11:18:14 10   TO THE BUSINESS MODEL OF THE SUBSCRIPTION SERVICE,

11:18:17 11   WHICH MEANT THAT SINCE THE CONSUMER WAS BUYING A

11:18:22 12   RIGHT TO ACCESS MUSIC, NOT TO OWN THE COPY, ONCE

11:18:26 13   THEIR PURCHASE OF THAT -- THE PURCHASE PERIOD OF

11:18:29 14   THE ACCESS EXPIRED, THEY WOULD NO LONGER HAVE

11:18:32 15   ACCESS TO PLAY BACK THE MUSIC.

11:18:33 16          Q.   OKAY.  IN YOUR SENTENCE THAT BEGINS

11:18:40 17   THAT PARAGRAPH, YOU SAY:

11:18:42 18              "IN SELLING AND LICENSING

11:18:43 19          ITS PRODUCTS, U.M.G. SEEKS TO

11:18:48 20          PROTECT ITS SOUND RECORDINGS

11:18:49 21          FROM PIRACY."

11:18:50 22              I WANT TO FOCUS ON THE WORD

11:18:52 23   "SELLING" FOR A MOMENT.

11:18:54 24          A.   YES.

11:18:54 25          Q.   DOES U.M.G. ACTUALLY SELL ANYTHING

                                                          50

Exhibit Q, Page 426

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 11:18:58 | 1 | TO EITHER THE DIGITAL DOWNLOAD PROVIDERS FOR |
| 11:19:01 | 2 | PERMANENT DOWNLOADS OR THE PROVIDERS MAKING |
| 11:19:06 | 3 | CONDITIONAL DOWNLOADS OR LIMITED DOWNLOADS |
| 11:19:08 | 4 | AVAILABLE? |
| 11:19:09 | 5 | MR. POMERANTZ: OBJECTION. IT'S |
| 11:19:10 | 6 | COMPOUND. COULD YOU JUST DIVIDE THAT UP INTO TWO? |
| 11:19:13 | 7 | YOU'VE ASKED TWO DIFFERENT QUESTIONS THERE. |
| 11:19:15 | 8 | BY MR. BUSCH: |
| 11:19:15 | 9 | Q. WITH RESPECT TO EITHER ONE, DOES |
| 11:19:17 | 10 | U.M.G. ACTUALLY SELL ANYTHING TO THOSE COMPANIES? |
| 11:19:20 | 11 | A. YES. |
| 11:19:21 | 12 | Q. OKAY. WHAT DOES U.M.G. SELL TO |
| 11:19:25 | 13 | APPLE? |
| 11:19:27 | 14 | A. IT'S SELLING APPLE A DOWNLOAD, |
| 11:19:34 | 15 | WHICH IT THEN RESELLS TO A CONSUMER. BUT IN THE |
| 11:19:39 | 16 | DIGITAL SPACE, ALL OF THAT IS -- THOSE WORDS |
| 11:19:46 | 17 | ARE -- DON'T REALLY -- WE'RE USING PHYSICAL TERMS |
| 11:19:49 | 18 | TO DESCRIBE A DIGITAL PROCESS, SO THEY'RE |
| 11:19:53 | 19 | ALWAYS -- SOMETIMES THEY'RE INEXACT. |
| 11:19:54 | 20 | Q. DOES APPLE PAY -- YOU SAID THAT |
| 11:19:55 | 21 | APPLE SELL -- THAT UNIVERSAL SELLS APPLE THE |
| 11:20:01 | 22 | MASTER OR THE FILE? |
| 11:20:04 | 23 | A. SELLING IT A DOWNLOAD. |
| 11:20:06 | 24 | Q. SELLING IT -- OKAY. WHEN APPLE |
| 11:20:08 | 25 | GETS A DIGITAL FILE FROM UNIVERSAL, DOES IT PAY |

51

Exhibit Q, Page 427

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 11:20:13 | 1 | ANY MONEY? |
| 11:20:14 | 2 | A.    THERE IS A CHARGE THAT UNIVERSAL -- |
| 11:20:21 | 3 | IT'S A SERVICE CHARGE -- MAKES TO SUPPLY ITS |
| 11:20:23 | 4 | CATALOGUE TO A DIGITAL SERVICE PROVIDER.  WHETHER |
| 11:20:25 | 5 | APPLE PAYS OR NOT, I DON'T KNOW.  IT -- IT DEPENDS |
| 11:20:28 | 6 | ON THE CONTRACT. |
| 11:20:29 | 7 | Q.  I'M NOT TALKING ABOUT A -- A FEE TO |
| 11:20:32 | 8 | PAY FOR THE ENTIRE CATALOGUE OR THE RIGHT TO MAKE |
| 11:20:35 | 9 | THE ENTIRE CATALOGUE AVAILABLE.  WHAT -- AND |
| 11:20:37 | 10 | WHETHER THAT APPLIES TO APPLE OR NOT, WE'LL LOOK |
| 11:20:40 | 11 | AT THE CONTRACT AND SEE WHAT IT SAYS. |
| 11:20:42 | 12 | BUT WHAT I'M SAYING IS WHEN A |
| 11:20:44 | 13 | DIGITAL FILE IS PROVIDED TO APPLE, DOES APPLE PAY |
| 11:20:47 | 14 | FOR THAT DIGITAL FILE? |
| 11:20:48 | 15 | MR. POMERANTZ:  OBJECTION; VAGUE. |
| 11:20:50 | 16 | BY MR. BUSCH: |
| 11:20:50 | 17 | Q.  DOES UNIVERSAL RECEIVE ANY MONEY |
| 11:20:53 | 18 | BACK FROM APPLE BEFORE AN END USER ACTUALLY |
| 11:20:56 | 19 | DOWNLOADS THAT SONG? |
| 11:20:57 | 20 | A.  NO, ONLY -- APPLE ONLY HAS TO PAY |
| 11:21:01 | 21 | US FOR FILES IT BUYS, AND IT ONLY BUYS THE FILE |
| 11:21:06 | 22 | WHEN IT HAS AN ORDER FROM THE END USER FOR A |
| 11:21:09 | 23 | DOWNLOAD.  IT DOESN'T HAPPEN BEFORE THAT. |
| 11:21:11 | 24 | Q.  OKAY.  SO UNIVERSAL -- AND WHAT |
| 11:21:16 | 25 | IS -- LET ME BACK UP FOR A SECOND.  LET ME JUST |

52

Exhibit Q, Page 428

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 11:31:13 | 1 | POINT IS YOU GO IN AND DOWNLOAD "LOSE YOURSELF." |
| 11:31:15 | 2 | A.   YES. |
| 11:31:15 | 3 | Q.   AND THEN MR. POMERANTZ WANTS TO |
| 11:31:19 | 4 | DOWNLOAD "LOSE YOURSELF" THEREAFTER. |
| 11:31:21 | 5 | A.   YES. |
| 11:31:22 | 6 | Q.   IT IS APPLE'S RESPONSIBILITY TO |
| 11:31:24 | 7 | MAKE SURE THAT THE TECHNOLOGY IS IN PLACE AND |
| 11:31:28 | 8 | THE -- THE TECHNOLOGY IS IN PLACE TO ALLOW |
| 11:31:30 | 9 | MR. POMERANTZ TO DOWNLOAD THAT SONG AFTER YOU'VE |
| 11:31:32 | 10 | DOWNLOADED IT? |
| 11:31:33 | 11 | A.   IT IS APPLE'S RESPONSIBILITY FOR |
| 11:31:35 | 12 | MOVING THE TRACK FROM THEIR POSSESSION TO THE |
| 11:31:40 | 13 | CONSUMER'S POSSESSION.  THAT'S THE BEST WAY I |
| 11:31:40 | 14 | COULD PHRASE IT. |
| 11:31:42 | 15 | Q.   OKAY. |
| 11:31:42 | 16 | MR. POMERANTZ:  TAKE FIVE, RICHARD? |
| 11:31:43 | 17 | MR. BUSCH:  NO, I WANT -- I HAVE A |
| 11:31:44 | 18 | COUPLE MORE THINGS I WANT TO GO OVER BEFORE WE |
| 11:31:45 | 19 | TAKE A BREAK. |
| 11:31:46 | 20 | MR. POMERANTZ:  I'M GOING TO ASK |
| 11:31:47 | 21 | FOR IT WITHIN FIVE MINUTES.  ALL RIGHT? |
| 11:31:49 | 22 | MR. BUSCH:  THAT'D BE FINE.  THAT'D |
| 11:31:49 | 23 | BE FINE. |
| 11:31:49 | 24 | BY MR. BUSCH: |
| 11:31:51 | 25 | Q.   YOU -- YOU USED A PHRASE A SECOND |

63

**Exhibit Q, Page 429**

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 11:31:53 | 1 | AGO.  YOU SAID THAT IT IS THE -- IT IS THE TRACK |
| 11:31:58 | 2 | DOWNLOADED BY THE END USER THAT IS SUBJECT TO THE |
| 11:32:02 | 3 | ROYALTY.  DO YOU RECALL SAYING THAT? |
| 11:32:06 | 4 | A.   YES.  THE TRACK DOWNLOADED BY THE |
| 11:32:08 | 5 | END USER IS WHAT IS SUBJECT TO THE ROYALTY TO THE |
| 11:32:13 | 6 | ARTIST.  THAT'S CORRECT. |
| 11:32:13 | 7 | Q.   OKAY.  AND THE ROYALTY TO |
| 11:32:15 | 8 | UNIVERSAL? |
| 11:32:16 | 9 | A.   UNIVERSAL DOESN'T GET A ROYALTY. |
| 11:32:18 | 10 | Q.   UNIVERSAL GETS -- LET ME BACK UP |
| 11:32:37 | 11 | ONE SECOND. |
| 11:32:38 | 12 | THE -- THE TRACK THAT IS DOWNLOADED |
| 11:32:39 | 13 | FROM THE END USER OR BY THE END USER FROM APPLE IS |
| 11:32:43 | 14 | THE TRACK THAT APPLE HAS ENCODED WITH THE D.R.M. |
| 11:32:49 | 15 | TECHNOLOGY; IS THAT CORRECT? |
| 11:32:50 | 16 | A.   YES. |
| 11:32:52 | 17 | Q.   IT IS NOT THE DIGITAL -- IT IS NOT |
| 11:32:54 | 18 | THE DIGITAL FILE IN THE SAME FORM THAT IS PROVIDED |
| 11:32:57 | 19 | BY UNIVERSAL.  IS THAT FAIR TO SAY? |
| 11:33:00 | 20 | A.   WELL, THE UNDERLYING DIGITAL FILE |
| 11:33:04 | 21 | IS IN THE SAME FORM. |
| 11:33:04 | 22 | Q.   IT'S THE SAME SONG, BUT THERE IS |
| 11:33:06 | 23 | TECHNOLOGY AND SECURITY, THE D.R.M. TECHNOLOGY IS |
| 11:33:10 | 24 | PLACED INTO IT.  IT'S A -- A DIFFERENT DIGITAL |
| 11:33:12 | 25 | FILE. |

64

Exhibit Q, Page 430

DEPOSITION OF LARRY KENSWIL

11:33:13   1          A.   I'D SAY THAT'S A CONTAINER.  THE
11:33:15   2   UNDERLYING DIGITAL FILE IN THE COMPRESSED FORMAT
11:33:19   3   IS THE ONE WE DELIVER TO APPLE.  THEY'RE NOT
11:33:22   4   ALLOWED TO CHANGE THE -- THE BITS THAT AFFECT THE
11:33:25   5   MUSIC.
11:33:26   6          Q.   WELL, NOT -- THEY AREN'T ALLOWED
11:33:26   7   TO -- WHO SAYS THAT THEY ARE NOT ALLOWED -- WELL,
11:33:28   8   LET ME BACK UP ONE SECOND.
11:33:29   9          IS THAT PART OF THE CONTRACT?
11:33:31  10          A.   YES.  I DON'T KNOW WHERE.
11:33:35  11          Q.   OKAY.  THERE IS -- WHETHER YOU CALL
11:33:42  12   IT A ROYALTY OR NOT, THE AMOUNT PAID BACK TO
11:33:50  13   UNIVERSAL -- LET ME BACK UP ONE SECOND.
11:33:56  14          YOU USED THE PHRASE EARLIER THAT IT
11:33:58  15   IS THE TRACK THAT IS DOWNLOADED BY THE END USER
11:34:01  16   THAT IS SUBJECT TO THE ROYALTY.
11:34:04  17          AND THEN YOU SAID THAT IT IS THE --
11:34:10  18   THEN LATER I ASKED -- YOU CAME BACK TO THAT AND
11:34:12  19   YOU SAID IT WAS A ROYALTY TO THE -- YOU MEANT THE
11:34:14  20   ROYALTY TO THE ARTIST, NOT TO UNIVERSAL, BECAUSE
11:34:17  21   UNIVERSAL DOESN'T RECEIVE A ROYALTY.
11:34:19  22          DO YOU RECALL THAT?
11:34:20  23          A.   YES.
11:34:20  24          Q.   OKAY.  WITH RESPECT TO PHYSICAL
11:34:30  25   PRODUCT, DO YOU KNOW WHETHER IT IS THE SALE TO THE

65

Exhibit Q, Page 431

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 12:07:42 | 1 | MR. POMERANTZ:  OBJECTION; VAGUE. |
| 12:07:43 | 2 | BY MR. BUSCH: |
| 12:07:43 | 3 | Q.   IS APPLE ALSO ACTING AS |
| 12:07:46 | 4 | DISTRIBUTOR? |
| 12:07:47 | 5 | MR. POMERANTZ:  OBJECTION; VAGUE. |
| 12:07:47 | 6 | THE DEPONENT:  THEY ARE ACTING AS A |
| 12:07:48 | 7 | DISTRIBUTOR IN THE SAME SENSE BEST BUY ACTS AS A |
| 12:07:48 | 8 | C.D. DISTRIBUTOR, YES. |
| 12:07:54 | 9 | BY MR. BUSCH: |
| 12:07:54 | 10 | Q.   WELL, ARE THEY ALSO ACTING AS A |
| 12:07:55 | 11 | DISTRIBUTOR IN THE SAME SENSE THAT U.M.V.D. OR |
| 12:07:59 | 12 | U.M.G.D. OR A THIRD PARTY MIGHT DISTRIBUTE PRODUCT |
| 12:08:02 | 13 | TO AN END USER?  OR TO A RETAILER? |
| 12:08:05 | 14 | A.   NO. |
| 12:08:05 | 15 | Q.   THEY'RE NOT? |
| 12:08:06 | 16 | A.   NO. |
| 12:08:06 | 17 | Q.   LET -- LET ME -- LET'S -- LET'S GO |
| 12:08:07 | 18 | THROUGH THE PROCESS HERE FOR A MOMENT, IF WE CAN. |
| 12:08:12 | 19 | AND I WANT TO -- ARE YOU FAMILIAR WITH THE |
| 12:08:15 | 20 | LICENSING OF MASTERS TO THIRD PARTIES IN |
| 12:08:20 | 21 | CONNECTION WITH PHYSICAL PRODUCT? |
| 12:08:21 | 22 | A.   YES. |
| 12:08:21 | 23 | Q.   OKAY.  WHEN UNIVERSAL LICENSES A |
| 12:08:26 | 24 | MASTER TO A THIRD PARTY IN CONNECTION WITH |
| 12:08:30 | 25 | PHYSICAL PRODUCT, WOULD IT BE FAIR TO SAY THAT |

78

Exhibit Q, Page 432

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 12:08:34 | 1 | UNIVERSAL DOES NOT SELL THE MASTER TO THAT THIRD |
| 12:08:38 | 2 | PARTY? |
| 12:08:38 | 3 | A.    THAT'S CORRECT. |
| 12:08:38 | 4 | Q.    OKAY.  AND THERE ARE TERMS AND |
| 12:08:41 | 5 | CONDITIONS THAT -- THAT ARE PART OF THE LICENSE |
| 12:08:48 | 6 | AGREEMENT.  WOULD THAT BE FAIR TO SAY? |
| 12:08:50 | 7 | A.    YES. |
| 12:08:50 | 8 | Q.    OKAY.  AND WHAT ARE STANDARD TERMS |
| 12:08:54 | 9 | AND CONDITIONS WHEN UNIVERSAL LICENSES A MASTER OF |
| 12:08:58 | 10 | PHYSICAL PRODUCT TO A THIRD PARTY FOR THAT THIRD |
| 12:09:01 | 11 | PARTY TO MAKE AVAILABLE TO THE PUBLIC? |
| 12:09:03 | 12 | MR. POMERANTZ:  OBJECTION TO THE |
| 12:09:04 | 13 | FORM.  IT'S VAGUE.  IT ALSO ASSUMES FACTS NOT IN |
| 12:09:07 | 14 | EVIDENCE. |
| 12:09:07 | 15 | THE DEPONENT:  THAT DEPENDS ON THE |
| 12:09:10 | 16 | TYPE OF PRODUCT THE THIRD PARTY IS SELLING OR -- |
| 12:09:15 | 17 | OR -- OR DISTRIBUTING OR OTHERWISE PRESENTING TO |
| 12:09:17 | 18 | THE PUBLIC.  THEY VARY ACCORDING TO THE USAGE. |
| 12:09:21 | 19 | BY MR. BUSCH: |
| 12:09:22 | 20 | Q.    LET'S TALK ABOUT SOMETHING THAT |
| 12:09:23 | 21 | MIGHT APPEAR ON A COMPILATION ALBUM. |
| 12:09:26 | 22 | A.    OKAY. |
| 12:09:26 | 23 | Q.    OKAY.  IF UNIVERSAL LICENSES A |
| 12:09:29 | 24 | MASTER RECORDING TO RHINO RECORDS OR K-TEL OR |
| 12:09:34 | 25 | SOMETHING ALONG THOSE LINES FOR PURPOSES OF USE ON |

79

**Exhibit Q, Page 433**

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 12:09:36 | 1 | A COMPILATION ALBUM, WHAT ARE THE STANDARD TERMS |
| 12:09:42 | 2 | AND CONDITIONS IN CONNECTION WITH THAT? |
| 12:09:43 | 3 | MR. POMERANTZ: OBJECTION; ASSUMES |
| 12:09:46 | 4 | FACTS NOT IN EVIDENCE. |
| 12:09:46 | 5 | THE DEPONENT: GENERALLY, THE -- WE |
| 12:09:54 | 6 | GET -- THE RECORD COMPANY GETS A ROYALTY BASED ON |
| 12:10:00 | 7 | THE SALE -- SALES PRICE OF THE COMPILATION ALBUM, |
| 12:10:02 | 8 | AND THAT ALL OTHER COSTS, INCLUDING MECHANICAL |
| 12:10:05 | 9 | ROYALTIES AND ALL OTHER COSTS OTHER THAN THE |
| 12:10:10 | 10 | PAYING THE UNDERLYING ARTISTS FOR ROYALTY -- |
| 12:10:13 | 11 | ALL -- THE UNDERLYING ARTIST PAYMENT, ALL THE |
| 12:10:17 | 12 | OTHER COSTS ARE BORNE BY THE LICENSEE AND THE |
| 12:10:21 | 13 | DISTRIBUTOR OF THAT COMPILATION RECORD. |
| 12:10:22 | 14 | BY MR. BUSCH: |
| 12:10:23 | 15 | Q. SO, FOR EXAMPLE, WOULD IT BE FAIR |
| 12:10:26 | 16 | TO SAY THAT -- LET ME TAKE THE FIRST PART OF WHAT |
| 12:10:29 | 17 | YOU SAID. |
| 12:10:29 | 18 | THE FIRST PART OF WHAT YOU SAID WAS |
| 12:10:31 | 19 | THAT THE -- UNIVERSAL GETS A ROYALTY BASED UPON |
| 12:10:39 | 20 | THE PRICE OF THE ALBUM. WHAT DOES THAT MEAN? |
| 12:10:43 | 21 | A. GENERALLY, IT WILL BE A ROYALTY |
| 12:10:45 | 22 | CALCULATED VERY MUCH LIKE ARTIST ROYALTIES ARE |
| 12:10:49 | 23 | CALCULATED IN ARTIST CONTRACTS, AND THERE WILL BE |
| 12:10:52 | 24 | A CERTAIN PERCENTAGE OF THE RETAIL LIST PRICE |
| 12:10:52 | 25 | SUBJECT TO WHATEVER DEDUCTIONS MIGHT BE IN THE |

80

**Exhibit Q, Page 434**

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 12:13:13 | 1 | Q.   OKAY.  OKAY.  ALL RIGHT.  WE GOT |
| 12:13:28 | 2 | OFF OF YOUR -- YOUR WRITTEN STATEMENT.  I'D LIKE |
| 12:13:31 | 3 | TO GET BACK ONTO IT NOW. |
| 12:13:33 | 4 | A.   OKAY. |
| 12:13:53 | 5 | Q.   I WANT TO DIRECT YOUR ATTENTION TO |
| 12:13:54 | 6 | THE SENTENCE THAT SAYS -- IT'S THE -- THE LAST |
| 12:13:56 | 7 | SENTENCE ON PAGE 4: |
| 12:13:59 | 8 | "IN ATTEMPTING TO PRICE |
| 12:14:01 | 9 | U.M.G.'S PRODUCTS CONSISTENT |
| 12:14:03 | 10 | WITH THE VALUE TO THE CONSUMER, |
| 12:14:06 | 11 | U.M.G. CONSIDERS BOTH THE MEANS |
| 12:14:08 | 12 | BY WHICH ITS SOUND RECORDINGS |
| 12:14:10 | 13 | WILL BE DISTRIBUTED AND HOW |
| 12:14:13 | 14 | THOSE RECORDINGS WILL BE ENJOYED |
| 12:14:15 | 15 | BY THE CONSUMER." |
| 12:14:16 | 16 | CAN YOU EXPLAIN WHAT YOU MEANT BY |
| 12:14:21 | 17 | THAT? |
| 12:14:21 | 18 | A.   SURE.  "MEANS" MIGHT MEAN OVER AIR. |
| 12:14:31 | 19 | IT MIGHT MEAN ON THE INTERNET.  IT MIGHT MEAN BY |
| 12:14:35 | 20 | SATELLITE.  IT MIGHT MEAN BY PHYSICAL CARRIER. |
| 12:14:42 | 21 | THAT'S THE MEANS OF TRANSPORTATION TO THE |
| 12:14:44 | 22 | CONSUMER. |
| 12:14:44 | 23 | AND HOW THOSE RECORDINGS WILL BE |
| 12:14:47 | 24 | ENJOYED GOES TO THE -- WHAT THE -- THE ACCESS THEY |
| 12:14:51 | 25 | HAVE TO THEM.  IS IT SIMPLY A RECORDING THAT POPS |

83

KELLI NORDEN AND ASSOCIATES     310.820.7733     FAX: 310.820.7933

Exhibit Q, Page 435

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 12:14:55 | 1 | UP WHEN THEY'RE LISTENING TO WHAT IS ESSENTIALLY A |
| 12:14:58 | 2 | RADIO SHOW, AND THEY HAVE NO CONTROL OVER WHAT |
| 12:15:02 | 3 | RECORDINGS WILL POP UP? |
| 12:15:04 | 4 | IS IT A STREAM OF RECORDINGS THAT |
| 12:15:06 | 5 | IS CREATED SPECIFICALLY FOR THE ONE CONSUMER BASED |
| 12:15:10 | 6 | ON THEIR LIKES AND DISLIKES THAT THEY HAVE TOLD |
| 12:15:13 | 7 | THE SERVICE ABOUT? |
| 12:15:14 | 8 | IS IT A STREAM THAT THEY GET TO |
| 12:15:18 | 9 | LISTEN TO ON DEMAND, SO IF THEY WANT TO HEAR THAT |
| 12:15:22 | 10 | RECORDING, THEY CLICK A -- A LINK AND IT PLAYS FOR |
| 12:15:28 | 11 | THEM WITHOUT THEM HAVING TO LISTEN TO ANYTHING |
| 12:15:30 | 12 | ELSE AT ALL? |
| 12:15:31 | 13 | THOSE ARE THE DIFFERENT WAYS THAT |
| 12:15:34 | 14 | ARE ENJOYED -- SOME OF THE DIFFERENT WAYS THAT ARE |
| 12:15:35 | 15 | ENJOYED BY THE CONSUMER. |
| 12:15:36 | 16 | Q.   YOU USED THE PHRASE "ATTEMPTING TO |
| 12:15:40 | 17 | PRICE U.M.G.'S PRODUCTS." |
| 12:15:42 | 18 | A.   YES. |
| 12:15:42 | 19 | Q.   IS IT TRUE -- IS IT CORRECT THAT |
| 12:15:48 | 20 | APPLE DECIDED THAT THE DOWNLOADS WOULD BE 99 |
| 12:15:54 | 21 | CENTS? |
| 12:15:55 | 22 | A.   APPLE HAS A LEGAL RIGHT TO PRICE |
| 12:15:58 | 23 | THE DOWNLOADS AT ANY PRICE THEY WANT. |
| 12:16:00 | 24 | Q.   OKAY.  SO THIS WAS NOT -- THE 99 |
| 12:16:01 | 25 | CENTS WAS NOT A SUGGESTED PRICE BY UNIVERSAL, BUT |

84

Exhibit Q, Page 436

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 16:02:38 | 1 | RIGHTS SECTION? |
| 16:02:39 | 2 | A.   THE LICENSE IN 1-A 2 FOR CLIP |
| 16:02:44 | 3 | PERFORMANCES; IN 3 FOR INCIDENTAL COPIES NECESSARY |
| 16:02:51 | 4 | FOR THE DOWNLOADING; 4, FOR DISPLAY OF ARTWORK. |
| 16:02:59 | 5 | ALL OF THOSE ARE LICENSES. |
| 16:03:00 | 6 | Q.   OKAY.  AND WHAT ABOUT PARAGRAPH I, |
| 16:03:06 | 7 | TO MAKE AVAILABLE TO END USERS DOWNLOADS OF |
| 16:03:08 | 8 | UNIVERSAL SOUND RECORDINGS SOLELY THROUGH THE |
| 16:03:11 | 9 | SERVICE AND THE SERVERS WHICH SHALL BE ACCESSIBLE |
| 16:03:15 | 10 | ONLY THROUGH THE ONLINE STORE, IS THAT A LICENSE |
| 16:03:17 | 11 | OF THE MASTERS FOR THAT USE? |
| 16:03:18 | 12 | A.   NO. |
| 16:03:19 | 13 | Q.   WHY NOT? |
| 16:03:20 | 14 | A.   BECAUSE IT'S -- IT'S OBVIOUS FROM |
| 16:03:23 | 15 | THE ENTIRETY OF THE AGREEMENT THAT WE'RE SELLING |
| 16:03:25 | 16 | THEM -- WHOLESALING THEM DOWNLOADS AND THEY'RE |
| 16:03:27 | 17 | SELLING THEM TO THE CONSUMER, SO... |
| 16:03:29 | 18 | Q.   BUT THEY'RE NOT PAYING YOU ANYTHING |
| 16:03:31 | 19 | UNTIL THE CONSUMER BUYS IT, SO HOW CAN IT BE A |
| 16:03:33 | 20 | SALE TO APPLE? |
| 16:03:33 | 21 | A.   BECAUSE IT'S SIMULTANEOUS AT THE |
| 16:03:34 | 22 | TIME THEY BUY IT FROM US. |
| 16:03:35 | 23 | Q.   WHAT'S SIMULTANEOUS? |
| 16:03:36 | 24 | A.   THEY PURCHASE FROM US AT THE SAME |
| 16:03:39 | 25 | TIME AS THEY'RE SELLING TO THE CONSUMER. |

218

**Exhibit Q, Page 437**

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 16:03:40 | 1 | Q. OH, I SEE. SO IT'S NOT WHEN THE |
| 16:03:42 | 2 | DIGITAL FILE IS PROVIDED BY ITUNES TO THE END |
| 16:03:46 | 3 | USER, BUT YOU'RE SAYING THE PURCHASE OCCURS AT THE |
| 16:03:49 | 4 | TIME THAT THE END USER DOWNLOADS THE -- THE SONG |
| 16:03:55 | 5 | FROM ITUNES; CORRECT? |
| 16:03:56 | 6 | A. THEY'RE SIMULTANEOUS. |
| 16:03:59 | 7 | Q. THEREFORE, IF IT'S SIMULTANEOUS, |
| 16:04:03 | 8 | THEN IT'S NOT A RESALE, IS IT? |
| 16:04:05 | 9 | A. YES, IT IS. IT'S JUST |
| 16:04:07 | 10 | SIMULTANEOUS. |
| 16:04:07 | 11 | Q. IT'S A SIMULTANEOUS RESALE? |
| 16:04:10 | 12 | A. IT'S A SIMULTANEOUS SALE AND |
| 16:04:13 | 13 | RESALE. |
| 16:04:13 | 14 | Q. AT THE SAME TIME? |
| 16:04:14 | 15 | A. YES. |
| 16:04:15 | 16 | Q. WHO CAME UP WITH THAT CONCEPT? |
| 16:04:16 | 17 | A. I DON'T KNOW WHAT THAT MEANS. |
| 16:04:17 | 18 | Q. WELL, WHO DE- -- WHO DECIDED THAT |
| 16:04:19 | 19 | IT'S A SIMULTANEOUS SALE AND RESALE? WHO WAS THE |
| 16:04:23 | 20 | ONE THAT STRUCTURED THIS AGREEMENT IN ORDER TO BE |
| 16:04:25 | 21 | ABLE TO ARTIC- -- IN ORDER FOR THAT TO BE THE |
| 16:04:29 | 22 | EFFECT OF THIS AGREEMENT? |
| 16:04:30 | 23 | A. OH, IT'S WHAT THE TECHNICOL- -- |
| 16:04:31 | 24 | TECHNOLOGY ALLOWS. IT'S THE MOST EFFICIENT WAY TO |
| 16:04:34 | 25 | USE THE TECHNOLOGY. |

219

Exhibit Q, Page 438

## DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 16:04:35 | 1 | Q.   THAT'S NOT MY QUESTION.   MY |
| 16:04:36 | 2 | QUESTION IS:   YOU COULD HAVE EASILY JUST CALLED |
| 16:04:37 | 3 | THIS A SALE BY ITUNES FOR WHICH AP- -- FOR WHICH |
| 16:04:41 | 4 | UNIVERSAL RECEIVES BACK A ROYALTY OF 70 CENTS. |
| 16:04:45 | 5 | YOU COULD HAVE CALLED IT THAT; CORRECT? |
| 16:04:46 | 6 | MR. POMERANTZ:   OBJECTION; |
| 16:04:47 | 7 | ARGUMENTATIVE AND ALSO MISSTATES TESTIMONY, AND I |
| 16:04:49 | 8 | OBJECT TO THE FORM OF THE QUESTION. |
| 16:04:50 | 9 | BY MR. BUSCH: |
| 16:04:51 | 10 | Q.   IS THERE ANYTHING THAT PROHIBITED |
| 16:04:53 | 11 | YOU FROM STRUCTURING THIS AGREEMENT IN A DIFFERENT |
| 16:04:56 | 12 | WAY, IN A WAY IN WHICH WHEN APPLE SELLS THE |
| 16:04:59 | 13 | DOWNLOAD TO THE END USER, APPLE PAYS UNIVERSAL A |
| 16:05:02 | 14 | ROYALTY OF 70 CENTS? |
| 16:05:04 | 15 | MR. POMERANTZ:   OBJECTION TO THE |
| 16:05:05 | 16 | FORM OF THE QUESTION.   IT'S ARGUMENTATIVE.   IT |
| 16:05:08 | 17 | ALSO MISSTATES PRIOR TESTIMONY. |
| 16:05:09 | 18 | BY MR. BUSCH: |
| 16:05:09 | 19 | Q.   I'M JUST ASKING:   IS THERE ANY WAY |
| 16:05:09 | 20 | TO BE ABLE TO -- WAS THERE ANY RESTRICTION OR ANY |
| 16:05:10 | 21 | REASON WHY YOU COULD NOT HAVE STRUCTURED IT THAT |
| 16:05:12 | 22 | WAY? |
| 16:05:13 | 23 | MR. POMERANTZ:   SAME OBJECTIONS. |
| 16:05:14 | 24 | THE DEPONENT:   I DON'T KNOW. |
| 16:05:17 | 25 | /// |

220

**Exhibit Q, Page 439**

DEPOSITION OF LARRY KENSWIL

```
16:05:17   1   BY MR. BUSCH:
16:05:20   2          Q.   OKAY.   WHO -- THERE'S -- THERE --
16:05:20   3   YOU DON'T KNOW?   WHO WAS THE ONE THAT DECIDED THAT
16:05:23   4   THIS WOULD BE STRUCTURED AND WRITTEN DOWN IN THE
16:05:26   5   CONTRACT THE WAY IT'S WRITTEN DOWN, THAT --
16:05:26   6   THAT --
16:05:29   7          WELL, FIRST OF ALL, IN THE GRANT OF
16:05:35   8   RIGHTS SECTION, LET'S START WITH THE GRANT OF
16:05:37   9   RIGHTS SECTION, IT SAYS:
16:05:38  10          "SUBJECT TO THE
16:05:38  11          LIMITATIONS SET FORTH IN THIS
16:05:40  12          AGREEMENT, UNIVERSAL HEREBY
16:05:41  13          GRANTS TO APPLE THE RIGHT TO
16:05:43  14          PURCHASE DOWNLOADS OF UNIVERSAL
16:05:45  15          SOUND RECORDINGS DURING THE TERM
16:05:47  16          SOLELY TO MAKE AVAILABLE TO
16:05:52  17          END -- TO END USERS DOWNLOADS OF
16:05:53  18          UNIVERSAL SOUND RECORDINGS
16:05:55  19          SOLELY THROUGH THE SERVICE AND
16:05:58  20          SERVERS WHICH SHALL BE
16:06:00  21          ACCESSIBLE ONLY THROUGH THE
16:06:01  22          ONLINE STORE."
16:06:03  23          ISN'T -- AREN'T YOU LICENSING TO
16:06:04  24   APPLE THE MASTERS THERE SO THEY CAN MAKE THEM
16:06:07  25   AVAILABLE FOR END USERS TO DECIDE WHETHER TO
```

221

Exhibit Q, Page 440

## DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 16:06:09 | 1 | PURCHASE THEM FROM APPLE? |
| 16:06:10 | 2 | MR. POMERANTZ: OBJECTION TO THE |
| 16:06:11 | 3 | FORM OF THE QUESTION. |
| 16:06:12 | 4 | THE DEPONENT: NO. |
| 16:06:13 | 5 | BY MR. BUSCH: |
| 16:06:13 | 6 | Q. OKAY. WHERE DOES IT SAY -- IS |
| 16:06:14 | 7 | THERE ANYWHERE IN THIS AGREEMENT WHERE IT SAYS |
| 16:06:17 | 8 | THAT THE SALE TO APPLE AND THE RESALE BY APPLE TO |
| 16:06:20 | 9 | THE END USER OCCURS SIMULTANEOUSLY? CAN YOU SHOW |
| 16:06:23 | 10 | ME THAT LANGUAGE? |
| 16:06:24 | 11 | A. IT DOESN'T NECESSITATE IT. IT'S |
| 16:06:29 | 12 | JUST THE WAY IT'S HAPPENING. WE COULD -- APPLE |
| 16:06:30 | 13 | COULD, IF THEY WANTED TO, BUY A BUNCH OF DOWNLOADS |
| 16:06:33 | 14 | FROM US, HOLD THEM IN INVENTORY, BUT IT WOULD MAKE |
| 16:06:37 | 15 | NO ECONOMIC OR TECHNICAL SENSE FOR THEM TO DO |
| 16:06:40 | 16 | THAT. IT'S MORE EFFICIENT FOR THEM TO DO IT THIS |
| 16:06:42 | 17 | WAY. |
| 16:06:42 | 18 | MR. BUSCH: LET ME MAKE -- LET ME |
| 16:06:43 | 19 | MOVE TO STRIKE AS NONRESPONSIVE. |
| 16:06:44 | 20 | BY MR. BUSCH: |
| 16:06:44 | 21 | Q. I WANT YOU TO TELL ME WHERE IN THIS |
| 16:06:47 | 22 | AGREEMENT IT SAYS THAT THE SALE TO APPLE OCCURS |
| 16:06:50 | 23 | FROM UNIVERSAL TO APPLE SIMULTANEOUSLY WITH THE |
| 16:06:55 | 24 | SUPPOSED RESALE BY APPLE TO AN END USER. |
| 16:06:58 | 25 | A. I DON'T BELIEVE IT'S MANDATED BY |

222

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 16:50:57 | 1 | THAT FOR WHAT THEY'RE PAYING US, WE HAVE NO |
| 16:51:00 | 2 | OBJECTION TO THEIR SETTING UP REGIONAL SERVERS AND |
| 16:51:05 | 3 | AKAMAI-TYPE DELIVERY. |
| 16:51:08 | 4 | Q.    THAT'S -- THAT'S HOW YOU READ IT -- |
| 16:51:10 | 5 | A.    YES. |
| 16:51:10 | 6 | Q.    -- FOR THE REPRODUCTION FEE?  OKAY. |
| 16:51:14 | 7 | THIRD-PARTY FEES, C.I., AND IF YOU |
| 16:51:19 | 8 | WOULD READ THAT AND THEN LITTLE I.I.? |
| 16:52:06 | 9 | A.    OKAY. |
| 16:52:07 | 10 | Q.    OKAY.  THIS RELATES TO PAYMENT OF |
| 16:52:09 | 11 | PUBLISHING FEES; IS THAT CORRECT? |
| 16:52:12 | 12 | A.    YES. |
| 16:52:12 | 13 | Q.    OKAY.  SO WHO HAS THE OBLIGATION |
| 16:52:15 | 14 | WITH RESPECT TO PUBLISHING ROYALTIES? |
| 16:52:19 | 15 | A.    IT'S SPLIT. |
| 16:52:21 | 16 | Q.    OKAY.  AND IT'S SPLIT IN WHICH WAY? |
| 16:52:23 | 17 | A.    APPLE IS RESPONSIBLE FOR |
| 16:52:24 | 18 | PERFORMANCE FEES, AND UNIVERSAL IS RESPONSIBLE FOR |
| 16:52:28 | 19 | MECHANICALS. |
| 16:52:28 | 20 | Q.    WHO DECIDED THAT WOULD BE THE CASE? |
| 16:52:30 | 21 | A.    THE PARTIES. |
| 16:52:32 | 22 | Q.    WHY DID THEY DECIDE THAT? |
| 16:52:34 | 23 | A.    IT WAS THE CUSTOM AND PRACTICE IN |
| 16:52:36 | 24 | THE INDUSTRY FOR -- FROM AS LONG AS I'VE BEEN IN |
| 16:52:41 | 25 | THE BUSINESS, THE RETAIL IS RESPONSIBLE FOR |

254

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 17:31:04 | 1 | OF A LARGER PRODUCT BEING SOLD TO THE CONSUMER, |
| 17:31:07 | 2 | AND THEY'RE PAYING FOR THE ENTIRE OVERALL BUNDLE |
| 17:31:10 | 3 | RATHER THAN FOR THE INDIVIDUAL PIECES OF MUSIC |
| 17:31:13 | 4 | WITHIN IT. |
| 17:31:14 | 5 | Q. IS APPLE ALLOWED TO TAKE SELECT |
| 17:31:17 | 6 | SONGS FROM DIFFERENT ALBUMS AND BUNDLE THEM INTO |
| 17:31:20 | 7 | ONE PACKAGE AND SELL THEM FOR A PARTICULAR PRICE? |
| 17:31:27 | 8 | IS THAT -- FIRST OF ALL, IS THAT |
| 17:31:28 | 9 | BUNDLING? |
| 17:31:28 | 10 | A. THAT WOULD BE REALLY COUPLING. IT |
| 17:31:31 | 11 | MIGHT BE CALLED BUNDLING, BUT A BETTER TERM FOR IT |
| 17:31:34 | 12 | IS COUPLING. AND SINCE MANY OF OUR ARTIST |
| 17:31:38 | 13 | CONTRACTS DON'T ALLOW THAT, WE WOULD RESTRICT |
| 17:31:44 | 14 | APPLE FROM DOING IT AS WELL. |
| 17:31:44 | 15 | Q. OKAY. |
| 17:31:51 | 16 | A. HOWEVER, THERE'S NOTHING TO PREVENT |
| 17:31:53 | 17 | THEM FROM TAKING ANY NUMBER OF THINGS AND PUTTING |
| 17:31:56 | 18 | THEM TOGETHER AND SELLING THEM. THEY JUST HAVE TO |
| 17:31:58 | 19 | PAY OUR FULL PRICE. |
| 17:31:59 | 20 | Q. IN OTHER WORDS, THEY COULD HAVE A |
| 17:32:01 | 21 | SUGGESTED PLAYLIST. THERE'S NOTHING THAT PREVENTS |
| 17:32:05 | 22 | THEM FROM DOING THAT? |
| 17:32:06 | 23 | A. THAT'S CORRECT. |
| 17:32:06 | 24 | Q. TAKING DIFFERENT SONGS AND -- I |
| 17:32:08 | 25 | JUST WANT TO UNDERSTAND THE DISTINCTION BETWEEN |

281

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

Exhibit Q, Page 443

## DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 17:32:10 | 1 | WHAT YOU SAID THAT THEY CAN DO AND WHAT THEY CAN'T |
| 17:32:13 | 2 | DO. |
| 17:32:14 | 3 | SO APPLE CAN TAKE DIFFERENT SINGLES |
| 17:32:17 | 4 | LIKE -- THAT THEY THINK SOMEONE WHO RUNS MIGHT |
| 17:32:20 | 5 | ENJOY LISTENING TO WHILE THEY RUN AND SUGGEST THAT |
| 17:32:23 | 6 | IF YOU'RE A RUNNER, YOU MIGHT BE INTERESTED IN THE |
| 17:32:28 | 7 | FOLLOWING SINGLES.  THEY CAN DO THAT? |
| 17:32:29 | 8 | A.   THEY CAN DO THAT. |
| 17:32:31 | 9 | Q.   WHAT CAN'T THEY DO AS FAR AS |
| 17:32:32 | 10 | BUNDLING IN -- IN -- IN THAT TYPE OF FASHION, OR |
| 17:32:35 | 11 | COUPLING AS YOU CALLED IT? |
| 17:32:36 | 12 | A.   WELL, AS FAR AS WE'RE CONCERNED, |
| 17:32:38 | 13 | WHAT THEY CAN'T DO IS SOMETHING THAT PUTS US IN |
| 17:32:39 | 14 | VIOLATION OF OUR ARTIST CONTRACT.  SO THAT'S WHAT |
| 17:32:42 | 15 | WE'RE CONCERNED WITH. |
| 17:32:44 | 16 | IN THE DIGITAL WORLD, WHAT THEY CAN |
| 17:32:49 | 17 | DO IS THE EQUIVALENT OF WHAT ANY RETAILER CAN DO. |
| 17:32:53 | 18 | ANY RETAILER CAN TAKE TEN PIECES OF PRODUCT, WRAP |
| 17:32:57 | 19 | A PIECE OF TAPE AROUND THEM AND SELL THEM |
| 17:33:00 | 20 | TOGETHER. |
| 17:33:00 | 21 | Q.   WELL, A RETAILER OF PHYSICAL |
| 17:33:01 | 22 | PRODUCTS -- |
| 17:33:01 | 23 | A.   PHYSICAL. |
| 17:33:01 | 24 | Q.   -- BY THE NATURE OF THE PHYSICAL |
| 17:33:02 | 25 | PRODUCT, CAN -- CAN'T TAKE SINGLES OFF A C.D. AND |

282

**Exhibit Q, Page 444**

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 17:33:06 | 1 | MAKE A NEW C.D. OUT OF IT. |
| 17:33:08 | 2 | A.   THAT'S WHAT THEY CAN'T DO. |
| 17:33:10 | 3 | Q.   RIGHT. |
| 17:33:10 | 4 | A.   SO WE DON'T WANT APPLE DOING THE |
| 17:33:12 | 5 | EQUIVALENT OF THAT. |
| 17:33:14 | 6 | Q.   WELL, HOLD ON.  A RETAILER CAN'T |
| 17:33:18 | 7 | ALSO DO WHAT YOU ALLOW APPLE TO DO, WHICH IS TAKE |
| 17:33:21 | 8 | A C.D. THAT YOU PUR- -- THAT IT PURCHASED FROM |
| 17:33:28 | 9 | UNIVERSAL, OPEN IT UP, TAKE TWO SONGS OFF OF IT, |
| 17:33:32 | 10 | BURN IT ONTO ANOTHER C.D., TAKE TWO SONGS OFF OF A |
| 17:33:36 | 11 | DIFFERENT ALBUM AND PUT IT ON C.D. AND THEN SELL |
| 17:33:38 | 12 | THAT AS ONE NEW C.D.  THEY CAN'T DO THAT EITHER. |
| 17:33:40 | 13 | A.   WELL, APPLE CAN'T DO THAT EITHER, |
| 17:33:42 | 14 | BUT THEY CAN ALLOW THE CONSUMER TO DO IT. |
| 17:33:45 | 15 | Q.   APPLE CAN ALLOW THE CONSUMER TO DO |
| 17:33:46 | 16 | IT? |
| 17:33:46 | 17 | A.   THEY CAN ALLOW THE CONSUMER TO DO |
| 17:33:49 | 18 | IT. |
| 17:33:49 | 19 | Q.   RIGHT.  BUT A -- A RETAILER OF |
| 17:33:50 | 20 | PHYSICAL PRODUCT CANNOT DO THAT. |
| 17:33:50 | 21 | A.   BUT THEY CAN ALLOW A CONSUMER TO DO |
| 17:33:51 | 22 | IT AS WELL. |
| 17:33:51 | 23 | Q.   WELL, THEY CAN ALLOW A CONSU- -- |
| 17:33:52 | 24 | HOLD ON.  APPLE CAN TAKE -- BECAUSE OF THE NATURE |
| 17:33:56 | 25 | OF HOW APPLE MAKES DOWNLOADS AVAILABLE, APPLE CAN |

283

Exhibit Q, Page 445

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 17:34:00 | 1 | TAKE SINGLES OFF OF A C.D. -- OR I'M SORRY, TAKE |
| 17:34:05 | 2 | SINGLES OFF OF AN ALBUM, PUT IT ON A SUGGESTED |
| 17:34:08 | 3 | PLAYLIST AND SAY YOU COULD PURCHASE ALL THESE |
| 17:34:11 | 4 | DIFFERENT SINGLE TRACKS. |
| 17:34:12 | 5 | A.   NO, THEY CAN'T TAKE ANYTHING OFF OF |
| 17:34:14 | 6 | AN ALBUM.  WE HAVE TO DO THAT AND SELL IT AS A |
| 17:34:18 | 7 | SINGLE.  IF WE SOLD AN ALBUM AND NOT THE SINGLE, |
| 17:34:18 | 8 | THEY COULDN'T DISAGGREGATE THAT ALBUM.  THAT WOULD |
| 17:34:21 | 9 | BE ILLEGAL. |
| 17:34:21 | 10 | Q.   THEY CAN'T DO THAT? |
| 17:34:21 | 11 | A.   NO. |
| 17:34:22 | 12 | Q.   SO LET ME JUST -- LET ME JUST GET |
| 17:34:23 | 13 | THIS STRAIGHT:  APPLE -- WHEN APPLE GETS THE |
| 17:34:26 | 14 | INDIVIDUAL TRACKS FROM ITUNES -- I'M SORRY, FROM |
| 17:34:31 | 15 | UNIVERSAL, LET'S SAY THERE'S TEN SONGS ON AN |
| 17:34:34 | 16 | ALBUM.  OKAY? |
| 17:34:35 | 17 | A.   YES. |
| 17:34:35 | 18 | Q.   WHO MAKES THE DECISION WHETHER I |
| 17:34:39 | 19 | CAN, THE END USER, PURCHASE ONE TRACK OFF OF THAT |
| 17:34:43 | 20 | ALBUM?  ITUNES OR UNIVERSAL? |
| 17:34:45 | 21 | A.   UNIVERSAL. |
| 17:34:47 | 22 | Q.   SOLELY?  IT'S THEIR DECISION? |
| 17:34:49 | 23 | A.   YES. |
| 17:34:49 | 24 | Q.   OKAY. |
| 17:34:50 | 25 | A.   IF WE TELL ITUNES THAT THE TRACK |

284

Exhibit Q, Page 446

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 17:34:52 | 1 | ISN'T AVAILABLE AS A SINGLE, THEY CANNOT SELL IT. |
| 17:34:54 | 2 | Q.    THEY CAN ONLY SELL IT AS AN ALBUM? |
| 17:34:57 | 3 | A.    EVEN IF IT'S ON THE ALBUM.  NOW, |
| 17:34:57 | 4 | THEY MIGHT CHOOSE NOT TO CARRY THE ALBUM AS A |
| 17:35:01 | 5 | RESULT OF THAT.  SOMETIMES THEY DO THAT. |
| 17:35:01 | 6 | Q.    OKAY. |
| 17:35:02 | 7 | A.    BECAUSE THAT'S THEIR RIGHT. |
| 17:35:05 | 8 | Q.    OKAY.  HOW ABOUT A PLAYLIST, CAN |
| 17:35:08 | 9 | APPLE SUGGEST A PLAYLIST? |
| 17:35:10 | 10 | A.    A PLAYLIST IS -- IS A SUGGESTION TO |
| 17:35:12 | 11 | THE CONSUMER TO BUY THESE TEN SINGLES. |
| 17:35:12 | 12 | Q.    RIGHT. |
| 17:35:16 | 13 | A.    THAT'S ALL IT IS. |
| 17:35:17 | 14 | Q.    AND THEY CAN DO THAT? |
| 17:35:18 | 15 | A.    AND THEY CAN DO THAT. |
| 17:35:19 | 16 | Q.    OKAY.  SO LET -- LET ME UNDERSTAND |
| 17:35:21 | 17 | WHAT THEY CAN'T DO UNDER THIS BUNDLING OR COUPLING |
| 17:35:24 | 18 | THEORY.  THEY CAN'T TAKE SINGLES OFF OF A -- OFF |
| 17:35:29 | 19 | OF AN ALBUM, PUT THEM TOGETHER AND SELL THEM |
| 17:35:31 | 20 | TOGETHER? |
| 17:35:32 | 21 | A.    ARE WE TALKING ABOUT THINGS THAT |
| 17:35:35 | 22 | AREN'T OTHERWISE AVAILABLE AS A SINGLE? |
| 17:35:37 | 23 | Q.    I'M TALKING ABOUT THINGS THAT ARE |
| 17:35:39 | 24 | AVAILABLE -- THAT UNIVERSAL HAS SAID TO ITUNES, |
| 17:35:41 | 25 | YOU CAN SELL THESE SONGS INDIVIDUALLY OR AS AN |

285

**Exhibit Q, Page 447**

DEPOSITION OF LARRY KENSWIL

17:35:45  1    ALBUM.

17:35:45  2                A.    RIGHT.    THEY COULDN'T, FOR EXAMPLE,

17:35:47  3    CREATE A NEW TOM PETTY'S GREATEST HITS RECORD WITH

       4    THEIR IDEA OF WHAT THE GREATEST HITS WERE.

       5                DEPOSITION OFFICER:    I CAN'T HEAR

       6    YOU.

       7                THE DEPONENT:    THEY COULDN'T, FOR

       8    EXAMPLE, SELL A NEW TOM PETTY'S GREATEST HITS

17:35:55  9    RECORD BECAUSE THEY DON'T LIKE THE TRACKS THAT ARE

17:35:57 10    ON THE TOM PETTY GREATEST HITS RECORD THAT'S IN

17:36:01 11    THE MARKET AND DECIDE, NO, THESE ARE THE REAL TOM

17:36:03 12    PETTY'S GREATEST HITS RECORD, SAY, BUY THE TOM

17:36:06 13    PETTY'S GREATEST HITS RECORD AND SELL IT LIKE

17:36:08 14    THAT.

17:36:09 15                Q.    SO LET ME UNDERSTAND WHAT YOU'RE

17:36:10 16    SAYING.    WHAT THEY CAN'T DO IS -- IS PICK AND

17:36:12 17    CHOOSE TOM PETTY -- WHAT THEY VIEW AS TOM PETTY'S

17:36:15 18    GREATEST HITS AND SELL IT AS AN ALBUM WHERE YOU

17:36:18 19    BUY ALL FOR A -- A SPECIAL PRICE.    THEY CAN'T DO

17:36:20 20    THAT?

17:36:20 21                A.    RIGHT.

17:36:21 22                Q.    BUT WHAT THEY COULD DO IS SAY, IF

17:36:23 23    YOU LIKE TOM PETTY, WE THINK THESE ARE TOM PETTY'S

17:36:26 24    BEST SONGS, YOU CAN BUY THEM INDIVIDUALLY AND

17:36:30 25    SUGGEST THAT YOU BUY THOSE INDIVIDUALLY?

                                                              286

Exhibit Q, Page 448

DEPOSITION OF LARRY KENSWIL

| | | |
|---|---|---|
| 17:36:31 | 1 | A.   THEY CAN DO THAT, YES. |
| 17:36:33 | 2 | Q.   OKAY.  AND SO WHERE IT TALKS ABOUT |
| 17:36:38 | 3 | NO BUNDLING, THAT'S WHAT YOU'RE REFERRING TO? |
| 17:36:41 | 4 | A.   SHOW ME WHERE IT SAYS THAT. |
| 17:36:44 | 5 | Q.   OKAY. |
| 17:36:44 | 6 | MR. POMERANTZ:  WHICH PAGE ARE YOU |
| 17:36:45 | 7 | ON?  WHAT'S THE BATES NUMBER? |
| 17:36:47 | 8 | MR. BUSCH:  I'M LOOKING FOR IT. |
| 17:37:01 | 9 | BY MR. BUSCH: |
| 17:37:01 | 10 | Q.   BUNDLING IS ON PAGE A-3 LITTLE O. |
| 17:37:10 | 11 | AND IT SAYS: |
| 17:37:11 | 12 | "APPLE MAY BUNDLE |
| 17:37:14 | 13 | UNIVERSAL CONTENT WITH OTHER |
| 17:37:15 | 14 | GOODS OR SERVICES SOLD BY APPLE, |
| 17:37:20 | 15 | PROVIDED THAT APPLE PAYS |
| 17:37:21 | 16 | UNIVERSAL THE APPLICABLE |
| 17:37:24 | 17 | WHOLESALE PRICES, AND PROVIDED |
| 17:37:27 | 18 | FURTHER THAT APPLE MAY NOT |
| 17:37:28 | 19 | BUNDLE WITH ANY PARTICULAR |
| 17:37:31 | 20 | UNIVERSAL SOUND RECORDING." |
| 17:37:33 | 21 | DO YOU UNDERSTAND WHAT THAT MEANS? |
| 17:37:34 | 22 | A.   YES. |
| 17:37:37 | 23 | Q.   OKAY.  LET'S START WITH THE FIRST |
| 17:37:39 | 24 | CLAUSE.  "APPLE MAY BUNDLE UNIVERSAL CONTENT WITH |
| 17:37:44 | 25 | OTHER GOODS OR SERVICES SOLD BY APPLE."  WHAT DOES |

287

Exhibit Q, Page 449

DEPOSITION OF LARRY KENSWIL

```
 1    STATE OF CALIFORNIA      )
                               )SS
 2    COUNTY OF LOS ANGELES    )

 3

 4         I, SAMANTHA MARGARET AVENAIM, CERTIFIED

 5    SHORTHAND REPORTER, CERTIFICATE NUMBER 10627, FOR

 6    THE STATE OF CALIFORNIA, HEREBY CERTIFY:

 7         THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE

 8    ME AT THE TIME AND PLACE THEREIN SET FORTH, AT

 9    WHICH TIME THE DEPONENT WAS PLACED UNDER OATH BY

10    ME;

11         THE TESTIMONY OF THE DEPONENT AND ALL

12    OBJECTIONS MADE AT THE TIME OF THE EXAMINATION

13    WERE RECORDED STENOGRAPHICALLY BY ME AND WERE

14    THEREAFTER TRANSCRIBED;

15         THE FOREGOING TRANSCRIPT IS A TRUE AND

16    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

17         I FURTHER CERTIFY THAT I AM NEITHER COUNSEL

18    FOR NOR RELATED TO ANY PARTY TO SAID ACTION, NOR

19    IN ANY WAY INTERESTED IN THE OUTCOME THEREOF.

20         IN WITNESS WHEREOF, I HAVE HEREUNTO

21    SUBSCRIBED MY NAME THIS 28TH DAY OF MAY, 2008.

22

23

24    _____

25
```

342

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933