# EXHIBIT S

DEPOSITION OF MICHAEL OSTROFF

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5   F.B.T. PRODUCTIONS, LLC;  )
     AND EM2M, LLC,            )
 6                             )
               PLAINTIFFS,     )
 7                             )
       VS.                     )   CASE NO. CV 07-3314 PSG
 8                             )   (MANX)
     AFTERMATH RECORDS DOING   )
 9   BUSINESS AS AFTERMATH     )
     ENTERTAINMENT; INTERSCOPE )
10   RECORDS; UMG RECORDINGS,  )
     INC.; AND ARY, INC.,      )
11                             )
               DEFENDANTS.     )
12   _____)
13
14
15
16
17
18
19        DEPOSITION OF MICHAEL OSTROFF, TAKEN
20        ON BEHALF OF THE PLAINTIFFS, AT 10250
21        CONSTELLATION BOULEVARD, 19TH FLOOR,
22        LOS ANGELES, CALIFORNIA, COMMENCING AT
23        2:03 P.M., THURSDAY, JUNE 5, 2008,
24        BEFORE ALEX BAKER, CSR NUMBER 11897.
25
                                                      2
```

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF MICHAEL OSTROFF

```
14:40:38  1              THE DEPONENT:  NO.  I WAS GOING TO --
14:40:39  2   WELL, TO THE EXTENT THERE WAS A DECISION, AND IT'S NOT
14:40:51  3   SO MUCH A DECISION AS A GIVEN, WE PAY ACCORDING TO OUR
14:40:54  4   CONTRACTS.  WE PAY WHAT OR CONTRACTS REQUIRE.
14:40:58  5              THE DECISION THAT THAT WAS MADE FOR
14:41:01  6   PERMANENT DOWNLOADS WAS TO PAY MORE GENEROUSLY TO THE
14:41:08  7   ARTIST THAN REQUIRED BY CONTRACTS.
14:41:10  8   BY MR. BUSCH:
14:41:11  9        Q.    OKAY.  WHO MADE THAT DECISION?
14:41:41 10        A.    I'M NOT SURE.
14:41:43 11        Q.    WHAT DO YOU MEAN, YOU'RE NOT SURE?
14:41:48 12        A.    THAT DECISION GREW OUT OF DISCUSSIONS.
14:41:49 13   I THINK IT WAS SOMEWHAT OF A CONSENSUS.
14:41:53 14        Q.    BETWEEN EVERYONE INVOLVED IN THE
14:41:54 15   DECISION THAT THE RECORD LABEL MADE -- UNIVERSAL RECORD
14:41:57 16   LABELS MADE TO PAY ARTISTS, QUOTE/UNQUOTE, MORE
14:42:00 17   GENEROUSLY THAN WHAT WAS REQUIRED BY THEIR CONTRACTS AND
14:42:04 18   PERMANENT DOWNLOADS, I'D LIKE TO KNOW EVERYBODY INVOLVED
14:42:07 19   IN THAT DECISION.
14:42:15 20        A.    I DON'T KNOW THAT I CAN RECALL EVERY ONE
14:42:19 21   WHO WAS INVOLVED.  I THINK AMONG THE PEOPLE WHO WERE IN
14:42:33 22   AGREEMENT BEFORE IT WAS CONFIRMED WOULD INCLUDE ME,
14:42:39 23   CHUCK CIONGOLI -- I'M TRYING TO REMEMBER IF NICK HENNY
14:42:48 24   WAS OUR C.F.O. AT THE TIME.
14:42:52 25              I BELIEVE DOUG MORRIS WAS AWARE OF IT
```

32

## DEPOSITION OF MICHAEL OSTROFF

```
14:42:55  1   BEFORE THE DECISION WAS MADE.
14:42:59  2        Q.  WHY WAS THE DECISION MADE TO PAY ARTISTS
14:43:02  3   GENEROUSLY FOR PERMANENT DOWNLOADS THAN WHAT WAS
14:43:06  4   REQUIRED BY THE CONTRACTS?
14:43:07  5        MR. POMERANTZ:  AGAIN, YOU CAN ANSWER
14:43:08  6   THAT QUESTION AS LONG AS YOU DON'T DIVULGE THE SUBSTANCE
14:43:12  7   OF INTERNAL COMMUNICATIONS.
14:43:21  8        THE DEPONENT:  AT -- THE DECISION WAS
14:43:25  9   MADE AT A DIFFICULT TIME IN THE RECORD BUSINESS.  WE'RE
14:43:30 10   STILL HAVING DIFFICULT TIMES IN THE RECORD BUSINESS.
14:43:33 11        AND THERE WAS -- THERE WERE A LOT OF
14:43:42 12   ISSUES BETWEEN RECORD COMPANIES AND CONSUMERS.  RECORD
14:43:51 13   COMPANIES ARE SORT OF UNDER ATTACK ON MANY FRONTS.  AND
14:44:00 14   AS WE WERE ENTERING INTO THIS NEW BUSINESS, WE THOUGHT
14:44:04 15   THAT WE WOULD HELP -- GET THE SUPPORT OF ARTISTS BECAUSE
14:44:09 16   GETTING -- GETTING OUR CONTENT AVAILABLE IN THESE NEW
14:44:14 17   FORMS WAS ONE OF THE WAYS THAT WE HOPED TO COUNTER THE
14:44:20 18   EFFECTS OF PIRACY.
14:44:21 19        AND WE WANTED ARTIST SUPPORT IN THAT AND
14:44:25 20   FELT THAT IF WE WERE TO PAY MORE THAN REQUIRED BY THE
14:44:31 21   CONTRACTS, THAT WOULD HELP GARNER OUR SUPPORT.
14:44:38 22   BY MR. BUSCH:
14:44:39 23        Q.  HOW DO YOU KNOW THAT THAT WAS THE
14:44:40 24   REASON?
14:44:55 25        A.  THERE WAS JUST A LOT OF TALK IN THE
```

33

DEPOSITION OF MICHAEL OSTROFF

```
14:44:58  1  INDUSTRY.
14:44:58  2       Q.  HOW DO YOU KNOW THAT UNIVERSAL MADE THAT
14:45:00  3  DECISION FOR THAT REASON?
14:45:16  4       A.  BECAUSE THE CONTRACTS DIDN'T REQUIRE IT.
14:45:18  5  AND -- AND IF WE WERE GOING TO BE DOING SOMETHING THAT
14:45:22  6  WAS GOING TO BENEFIT THE ARTIST, IT WOULD BE BECAUSE WE
14:45:27  7  WERE TRYING TO, YOU KNOW, IN ESSENCE, CURRY FAVOR.
14:45:32  8       Q.  HOW DO YOU KNOW -- WHO TOLD YOU -- HOW
14:45:35  9  DO YOU KNOW THAT THAT WAS THE REASON -- THE REASON YOU
14:45:38 10  JUST SAID WAS THE REASON UNIVERSAL MADE THE DECISION
14:45:40 11  THAT IT DID.  HOW DO YOU KNOW THAT?
14:46:19 12       A.  THAT'S MY MEMORY.  IT MAY HAVE BEEN IN A
14:46:22 13  MEMO THAT --
14:46:26 14            MR. POMERANTZ:  DON'T GET INTO ANY
14:46:27 15  INTERNAL PRIVILEGED --
16:25:05 16            (SPEAKING SIMULTANEOUSLY.)
14:46:29 17            MR. BUSCH:  YOU KNOW WHAT, IT'S FAR TO
14:46:30 18  LATE FOR THAT, SIR.  BY HIS TESTIMONY THE WAY HE DID
14:46:32 19  ABOUT WHAT THE REASONS WERE, IF IT WAS BASED ON
14:46:35 20  COMMUNICATIONS, THE CAT IS OUT OF THE BAG, AND
14:46:37 21  THE ATTORNEY-CLIENT PRIVILEGE IS WAIVED.
14:46:38 22            MR. POMERANTZ:  YOU KNOW WHAT, ON THAT
14:46:38 23  ISSUE, THE CAT IS OUT OF THE BAG ON ALL SORTS OF
14:46:38 24  PUBLICATIONS.  JUST DO YOUR GOOGLE SEARCH, AND YOU'LL
14:46:41 25  FIND ON THE PUBLIC --
```

34

DEPOSITION OF MICHAEL OSTROFF

```
15:35:54  1        Q.   OKAY.  DID YOU EVER HAVE ANY
15:35:57  2   CONVERSATIONS WITH THE R.I.A.A. ABOUT -- IN WHICH THERE
15:36:05  3   WAS ANY CONVERSATION AT ALL ABOUT THE R.I.A.A. SPEAKING
15:36:08  4   TO OTHER LABELS TO DETERMINE HOW THEY WERE OR SHOULD PAY
15:36:12  5   FOR PERMANENT DOWNLOADS?
15:36:14  6        A.   NO.
15:36:15  7        Q.   OKAY.  ANY CONVERSATIONS WITH THE
15:36:19  8   R.I.A.A. THAT CONCERNED THE STRUCTURING OF THE VARIOUS
15:36:23  9   DIGITAL DOWNLOAD AGREEMENTS?
15:36:27 10             MR. POMERANTZ:  OBJECTION.  VAGUE.
15:36:28 11             THE DEPONENT:  "STRUCTURING" IS BROAD.
15:36:30 12   I DON'T REMEMBER ANY, BUT --
15:36:32 13   BY MR. BUSCH:
15:36:33 14        Q.   ANYTHING WITH THE R.I.A.A. THAT
15:36:35 15   DISCUSSED WHOLESALE/RESALE PRICE STRUCTURE, THAT TYPE OF
15:36:39 16   THING?
15:36:39 17             MR. POMERANTZ:  OBJECTION.  VAGUE.  ALSO
15:36:40 18   OBJECTION TO FORM.
15:36:42 19             THE DEPONENT:  I CAN'T RECALL ANY.
15:36:44 20   BY MR. BUSCH:
15:36:45 21        Q.   OKAY.  IS IT CORRECT THAT ONCE A
15:36:52 22   DECISION WAS MADE ABOUT THE MANNER IN WHICH PERMANENT
15:36:55 23   DOWNLOADS WOULD BE PAID FOR, ROYALTIES FOR PERMANENT
15:36:57 24   DOWNLOADS, THERE WAS ALSO A DECISION MADE THAT FOR
15:37:00 25   LIMITED DOWNLOADS, THAT ARTISTS WOULD RECEIVE 50 PERCENT
```

60

KELLI NORDEN AND ASSOCIATES   310.820.7733   FAX: 310.820.7933

## DEPOSITION OF MICHAEL OSTROFF

```
15:37:04  1  OF UNIVERSAL'S NET RECEIPTS?
15:37:08  2         A.  I'M SORRY.  CAN YOU ASK THE QUESTION
15:37:09  3  AGAIN.
15:37:10  4         Q.  AT THE SAME TIME THAT A DECISION WAS
15:37:13  5  MADE WITHIN UNIVERSAL ABOUT THE MANNER IN WHICH
15:37:15  6  ROYALTIES WOULD BE PAID FOR PERMANENT DOWNLOADS, WAS
15:37:19  7  THERE ALSO A DECISION MADE WITH RESPECT TO HOW ROYALTIES
15:37:23  8  WOULD BE PAID FOR LIMITED DOWNLOADS OR STREAMS?
15:37:27  9         A.  YES.  AGAIN, IT'S -- IT STARTS WITH THE
15:37:30 10  ARTIST CONTRACT, BUT AS I TESTIFIED BEFORE, TO THE
15:37:33 11  EXTENT WE WERE DOING BETTER.
15:37:36 12         Q.  AND WAS A DECISION MADE AT THAT TIME
15:37:38 13  THAT LIMITED DOWNLOADS AND STREAMS WOULD BE PAID FOR AT
15:37:41 14  50 PERCENT OF UNIVERSAL'S NET RECEIPTS?
15:37:46 15         MR. POMERANTZ:  AGAIN, AT THIS POINT
15:37:47 16  DON'T GET INTO ANY INTERNAL COMMUNICATIONS.  I DON'T
15:37:50 17  THINK HE'S ASKING ABOUT THAT.  I THINK HE'S JUST ASKING
15:37:53 18  FOR WHETHER A DECISION WAS MADE.
15:37:55 19         THE DEPONENT:  GENERALLY, YES.
15:37:56 20  BY MR. BUSCH:
15:37:56 21         Q.  AND WERE YOU PART OF DISCUSSIONS ON THAT
15:37:58 22  SUBJECT?
15:37:59 23         A.  YES.
15:38:00 24         MR. BUSCH:  OKAY.  AND IF I ASKED HIM
15:38:02 25  ABOUT THE REASON THAT -- BASED ON THE DISCUSSIONS, THE
```

61

DEPOSITION OF MICHAEL OSTROFF

```
15:38:07  1   REASONS THAT THE DECISION WAS MADE TO PAY LIMITED
15:38:10  2   DOWNLOADS AT 50 PERCENT, WOULD YOU OBJECT ON
15:38:13  3   ATTORNEY-CLIENT PRIVILEGE?
15:38:15  4              MR. POMERANTZ:  IF YOU ASK HIM WHAT WAS
15:38:16  5   DISCUSSED, THE ANSWER IS, YES.  IF YOU ASK A DIFFERENT
15:38:19  6   QUESTION, I DON'T KNOW.
15:38:20  7   BY MR. BUSCH:
15:38:21  8        Q.   OKAY.  OTHER THAN FROM DISCUSSIONS
15:38:22  9   WITHIN UNIVERSAL, DO YOU KNOW WHY A DECISION WAS MADE TO
15:38:34 10   PAY ARTIST'S ROYALTIES FOR LIMITED DOWNLOADS AND STREAMS
15:38:35 11   AT 50 PERCENT OF UNIVERSAL'S NET RECEIPTS AND A
15:38:37 12   DIFFERENT FORMULA WAS USED TO PAY ROYALTIES FOR
15:38:41 13   PERMANENT DOWNLOADS?
15:38:42 14              MR. POMERANTZ:  OBJECTION TO THE FORM OF
15:38:44 15   THE QUESTION.  I'M NOT SURE I EVEN UNDERSTAND IT.
15:38:46 16   BY MR. BUSCH:
15:38:47 17        Q.   WHAT I'M SAYING TO YOU IS OTHER THAN
15:38:49 18   FROM CONVERSATIONS WITH PEOPLE AT ELABS OR WITH OTHER
15:38:53 19   PEOPLE WITHIN UNIVERSAL, DO YOU HAVE PERSONAL KNOWLEDGE
15:38:56 20   ABOUT WHY A DECISION WAS MADE TO PAY ONE WAY FOR
15:39:00 21   CONDITIONAL DOWNLOADS AND STREAMS AND ANOTHER WAY FOR
15:39:02 22   PERMANENT DOWNLOADS?
15:39:15 23        A.   WELL, I MEAN, I GUESS OTHER THAN
15:39:19 24   STARTING WITH THE RECORDING CONTRACTS.
15:39:22 25        Q.   WELL, IN YOUR VIEW, ARE THE AGREEMENTS
```

62

DEPOSITION OF MICHAEL OSTROFF

```
15:39:24  1   BETWEEN UNIVERSAL AND DIGITAL DOWNLOAD PROVIDERS FOR
15:39:29  2   LIMITED DOWNLOADS AND STREAMS, ARE THOSE LICENSING?  ARE
15:39:33  3   THOSE LICENSE AGREEMENTS FOR WHICH THE 50 PERCENT
15:39:35  4   LICENSING RATE APPLIES?
15:39:37  5                  MR. POMERANTZ:  IS THERE A PARTICULAR
15:39:38  6   AGREEMENT YOU'RE REFERRING TO?
15:39:40  7   BY MR. BUSCH:
15:39:40  8           Q.     LET'S TAKE THE EMINEM -- THE MARCH 1998
15:39:44  9   EMINEM MARCH 9, 1998, AGREEMENT THAT'S BEEN MARKED AS
15:39:46 10   EXHIBIT 5.
15:39:47 11                  DO YOU KNOW WHETHER EMINEM AND F.B.T.
15:39:49 12   ARE BEING PAID 50 PERCENT OF UNIVERSAL'S NET RECEIPTS
15:39:53 13   UNDER THE LICENSING PROVISION OF THIS AGREEMENT OR A
15:39:55 14   SUCCESSOR AGREEMENT THAT HAS THE SAME LANGUAGE FOR
15:39:59 15   LIMITED DOWNLOADS AND STREAMS?
15:40:01 16                  MR. POMERANTZ:  AND SUBSCRIPTION
15:40:02 17   SERVICES, YOU'RE TALKING ABOUT.
15:40:04 18                  MR. BUSCH:  YEAH.
15:40:04 19                  THE DEPONENT:  IT'S MY UNDERSTANDING
15:40:05 20   THAT THEY ARE.
15:40:06 21   BY MR. BUSCH:
15:40:06 22           Q.     OKAY.  AND IS THAT BECAUSE UNIVERSAL
15:40:08 23   BELIEVES THOSE AGREEMENTS TO BE LICENSING -- LICENSE
15:40:11 24   AGREEMENTS FOR WHICH THE 50 PERCENT LICENSE PROVISION
15:40:15 25   APPLIES?
```

63

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF MICHAEL OSTROFF

```
15:40:17   1              MR. POMERANTZ:  AGAIN, I THINK THAT'S AN
15:40:18   2   INCOMPLETE HYPOTHETICAL.  YOU'RE NOT GIVING HIM ALL THE
15:40:22   3   FACTS.
15:40:23   4              BUT I WOULD ALSO INSTRUCT YOU,
15:40:24   5   MR. OSTROFF, NOT TO ANSWER THE QUESTION TO THE EXTENT
15:40:26   6   IT'S BASED ON INTERNAL COMMUNICATION.  OTHERWISE, IF YOU
15:40:27   7   HAVE A BASIS, YOU CAN ANSWER IT.
15:40:38   8              THE DEPONENT:  I'M GOING TO NEED THE
15:40:38   9   QUESTION AGAIN.
15:40:39  10   BY MR. BUSCH:
15:40:39  11         Q.   OKAY.  MY QUESTION TO YOU IS THIS:  YOU
15:40:41  12   SAID A MOMENT AGO THAT EMINEM AND F.B.T., TO YOUR
15:40:45  13   KNOWLEDGE, ARE BEING PAID 50 PERCENT OF UNIVERSAL'S NET
15:40:48  14   RECEIPTS FOR REVENUE RECEIVED FOR LIMITED DOWNLOADS AND
15:40:53  15   STREAMS; CORRECT?
15:40:54  16              MR. POMERANTZ:  THROUGH SUBSCRIPTION
15:40:55  17   SERVICES; RIGHT?
15:40:56  18   BY MR. BUSCH:
15:40:57  19         Q.   LIMITED DOWNLOADS AND STREAMS.
15:40:58  20         A.   YES.
15:40:59  21         Q.   OKAY.  NOW, MY QUESTION TO YOU IS:  IS
15:41:01  22   THAT BECAUSE UNIVERSAL BELIEVES THAT THE LICENSING
15:41:07  23   PROVISION, PARAGRAPH 4-CV OF THE MARCH 1998 AGREEMENT
15:41:12  24   AND 5-CV OF THE 2003 AGREEMENT APPLIES TO REVENUE
15:41:17  25   RECEIVED FOR LIMITED DOWNLOADS AND STREAMS?
```

64

DEPOSITION OF MICHAEL OSTROFF

```
15:41:19  1         MR. POMERANTZ:  AND, AGAIN, YOU CAN
15:41:20  2  ANSWER THAT QUESTION AS LONG AS IT'S NOT BASED UPON
15:41:22  3  INTERNAL DISCUSSIONS YOU HAD WITH OTHERS AT UNIVERSAL.
15:41:26  4  BUT TO THE EXTENT YOU HAVE A BASIS OTHER THAN THAT, YOU
15:41:29  5  CAN ANSWER IT.
15:41:31  6         THE DEPONENT:  I DON'T HAVE THE
15:41:32  7  SPECIFICS OF THE EMINEM AGREEMENT, BUT I BELIEVE THAT WE
15:41:35  8  ARE PAYING 50 PERCENT BECAUSE THAT'S WHAT THE AGREEMENT
15:41:41  9  CALLS FOR.
15:41:41 10  BY MR. BUSCH:
15:41:41 11         Q.   OKAY.  AND CAN YOU SHOW ME IN THE
15:41:43 12  MARCH 9, 1998, AGREEMENT -- AND I'LL SHOW YOU THE 2003
15:41:48 13  AGREEMENT ALSO, WHICH IS THE OPERATIVE AGREEMENT THAT'S
15:41:51 14  IN PLACE NOW THAT HAS SIMILAR LANGUAGE, WHAT PROVISION
15:41:55 15  OF THE AGREEMENT CALLS FOR EMINEM AND F.B.T. TO RECEIVE
15:41:58 16  50 PERCENT OF NET RECEIPTS, UNIVERSAL'S NET RECEIPTS?
15:42:02 17         I HAVE AN EXTRA COPY IF YOU WANT THE
15:42:17 18  2003 AGREEMENT.
15:42:19 19         (DOCUMENT REVIEWED BY DEPONENT.)
15:42:19 20  BY MR. BUSCH:
15:42:20 21         Q.   THE 2003 AGREEMENT WAS MARKED AS EXHIBIT
15:42:22 22  NUMBER 10 AT A PREVIOUS DEPOSITION.  IF YOU'D LIKE TO
15:42:25 23  LOOK AT THAT AS WELL, YOU CAN.
15:42:30 24         A.   I'M SORRY.  WHAT IS THIS AGREEMENT?
15:42:33 25         Q.   THIS IS THE OPERATIVE AGREEMENT THAT'S
```

65

DEPOSITION OF MICHAEL OSTROFF

```
15:42:35   1   IN PLACE NOW.  THAT WAS A PREDECESSOR AGREEMENT.  THAT
15:42:37   2   WAS THE FIRST AGREEMENT.  THE '98 AGREEMENT IS THE FIRST
15:42:40   3   AGREEMENT.  THE 2003 AGREEMENT IS THE AGREEMENT THAT
15:42:43   4   REPLACED THE '98 AGREEMENT.  ALTHOUGH THE -- I WILL TELL
15:42:47   5   YOU THAT THE LANGUAGE FOR LICENSING, THE 50 PERCENT
15:42:50   6   LANGUAGE, IS VIRTUALLY IDENTICAL.
15:44:01   7              (DOCUMENT REVIEWED BY DEPONENT.)
15:45:13   8              THE DEPONENT:  I GUESS IT'S FOUR -- IT
15:45:20   9   LOOKS LIKE IN THIS -- 1998 AGREEMENT?
15:45:23  10   BY MR. BUSCH:
15:45:24  11         Q.    YEAH.
15:45:24  12         A.    -- 4-C.  IT LOOKS LIKE THERE'S NO D.
15:45:29  13   4-C -- SORRY.  FIVE, RIGHT -- RIGHT.  V.  IT'S UNDER THE
15:45:33  14   "FOR ANY OTHER USES" LANGUAGE.  AND ALTHOUGH THERE'S --
15:45:41  15   THERE'S ALSO A NEW MEDIUM PROVISION, WHICH WOULD KNOCK
15:45:46  16   IT DOWN TO 75 PERCENT OF THAT, WE DIDN'T TAKE THAT
15:45:49  17   DEDUCTION.
15:45:50  18         Q.    SO IT WOULD BE 4-CV?
15:45:53  19         A.    THAT'S MY READ OF IT.
15:45:54  20         Q.    AND IF 2003, IF THE LANGUAGE IS
15:45:55  21   ESSENTIALLY THE SAME, RATHER THAN HAVE YOU SPEND TIME
15:45:59  22   LOOKING AT IT, WOULD YOU AGREE IT WOULD BE THE SAME
15:46:01  23   PROVISION IN 2003?
15:46:03  24         A.    IF THE LANGUAGE WAS THE SAME, YES.
15:46:11  25         Q.    OKAY.  LET'S TALK ABOUT THAT BASED UPON
```

66

## DEPOSITION OF MICHAEL OSTROFF

```
15:46:12   1    YOUR TESTIMONY.
15:46:13   2              WHY DOES THE "FOR ANY OTHER USE"
15:46:16   3    LANGUAGE FROM PARAGRAPH 4-CV OR 5-CV IN THE 2003
15:46:22   4    AGREEMENT APPLY TO LIMITED DOWNLOADS AND STREAMS?
15:46:25   5              MR. POMERANTZ:  AGAIN, YOU CAN ANSWER
15:46:26   6    THAT BASED UPON ANYTHING OTHER THAN INTERNAL PRIVILEGED
15:46:29   7    COMMUNICATIONS YOU'VE HAD.
15:46:43   8              THE DEPONENT:  I WOULD CONSIDER THAT AN
15:46:51   9    OTHER USE IN THE "FOR ANY OTHER USES" LANGUAGE.
15:46:53  10    BY MR. BUSCH:
15:46:53  11         Q.   OKAY.  CAN I SEE THAT AGREEMENT FOR ONE
15:46:55  12    SECOND?
15:46:55  13              SO IN 4-CV, WHICH SAYS:
15:46:58  14              "ON MASTERS LICENSED BY US OR
15:47:00  15              OUR N.R.S. LICENSEES" --
15:47:03  16              AND THERE'S BEEN TESTIMONY, THAT'S A
15:47:05  17    TYPO.  IT SHOULD BE "N.R.C. LICENSEES."  AND IN 2003 THE
15:47:09  18    N.R.C. WAS TAKEN OUT.
15:47:10  19              BUT:
15:47:10  20              "ON MASTERS LICENSED BY US OR
15:47:12  21              OUR LICENSEES TO OTHERS FOR THEIR
15:47:14  22              MANUFACTURE AND SALE OF RECORDS OR
15:47:17  23              FOR ANY OTHER USES, YOUR ROYALTY
15:47:19  24              SHALL BE IN THE AMOUNT EQUAL TO
15:47:21  25              50 PERCENT OF OUR NET RECEIPTS FROM
```

67

DEPOSITION OF MICHAEL OSTROFF

```
15:47:23   1              THE SALE OF THOSE RECORDS OR FROM
15:47:24   2         THOSE OTHER USES OF THE MASTERS."
15:47:26   3              SO IS IT YOUR TESTIMONY THAT WITH
15:47:28   4   RESPECT TO LIMITED DOWNLOADS AND STREAMS, IT IS THE
15:47:32   5   POSITION OF UNIVERSAL THAT THE LANGUAGE IT SAYS ON
15:47:35   6   "MASTERS LICENSED BY US OR LICENSEE TO OTHERS FOR THE
15:47:40   7   MANUFACTURER AND SALE OF RECORDS OR FOR ANY OTHER USES,"
15:47:43   8   THE "OR FOR ANY OTHER USES" APPLIES TO LIMITED DOWNLOADS
15:47:49   9   AND STREAMS?
15:47:50  10              MR. POMERANTZ:  YOU'RE ASKING FOR HIS
15:47:51  11   VIEW, NOT UNIVERSAL'S VIEW, I TAKE IT?
15:47:54  12              MR. BUSCH:  WELL --
15:47:56  13              MR. POMERANTZ:  HE DOESN'T HAVE TO SPEAK
15:47:57  14   FOR UNIVERSAL, ALTHOUGH HE IS THE GENERAL COUNSEL OF
15:48:00  15   UNIVERSAL.
15:48:00  16   BY MR. BUSCH:
15:48:01  17        Q.    AS THE GENERAL COUNSEL OF UNIVERSAL,
15:48:01  18   THAT'S YOUR -- THAT'S YOUR TESTIMONY?
15:48:03  19        A.    ON MY REVIEW OF THE CONTRACT HERE.
15:48:05  20        Q.    YES?  IS THE ANSWER "YES"?
15:48:07  21        A.    YES.
15:48:08  22        Q.    OKAY.  NOW, WHY IS IT -- WHY IS IT, IN
15:48:20  23   YOUR VIEW -- A MASTER FOR LIMITED DOWNLOAD AND STREAM,
15:48:25  24   WHY IS IT, IN YOUR VIEW, A MASTER LICENSED FOR ANY OTHER
15:48:29  25   USE?
```

68

DEPOSITION OF MICHAEL OSTROFF

```
15:48:30   1            MR. POMERANTZ:  SAME INSTRUCTION AS TO
15:48:30   2   THE PRIOR QUESTION.
15:48:32   3            TO THAT EXTENT, YOU CAN ANSWER.
15:48:34   4            THE DEPONENT:  IN MY REVIEW OF THE
15:48:37   5   CONTRACT, I DIDN'T SEE ANOTHER PROVISION THAT WOULD
15:48:40   6   SPECIFICALLY APPLY.
15:48:42   7   BY MR. BUSCH:
15:48:43   8        Q.  OKAY.  AND THAT'S WHY?
15:48:44   9        A.  YES.
15:48:45  10        Q.  OKAY.  WOULD YOU TAKE A SECOND JUST
15:49:12  11   AND -- I HATE TO ASK YOU THIS, BUT WOULD YOU TAKE A
15:49:14  12   SECOND AND THUMB THROUGH THE 2003 AGREEMENT.  I'LL KEEP
15:49:17  13   THIS ONE.  THUMB THROUGH THE 2003 AGREEMENT AND TELL ME
15:49:19  14   IF YOUR -- IF THE ANSWERS TO MY QUESTIONS WOULD BE THE
15:49:22  15   SAME WITH RESPECT TO THE 2003 AGREEMENT.
15:49:30  16            MR. POMERANTZ:  TO THE IMMEDIATE PRIOR
15:49:32  17   TWO QUESTIONS I TAKE IT IS WHAT YOU'RE ASKING HIM ABOUT?
15:49:35  18            MR. BUSCH:  YES.  NOT AS TO EVERYTHING
15:49:35  19   THAT I'VE ASKED UP UNTIL NOW, BUT AS TO -- HIS ANSWER AS
15:49:36  20   TO LIMITED DOWNLOADS AND STREAMS AND THE APPLICATION OF
15:49:39  21   WHAT IS ACTUALLY 5-CV IN THE 2003 AGREEMENT.
15:49:44  22            (DOCUMENT REVIEWED BY DEPONENT.)
15:53:25  23            THE DEPONENT:  LOOKS THE SAME -- I
15:53:29  24   SHOULD GET TO THE END OF THE CONTRACT BEFORE COMMENTING.
15:53:48  25            LOOKS LIKE THE SAME LANGUAGE.  I DID NOT
```

69

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF MICHAEL OSTROFF

```
 1   STATE OF CALIFORNIA    )
                            ) SS.
 2   COUNTY OF LOS ANGELES  )

 3

 4       I, ALEX BAKER, CERTIFIED SHORTHAND REPORTER,

 5   CERTIFICATE NUMBER 11897, FOR THE STATE OF CALIFORNIA,

 6   HEREBY CERTIFY:

 7       THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME AT

 8   THE TIME AND PLACE THEREIN SET FORTH, AT WHICH TIME THE

 9   DEPONENT WAS PLACED UNDER OATH BY ME;

10       THE TESTIMONY OF THE DEPONENT AND ALL OBJECTIONS

11   MADE AT THE TIME OF THE EXAMINATION WERE RECORDED

12   STENOGRAPHICALLY BY ME AND WERE THEREAFTER TRANSCRIBED;

13       THE FOREGOING TRANSCRIPT IS A TRUE AND CORRECT

14   TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

15       I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR NOR

16   RELATED TO ANY PARTY TO SAID ACTION, NOR IN ANY WAY

17   INTERESTED IN THE OUTCOME THEREOF.

18       IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY

19   NAME THIS 11TH DAY OF JUNE, 2008.

20

21           _____

22

23

24

25
```

160

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

**Exhibit S, Page 476**