# EXHIBIT V

DEPOSITION OF JIMMY IOVINE

```
 1              UNITED STATES DISTRICT
 2           CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5
    F.B.T. PRODUCTIONS, LLC,    )
 6  AND EM2M, LLC,              )
                                )
 7              PLAINTIFFS,     )
                                )    CASE NO.
 8     VS.                      )    CV 07-3314 PSG (MANX)
                                )
 9  AFTERMATH RECORDS DOING     )
    BUSINESS AS AFTERMATH       )
10  ENTERTAINMENT; INTERSCOPE   )
    RECORDS; UMG RECORDINGS,    )
11  INC.; AND ARY, INC.,        )
                                )
12              DEFENDANTS.     )
    _____)
13
14
15
16
17       DEPOSITION OF JIMMY IOVINE, TAKEN
18       ON BEHALF OF THE PLAINTIFFS, AT
19       10250 CONSTELLATION BOULEVARD,
20       LOS ANGELES, CALIFORNIA, COMMENCING
21       AT 12:05 P.M., TUESDAY, SEPTEMBER
22       16, 2008, BEFORE KELLI C. NORDEN,
23       CSR NUMBER 7200.
24
25
                                                    2
```

DEPOSITION OF JIMMY IOVINE

| | | |
|---|---|---|
| 12:24:36 | 1 | PART OF? |
| 12:24:36 | 2 | A. NO. |
| 12:24:36 | 3 | MR. POMERANTZ: OBJECTION -- |
| 12:24:37 | 4 | THE DEPONENT: OH. SORRY. |
| 12:24:38 | 5 | MR. POMERANTZ: GO AHEAD. I WAS |
| 12:24:39 | 6 | JUST GOING TO OBJECT TO THE FORM. |
| 12:24:41 | 7 | THE DEPONENT: I NEVER READ A |
| 12:24:42 | 8 | PRODUCER AGREEMENT. |
| 12:24:43 | 9 | BY MR. BUSCH: |
| 12:24:43 | 10 | Q. YOU'VE NEVER REVIEWED ANY OF YOUR |
| 12:24:45 | 11 | CONTRACTS OR AGREEMENTS THAT YOU'VE EVER HAD -- |
| 12:24:45 | 12 | A. NO, JUST BROAD STROKES. I HAD THE |
| 12:24:47 | 13 | SAME LAWYER FOREVER AND IT WAS THE SAME AGREEMENT, |
| 12:24:49 | 14 | PRETTY MUCH. |
| 12:24:50 | 15 | Q. OKAY. HE NEVER DISCUSSED ANY OF |
| 12:24:51 | 16 | THESE PROVISIONS WITH YOU? |
| 12:24:53 | 17 | A. NOT THOSE KINDS OF PROVISIONS. |
| 12:24:54 | 18 | Q. OKAY. AND IN CONNECTION WITH |
| 12:24:57 | 19 | INTERSCOPE OR UNIVERSAL, HAVE YOU EVER BEEN |
| 12:24:59 | 20 | INVOLVED OR SEEN CONTRACTS THAT HAVE CONTRACTS -- |
| 12:25:03 | 21 | LANGUAGE LIKE THIS? |
| 12:25:03 | 22 | MR. POMERANTZ: OBJECTION; VAGUE. |
| 12:25:04 | 23 | WHAT DO YOU MEAN BY "CONTRACT |
| 12:25:06 | 24 | LANGUAGE LIKE THIS"? |
| | 25 | /// |

30

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

DEPOSITION OF JIMMY IOVINE

```
           1   BY MR. BUSCH:
12:25:08   2           Q.   LICENSE LANGUAGE THAT SAYS THAT THE
12:25:09   3   ARTIST WOULD RECEIVE 50 PERCENT OF NET RECEIPTS IF
12:25:12   4   MASTERS ARE LICENSED.
12:25:15   5           A.   NOT REALLY.  I DON'T -- I NEVER
12:25:17   6   REALLY GOT THAT FAR INTO THE CONTRACTS OF THE
12:25:19   7   ARTISTS, YOU KNOW, AND THE RECORD COMPANY AND WHAT
12:25:22   8   WE DO.  IT'S NOT MY -- REALLY, IT'S NOT WHAT I DO.
12:25:25   9   WE HAVE VERY SPECIFIC GUYS AT THE COMPANY THAT DO
12:25:28  10   THAT.
12:25:29  11           Q.   OKAY.  SO JUST SO THAT I'M -- THE
12:25:29  12   RECORD IS CLEAR AND THAT I'M CLEAR, YOU'RE NOT
12:25:32  13   AWARE AT ALL -- DESPITE YOUR EXPERIENCE IN THE
12:25:35  14   RECORD BUSINESS, YOU'RE NOT AWARE AT ALL OF
12:25:37  15   PROVISIONS LIKE THIS IN RECORD CONTRACTS THAT HAVE
12:25:39  16   A 50 PERCENT ROYALTY RATE FOR LICENSES?
12:25:42  17           YOU'RE NOT AWARE THAT THAT EXISTS
12:25:44  18   IN THE RECORD BUSINESS?
12:25:44  19           A.   NO.  I AM NOW.
12:25:45  20           Q.   PRIOR TO NOW.
12:25:46  21           A.   NO, I AM.  I WAS PRIOR TO -- YOU
12:25:47  22   ASKED ME IF I EVER SAW THIS IN A CONTRACT.  I
12:25:50  23   NEVER REVIEWED A CONTRACT.  I NEVER TOOK A
12:25:52  24   CONTRACT AND GONE LIKE THIS (INDICATING).
12:25:54  25           Q.   OKAY.
```

31

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

Exhibit V, Page 505

DEPOSITION OF JIMMY IOVINE

```
12:25:54  1          A.   YOU KNOW, I KNOW THAT THESE THINGS
12:25:56  2   EXIST.  WHEN I WAS A RECORD PRODUCER, I DIDN'T
12:25:58  3   REALLY -- I DIDN'T REALLY -- YOU KNOW.
12:26:00  4          Q.   WHEN DID YOU COME TO LEARN THAT
12:26:01  5   THERE WAS -- THAT THERE WERE PROVISIONS IN RECORD
12:26:04  6   CONTRACTS GENERALLY THAT HAVE LANGUAGE SIMILAR TO
12:26:08  7   LANGUAGE LIKE THIS THAT SAYS THAT FOR LICENSES OF
12:26:10  8   MASTERS, THE ARTIST WOULD RECEIVE 50 PERCENT OF
12:26:13  9   NET RECEIPTS?
12:26:14 10          MR. POMERANTZ:  OBJECTION, AGAIN,
12:26:14 11   TO THE FORM.  YOU'RE PUTTING "LANGUAGE LIKE THIS,"
12:26:17 12   WHICH IS VAGUE AND AMBIGUOUS; AND ALSO TO THE
12:26:20 13   EXTENT HE'S ALREADY ANSWERED THE QUESTION AS TO
12:26:24 14   HIS LACK OF KNOWLEDGE AS TO THESE TYPES OF
12:26:26 15   CONTRACTS.
12:26:26 16   BY MR. BUSCH:
12:26:26 17          Q.   GO AHEAD.  YOU CAN ANSWER THE
12:26:27 18   QUESTION.
12:26:27 19          A.   OKAY.  I CAN'T GIVE YOU THE EXACT
12:26:31 20   DATE, YOU KNOW.  I KNOW THAT AS I WAS BUILDING MY
12:26:34 21   EXPERIENCE AS AN EXECUTIVE, YOU KNOW, I GATHERED
12:26:37 22   MORE AND MORE INFORMATION.
12:26:39 23          FUNDAMENTALLY, MY MAIN THING IS
12:26:41 24   CREATIVE AND MARKETING.
12:26:42 25          Q.   I UNDERSTAND.
```

32

DEPOSITION OF JIMMY IOVINE

| | | |
|---|---|---|
| 12:35:36 | 1 | BY MR. BUSCH: |
| 12:35:36 | 2 | Q. WELL, LET ME BACK UP FOR ONE |
| 12:35:38 | 3 | SECOND. |
| 12:35:38 | 4 | DO YOU HAVE AN UNDERSTANDING OF |
| 12:35:39 | 5 | WHAT A LICENSE IS? |
| 12:35:40 | 6 | A. YEAH. |
| 12:35:40 | 7 | Q. WHAT DO YOU UNDERSTAND A LICENSE TO |
| 12:35:42 | 8 | BE? |
| 12:35:42 | 9 | MR. POMERANTZ: OBJECTION. |
| 12:35:42 | 10 | OBJECTION; VAGUE. YOU'VE GIVEN HIM NO CONTEXT. |
| 12:35:45 | 11 | DO YOU HAVE ANY PARTICULAR CONTEXT YOU'RE ASKING |
| 12:35:47 | 12 | HIM ABOUT? |
| 12:35:48 | 13 | BY MR. BUSCH: |
| 12:35:48 | 14 | Q. GO AHEAD. ANSWER MY QUESTION. |
| 12:35:49 | 15 | MR. POMERANTZ: OBJECTION IS VAGUE; |
| 12:35:50 | 16 | NO CONTEXT. |
| 12:35:50 | 17 | THE DEPONENT: IT'S AN AGREEMENT, A |
| 12:35:53 | 18 | DEAL, YOU KNOW, BETWEEN TWO PARTIES. |
| 12:35:58 | 19 | BY MR. BUSCH: |
| 12:35:58 | 20 | Q. AN AGREEMENT OR DEAL BETWEEN TWO |
| 12:36:00 | 21 | PARTIES IS A LICENSE? |
| 12:36:03 | 22 | MR. POMERANTZ: THAT'S WHAT HE |
| 12:36:04 | 23 | JUST -- IS THAT A QUESTION? |
| 12:36:06 | 24 | BY MR. BUSCH: |
| 12:36:07 | 25 | Q. OKAY. SO ANY AGREEMENT OR ANY DEAL |

45

DEPOSITION OF JIMMY IOVINE

```
12:36:08   1   BETWEEN TWO PARTIES IS A LICENSE, IN YOUR VIEW --
12:36:11   2              MR. POMERANTZ:  OBJECTION --
12:36:11   3   BY MR. BUSCH:
12:36:11   4        Q.   -- NO MATTER WHAT THE AGREEMENT
12:36:14   5   INVOLVES?
12:36:15   6        A.   I DON'T KNOW.  I DON'T GIVE MUCH
12:36:17   7   THOUGHT TO THAT, TO BE FRANK.  I JUST DON'T KNOW.
12:36:20   8   I MEAN, I THINK THAT THAT'S WHAT A LICENSE IS,
12:36:22   9   WHEN YOU WANT A LICENSING AGREEMENT BETWEEN ONE
12:36:24  10   PARTY AND ANOTHER.  IT'S A DEAL.
12:36:27  11        Q.   FOR WHAT?
12:36:28  12              MR. POMERANTZ:  OBJECTION.  YOU
12:36:29  13   COULD GIVE HIM A CONTEXT.
12:36:30  14              THE DEPONENT:  YEAH.
12:36:31  15   BY MR. BUSCH:
12:36:31  16        Q.   OKAY.  LET ME ASK THE QUESTION THIS
12:36:33  17   WAY:  IF UNIVERSAL IS LICENSING ITS MASTERS TO
12:36:40  18   SOMEONE RATHER THAN SELLING TO SOMEONE, WHAT, IN
12:36:44  19   YOUR VIEW, WOULD MAKE IT A LICENSE AS OPPOSED TO A
12:36:46  20   SALE?
12:36:46  21              MR. POMERANTZ:  OBJECTION.  IT'S
12:36:48  22   VAGUE AND AMBIGUOUS AS TO WHAT YOU MEAN BY
12:36:49  23   "LICENSE" AND "SALE" IN THAT QUESTION.
12:36:50  24              YOU HAVEN'T GIVEN HIM A CONTEXT;
12:36:52  25   YOU HAVEN'T REFERRED HIM TO AN AGREEMENT OR
```

46

Case 2:07-cv-03314-PSG-MAN   Document 171-23   Filed 12/03/2008   Page 8 of 8

DEPOSITION OF JIMMY IOVINE

```
 1   STATE OF CALIFORNIA  )
                          )SS
 2   COUNTY OF LOS ANGELES)

 3

 4          I, KELLI C. NORDEN, CERTIFIED SHORTHAND
 5   REPORTER, CERTIFICATE NUMBER 7200, FOR THE STATE
 6   OF CALIFORNIA, HEREBY CERTIFY:
 7          THE FOREGOING PROCEEDINGS WERE TAKEN
 8   BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,
 9   AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH
10   BY ME;
11          THE TESTIMONY OF THE DEPONENT AND ALL
12   OBJECTIONS MADE AT THE TIME OF THE EXAMINATION
13   WERE RECORDED STENOGRAPHICALLY BY ME AND WERE
14   THEREAFTER TRANSCRIBED;
15          THE FOREGOING TRANSCRIPT IS A TRUE AND
16   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
17          I FURTHER CERTIFY THAT I AM NEITHER
18   COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID
19   ACTION, NOR IN ANY WAY INTERESTED IN THE OUTCOME
20   THEREOF.
21          IN WITNESS WHEREOF, I HAVE HEREUNTO
22   SUBSCRIBED MY NAME THIS 22ND DAY OF SEPTEMBER,
23   2008.
24
25          _____
                    Kelli C. Norden
                                              147
```

KELLI NORDEN AND ASSOCIATES    310.820.7733    FAX: 310.820.7933

Exhibit V, Page 509