1  GLENN D. POMERANTZ (State Bar No. 112503)
   Glenn.Pomerantz@mto.com
2  KELLY M. KLAUS (State Bar No. 161091)
   Kelly.Klaus@mto.com
3  MELINDA E. LEMOINE (State Bar No. 235670)
   Melinda.Lemoine@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

13  F.B.T. PRODUCTIONS, LLC, and       CASE NO.  CV 07-03314 PSG (MANx)
    Em2M, LLC,
14                                     **DECLARATION OF MICHAEL
              Plaintiffs,              OSTROFF IN SUPPORT OF
15                                     DEFENDANTS' MOTION *IN
       vs.                             LIMINE* NO. 2 TO EXCLUDE
16                                     OPINION OF EXPERT DAVID
    AFTERMATH RECORDS doing            BERMAN**
17  business as AFTERMATH
    ENTERTAINMENT; INTERSCOPE          Judge:    The Honorable Philip S.
18  RECORDS; UMG RECORDINGS,                     Gutierrez
    INC.; and ARY, INC.,               Date:     February 3, 2009
19                                     Time:     9:00 A.M.
              Defendants.              Crtrm:    Roybal 790
20
21
                                       Final Pretrial Conference: January 12,
22                                     2009
                                       Jury Trial: February 3, 2009

6631210.1                              DECLARATION OF MICHAEL OSTROFF
                                                       **Ostroff Decl. - 1**

## DECLARATION OF MICHAEL OSTROFF

I, Michael Ostroff, declare as follows:

1. I am General Counsel and Executive Vice President of Business and Legal Affairs of UMG Recordings, Inc., a defendant in the above captioned action. Except as otherwise indicated, the contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. On April 17, 1990, The David Geffen Company, the predecessor entity of Geffen Records, Inc., merged into a wholly owned subsidiary of MCA INC. Upon merger, the surviving company changed its name to The David Geffen Company. The David Geffen Company became part of MCA INC.'s music division, MCA Music Entertainment Group, which was later renamed Universal Music Group. Defendant UMG Recordings, Inc. is one of the family of companies encompassed within Universal Music Group.

3. On October 30, 1992, The David Geffen Company changed its name to Geffen Records, Inc.

4. On November 30, 1999, Geffen Records, Inc. was merged into Defendant UMG Recordings, Inc. On that same date, Interscope Geffen A&M Records was established as a division of UMG Recordings, Inc. consolidating several labels, including the label formerly operated by Geffen Records, Inc.

5. As a result, UMG Recordings, Inc. succeeded to all the rights of Geffen Records, Inc., including the rights conferred in the attached employment and termination agreements with David Berman, former General Counsel to Geffen Records, Inc.

6. Attached as Exhibits 1, 2, and 3 are true and correct copies of David Berman's employment and termination agreements with Geffen Records, Inc. and its predecessor, The David Geffen Company, which were obtained through UMG Recordings, Inc.'s Human Resources department. These agreements are (1) the

May 13, 1991 employment agreement between David Berman and The David Geffen Company; (2) the March 30, 1995 employment agreement between David Berman and Geffen Records, Inc., and (3) the February 20, 1998 termination agreement between David Berman and Geffen Records, Inc.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 19th day of December 2008 at Santa Monica, California.

_____
MICHAEL OSTROFF