Richard S. Busch (TN Bar No. 014594) (*pro hac vice*)
rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 Facsimile: (615) 726-5417

Paul H. Duvall (State Bar No. 73699)
pduvall@kingballow.com
KING & BALLOW
9404 Genesee Avenue, Suite 340
La Jolla, CA 92037-1355
(858) 597-6000 Facsimile: (838) 597-6008

Mark L. Block (State Bar No. 115457)
mblock@glaserweil.com
GLASER, WEIL, FINK, JACOBS, & SHAPIRO, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000 Facsimile: (310) 556-2920

Attorneys for Plaintiffs F.B.T. Productions, LLC and Em2M, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT, et al.,<br><br>　　　Defendants. | Case No. CV 07-03314 PSG (MANx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION IN LIMINE TWO**<br><br>DATE: February 3, 2009<br>TIME: 9:00 a.m.<br>DEPT: Roybal, Courtroom 790, Honorable Philip Guiterrez |

1 **TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:**

2   **PLEASE TAKE NOTICE** that, on February 3, 2009, at 9:00 a.m., or as soon
3 thereafter as the matter may be heard by the Honorable Philip S. Gutierrez of the
4 United States District Court for the Central District of California, plaintiffs F.B.T.
5 Productions, LLC ("F.B.T.") and Em2M, LLC ("Em2M") (collectively, "plaintiffs")
6 will and hereby do move for a Motion *in Limine*.

7   Plaintiffs base this motion on: this Notice of Motion and Motion, the
8 Memorandum of Points and Authorities attached hereto, and upon such other
9 argument or evidence as may be presented prior to the Court's determination of this
10 matter.

| | | |
|---|---|---|
| 1 | DATED: December 19, 2008 | Respectfully submitted, |

KING & BALLOW

/s/ Richard S. Busch
Richard S. Busch (TN Bar No. 014594)
rbusch@kingballow.com
Paul H. Duvall (State Bar No. 73699)
pduvall@kingballow.com
KING & BALLOW
9404 Genesee Avenue, Suite 340
La Jolla, CA 92037-1355
Telephone: (858) 597-6000
Facsimile: (838) 597-6008

- and -

Mark L. Block (State Bar No. 115457)
mblock@glaserweil.com

Glaser, Weil, Fink, Jacobs & Shapiro, LLP

10250 Constellation Blvd. 19th Floor
Los Angeles, CA 90067
Telephone: (310) 282-6240
Facsimile: (310) 556-2920

Attorneys for Plaintiffs