Richard S. Busch (TN Bar No. 014594) (*pro hac vice*)
rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456   Facsimile: (615) 726-5417

Paul H. Duvall (State Bar No. 73699)
pduvall@kingballow.com
KING & BALLOW
9404 Genesee Avenue, Suite 340
La Jolla, CA 92037-1355
(858) 597-6000   Facsimile: (838) 597-6008

Mark L. Block (State Bar No. 115457)
mblock@glaserweil.com
GLASER, WEIL, FINK, JACOBS, & SHAPIRO, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000   Facsimile: (310) 556-2920
Attorneys for Plaintiffs F.B.T. Productions, LLC and Em2M, LLC

FILED
CLERK, U.S. DISTRICT COURT
DEC 3 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| F.B.T. PRODUCTIONS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT, et al.,<br><br>Defendants. | Case No. CV 07-03314 PSG (MANx)<br><br>**EXHIBIT 65 TO THE DECLARATION OF RICHARD S. BUSCH IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[MANUALLY FILED]<br><br>Date: January 12, 2009<br>Time: 1:30 PM<br>Place: Roybal, Courtroom 790<br>Honorable Philip S. Gutierrez<br><br>Discovery Cut-Off: Nov. 3, 2008<br>Final Pretrial Conference: Jan. 12, 2009<br>Jury Trial: Feb. 3, 2009 |
|---|---|

# EXHIBIT 65 TO THE DECLARATION OF RICHARD BUSCH IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT CD (SEE RECORDS SECTION FOR THIS EXHIBIT.)