1  Richard S. Busch (TN Bar No. 014594) (*pro hac vice*)
   rbusch@kingballow.com
2  KING & BALLOW
   315 Union Street, Suite 1100
3  Nashville, TN 37201
   (615) 259-3456   Facsimile: (615) 726-5417
4
5  Paul H. Duvall (State Bar No. 73699)
   pduvall@kingballow.com
   KING & BALLOW
6  9404 Genesee Avenue, Suite 340
   La Jolla, CA 92037-1355
7  (858) 597-6000   Facsimile: (838) 597-6008

8  Mark L. Block (State Bar No. 115457)
   mblock@glaserweil.com
9  Glaser, Weil, Fink, Jacobs, & Shapiro, LLP
   10250 Constellation Blvd., 19th Floor
10 Los Angeles, CA 90067
   (310) 553-3000   Facsimile: (310) 556-2920
11 Attorneys for Plaintiffs F.B.T. Productions, LLC and Em2M, LLC

12                UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
13

| 14  F.B.T. PRODUCTIONS, LLC, et al., | ) | **Case No. CV 07-03314 PSG (MANx)** |
|---|---|---|
| 15 | ) | **DECLARATION OF RICHARD S BUSCH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| 16       Plaintiffs, | ) | |
| 17  v. | ) | |
| 18  AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT, et al., | ) | **Date: January 12, 2009** <br> **Time: 1:30PM** <br> **Place: Roybal, Courtroom 790** <br> **Honorable Philip S. Gutierrez** |
| 19 | ) | |
| 20 | ) | |
| 21  Defendants. | ) | **Discovery Cut-Off:  Nov. 3, 2008** <br> **Final Pretrial Conference:  Jan. 12, 2009** <br> **Jury Trial:  Feb. 3, 2009** |
| 22 | ) | |
| 23 | ) | |
| 24 | | |

25
26
27
28

Declaration of Richard Busch in support of
Reply re Plaintiffs' Motion for Summary
Judgment                                            1                    Case No.  CV 07-03314 PSG (MANx)

I, Richard S. Busch, make the following statements upon personal knowledge:

1.  I am a partner in the law firm of King & Ballow and lead counsel for Plaintiffs F.B.T. Productions, LLC, and Em2M, LLC in the above captioned matter. My application to appear and participate in this action *pro hac vice* has been approved by the Court. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2.  On December 3, 2008, I filed a Declaration in support of Plaintiffs' Motion for Summary Judgment (Doc. No. 176.) Attached to that declaration were exhibits numbering 1 through 54.

3.  On December 29, 2008, I filed a Declaration in Opposition to Defendants' Motion for Summary Judgment (Doc. No. 260). Attached to that prior declaration were exhibits numbering 55 through 75, continuing sequentially from my prior, December 3, 2008. In conjunction with my prior declarations, I will begin numbering the exhibits to this declaration with Exhibit Number **76.**

4.  Attached hereto as **Exhibit 76** is a true and correct copy of relevant portions of the deposition transcript of Eddy Cue which I took on behalf of Plaintiffs on June 20, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

5.  Attached hereto as **Exhibit 77** is a true and correct copy of a short excerpt of the videotaped deposition of Eddy Cue taken on June 20, 2008. This exhibit has been manually filed pursuant to electronic filing General Order 08-02 due to its nature of being a DVD copy of the testimony and thus not conducive to e-filing.

6.  Attached hereto as **Exhibit 78** is a true and correct copy of relevant portions of the deposition transcript of Jeffrey Harleston which I took on behalf of Plaintiffs on December 10, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

7.  Attached hereto as **Exhibit 79** is a true and correct copy of relevant portions of the deposition transcript of Rand Hoffman which I took on behalf of

Plaintiffs on May 22, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

8. Attached hereto as **Exhibit 80** is a true and correct copy of relevant portions of the deposition transcript of Ping Hu which I took on behalf of Plaintiffs on November 21, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

9. Attached hereto as **Exhibit 81** is a true and accurate copy of relevant portions of the deposition transcript of Steve Jobs which I took on behalf of Plaintiffs on May 27, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

10. Attached hereto as **Exhibit 82** is a true and correct copy of relevant portions of the deposition transcript of Larry Kenswil which I took on behalf of Plaintiffs on May 23, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

11. Attached hereto as **Exhibit 83** is a true and correct copy of relevant portions of the deposition transcript of Marnie Nievas which I took on behalf of Plaintiffs on June 5, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

12. Attached hereto as **Exhibit 84** is a true and accurate copy of relevant portions of the deposition transcript of Peter Paterno which I took on behalf of Plaintiffs on April 30, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

13. Attached hereto as **Exhibit 85** is a true and correct copy of relevant portions of the deposition transcript of David Weinberg which I took on behalf of Plaintiffs on October 17, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

14. Attached hereto as **Exhibit 86** is a true and correct copy of relevant portions of the deposition transcript of Peter Menell which defendants took on December 12, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

15. Attached hereto as **Exhibit 87** is a true and correct copy of relevant portions of the deposition transcript of Gary Cohen which defendants took on December 17, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

16. Attached hereto as **Exhibit 88** is a true and correct copy of relevant portions of the deposition transcript of David Berman which defendants took on December 8, 2008, and which are referenced in Plaintiffs' Memorandum of Law and/or other papers filed contemporaneously herewith.

17. Attached hereto as **Exhibit 89** is a true and correct copy of relevant portions of defendants' direct examination testimony of their witness Clive Ellis, the former CFO of Interscope-Geffen and A&M, a division of defendant UMG Recordings, Inc. in the case captioned Bridgeport Music, Inc. v. Universal Music Group, Inc., in which I represented the plaintiffs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 5th day of January, 2009

/s/ Richard S. Busch
Richard S. Busch