# EXHIBIT 79

# DECLARATION OF RICHARD S. BUSCH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

CV 07-3314 PSG(MANx): F.B.T. Productions, LLC. et al. v. Aftermath Records, et al.

Exhibit 79
Page 8

DEPOSITION OF RAND HOFFMAN

```
 1              UNITED STATES DISTRICT
 2         FOR THE EASTERN DISTRICT OF MICHIGAN
 3                  SOUTHERN DIVISION
 4
 5   F.B.T. PRODUCTIONS, LLC, )
     AND EM2M, LLC,           )
 6                            )
              PLAINTIFFS,     )   CASE NO.
 7                            )   CV 07-3314 PSG
       VS.                    )   (MANX)
 8                            )
     AFTERMATH RECORDS DOING  )
 9   BUSINESS AS AFTERMATH    )
     ENTERTAINMENT; INTERSCOPE)
10   RECORDS; UMG RECORDINGS, )
     INC.; AND ARY, INC.,     )
11                            )
              DEFENDANTS.     )
12   _____)
13
14
15        30(B)(6) DEPOSITION OF RAND HOFFMAN,
16        TAKEN ON BEHALF OF THE PLAINTIFFS,
17        AT 10250 CONSTELLATION BOULEVARD,
18        19TH FLOOR, LOS ANGELES, CALIFORNIA,
19        COMMENCING AT 10:39 A.M., THURSDAY,
20        MAY 22, 2008, BEFORE RENEE A.
21        PACHECO, RPR, CSR NUMBER 11564.
22
23
24
25
                                                    2
```

DEPOSITION OF RAND HOFFMAN

| | |
|---|---|
| 12:25:28 1 | A. I BELIEVE SO. |
| 12:25:32 2 | Q. OKAY. DO YOU KNOW WHETHER MASTERS |
| 12:25:34 3 | ARE -- SO WE DON'T GET INTO AN ARGUMENT ABOUT THE |
| 12:25:36 4 | TERM "LICENSE" HERE. DO YOU KNOW WHETHER MASTERS |
| 12:25:40 5 | ARE PROVIDED BY UNIVERSAL TO ITUNES IN DIGITAL |
| 12:25:42 6 | FORMAT? |
| 12:25:42 7 | MR. POMERANTZ: OBJECTION; LACK OF |
| 12:25:42 8 | FOUNDATION, VAGUE. |
| 12:25:44 9 | THE DEPONENT: I BELIEVE SO. |
| 12:25:44 10 | BY MR. BUSCH: |
| 12:25:48 11 | Q. OKAY. SO -- AND DO YOU KNOW |
| 12:25:52 12 | WHETHER -- OKAY. SO IF MASTERS -- AND ASSUME FOR |
| 12:25:56 13 | PURPOSES OF MY QUESTION HERE THAT IT IS A LICENSE |
| 12:25:58 14 | ARRANGEMENT. YOU DON'T HAVE TO AGREE WITH IT, |
| 12:26:02 15 | JUST ASSUME IT FOR PURPOSES OF MY QUESTION. |
| 12:26:02 16 | A. YES. |
| 12:26:04 17 | Q. IF MASTERS ARE LICENSED BY |
| 12:26:10 18 | UNIVERSAL TO ITUNES FOR THEIR MANUFACTURE AND SALE |
| 12:26:14 19 | OF RECORDS; I.E., DOWNLOADS -- DIGITAL DOWNLOADS, |
| 12:26:20 20 | PERMANENT DOWNLOADS, OR FOR ANY OTHER USES, WOULD |
| 12:26:24 21 | YOU AGREE THAT PARAGRAPH 4(C)(V) APPLIES, OTHER |
| 12:26:26 22 | THAN WHAT YOU'VE DESCRIBED AS THE INTENT OF THE |
| 12:26:26 23 | PARTIES? |
| 12:26:28 24 | MR. POMERANTZ: OBJECTION; IT'S |
| 25 | BEEN ASKED AND ANSWERED SEVERAL TIMES, |

87

DEPOSITION OF RAND HOFFMAN

| | | |
|---|---|---|
| 12:26:32 | 1 | ARGUMENTATIVE. OBJECTION TO THE FORM. |
| 12:26:38 | 2 | THE DEPONENT: I BELIEVE SO. |
| 12:26:38 | 3 | BY MR. BUSCH: |
| 12:26:42 | 4 | Q. OKAY. AND YOU SEE THAT IT TALKS |
| 12:26:46 | 5 | ABOUT, IN 4(C)(V), THE SALE OF RECORDS. AND SO |
| 12:26:50 | 6 | THE FACT THAT DIGITAL DOWNLOADS MIGHT BE INCLUDED |
| 12:26:54 | 7 | WITHIN THE DEFINITION OF RECORDS IN THIS CONTRACT, |
| 12:26:56 | 8 | DOES NOT AFFECT THE APPLICATION OF 4(C)(V). |
| 12:26:58 | 9 | DO YOU SEE THAT? |
| 12:26:58 | 10 | MR. POMERANTZ: OBJECTION; |
| 12:27:04 | 11 | ARGUMENTATIVE, IT'S BEEN ASKED AND ANSWERED. |
| 12:27:06 | 12 | THE DEPONENT: I'M NOT SURE THAT |
| 12:27:12 | 13 | MAKES SENSE, BECAUSE YOU CAN GIVE SOMEONE A MASTER |
| 12:27:20 | 14 | THAT THEY THEN TURN INTO A C.D. |
| 12:27:22 | 15 | WHEN YOU GIVE SOMEONE THE DIGITAL, |
| 12:27:26 | 16 | YOU'VE GIVEN THEM THE DOWNLOAD; THAT'S A RECORD. |
| 12:27:28 | 17 | YOU DIDN'T -- YOU SOLD THEM THE RECORD. |
| 12:27:30 | 18 | IN OTHER WORDS, THERE'S NOT A |
| 12:27:32 | 19 | CONVERSION, I DON'T BELIEVE -- I'M NOT A |
| 12:27:32 | 20 | TECHNICIAN, BUT I DON'T BELIEVE THERE'S A |
| 12:27:42 | 21 | CONVERSION AGAIN THAT THE -- YOU DIDN'T LICENSE |
| 12:27:46 | 22 | THEM THE THING TO THEN CONVERT. ISN'T IT THE SAME |
| 12:27:48 | 23 | THING? AGAIN, I'M NOT A TECHNICIAN. |
| 12:27:48 | 24 | BY MR. BUSCH: |
| | 25 | Q. DO YOU KNOW WHETHER THERE IS SOME |

88

## DEPOSITION OF RAND HOFFMAN

```
18:13:21   1          Q.   OKAY.  IF UNIVERSAL IS SELLING THIS
18:13:23   2   PRODUCT ITSELF THROUGH A DISTRIBUTOR, WHY CAN IT
18:13:24   3   NOT SUGGEST THE RETAIL PRICE?
18:13:25   4          A.   IT COULD.
18:13:26   5          Q.   WHY DOESN'T IT?
18:13:27   6               MR. POMERANTZ:  OBJECTION; LACK OF
18:13:27   7   FOUNDATION.
18:13:34   8               THE DEPONENT:  WHEN COMPANIES HAVE
18:13:37   9   SUGGESTED RETAIL PRICES, IT HAS BEEN AN ATTEMPT TO
18:13:42  10   INFLUENCE THE RETAILER TO SELL AT THAT PRICE.
18:13:46  11   UNIVERSAL HAS CHOSEN NOT TO SUGGEST A RETAIL PRICE
18:13:50  12   FOR PERMANENT DOWNLOADS.
18:14:29  13   BY MR. BUSCH:
18:14:32  14          Q.   OKAY.  WOULD YOU TAKE A LOOK AT THE
18:14:34  15   PROVISION WE WERE LOOKING AT BEFORE, 4(C)(V) IN
18:14:37  16   THE '98 AGREEMENT AND 5(C)(V) IN THE 2003
18:14:41  17   AGREEMENT.
18:14:41  18          A.   YES.
18:14:47  19          Q.   AND WE TALKED ABOUT THIS A LITTLE
18:14:50  20   BIT EARLIER.  THE PHRASE THAT TALKS ABOUT
18:14:52  21   "LICENSING FOR ANY OTHER USE."
18:14:53  22               DO YOU SEE THAT?
18:14:53  23          A.   UH-HUH.
18:14:57  24          Q.   WHAT IS "ANY OTHER USE"?
          25          A.   THE PRIMARY THING THAT IT IS
```

258

DEPOSITION OF RAND HOFFMAN

```
18:15:06   1   INTENDED TO COVER IS USE IN FILMS -- FILMS,
18:15:09   2   TELEVISION SHOWS, AND TELEVISION COMMERCIALS.
18:15:11   3         Q.   WHY -- WHY DOES IT NOT SAY THAT?
18:15:17   4         A.   LAWYERS DRAFT -- YOU KNOW, LAWYERS
18:15:19   5   TRY TO DRAFT IT MORE BROADLY.
18:15:21   6         Q.   AND IT WAS DRAFTED MORE BROADLY?
18:15:22   7         A.   YES.
18:15:23   8         Q.   AND IT WAS AGREED TO AS DRAFTED
18:15:24   9   MORE BROADLY?
18:15:24  10         A.   YES.
18:15:40  11         Q.   OKAY.  I WANT TO TALK TO YOU FOR A
18:15:42  12   SECOND ABOUT MASTERTONES.  DO YOU KNOW HOW
18:15:46  13   MASTERTONES ARE ACCOUNTED TO F.B.T. UNDER THE
18:15:48  14   AGREEMENT?  DO YOU KNOW WHETHER THEY'RE ACCOUNTED
18:15:50  15   TO AS LICENSES OR RECORD SALES?
18:15:52  16         A.   MY UNDERSTANDING IS THEY ARE
18:15:53  17   ACCOUNTED AS RECORD SALES.
18:15:54  18         Q.   DO YOU KNOW WHY?
18:15:59  19         A.   BECAUSE THEY ARE RECORD SALES.
18:16:01  20         Q.   WHY DO YOU SAY THEY ARE RECORD
18:16:01  21   SALES?
18:16:03  22         A.   SAME REASON THE DOWNLOADS ARE, FOR
18:16:05  23   THE SAME REASON THAT CDS ARE, YOU KNOW, TAKE THE
18:16:09  24   MUSIC, SELL IT TO THE CONSUMER.  THE CONSUMER, YOU
          25   KNOW, SELLS IT TO THE RETAILER THAT SELLS IT TO
```

259

DEPOSITION OF RAND HOFFMAN

```
 1   STATE OF CALIFORNIA  )
                          )SS
 2   COUNTY OF LOS ANGELES)

 3

 4        I, RENEE A. PACHECO, CERTIFIED SHORTHAND

 5   REPORTER, CERTIFICATE NUMBER 11564, FOR THE STATE

 6   OF CALIFORNIA, HEREBY CERTIFY:

 7        THE FOREGOING PROCEEDINGS WERE TAKEN

 8   BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,

 9   AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH

10   BY ME;

11        THE TESTIMONY OF THE DEPONENT AND ALL

12   OBJECTIONS MADE AT THE TIME OF THE EXAMINATION

13   WERE RECORDED STENOGRAPHICALLY BY ME AND WERE

14   THEREAFTER TRANSCRIBED;

15        THE FOREGOING TRANSCRIPT IS A TRUE AND

16   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

17        I FURTHER CERTIFY THAT I AM NEITHER

18   COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID

19   ACTION, NOR IN ANY WAY INTERESTED IN THE OUTCOME

20   THEREOF.

21        IN WITNESS WHEREOF, I HAVE HEREUNTO

22   SUBSCRIBED MY NAME THIS 28TH DAY OF MAY, 2008.

23

24                      _____
                          Renee A. Pacheco
25
                                              285
```