# EXHIBIT 81

## FILED UNDER SEAL

## DECLARATION OF RICHARD S. BUSCH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

CV 07-3314 PSG(MANx): F.B.T. Productions, LLC. et al. v. Aftermath Records, et al.

Exhibit 81
Page 20