# EXHIBIT 85

# DECLARATION OF RICHARD S. BUSCH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

CV 07-3314 PSG(MANx): F.B.T. Productions, LLC. et al. v. Aftermath Records, et al.

Exhibit 85
Page 34

DEPOSITION OF DAVID WEINBERG

```
 1              UNITED STATES DISTRICT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5
    F.B.T. PRODUCTIONS, LLC,    )
 6  AND EM2M, LLC,              )
                                )
 7              PLAINTIFFS,     )
                                )  CASE NO.
 8     VS.                      )  CV 07-3314 PSG (MANX)
                                )
 9  AFTERMATH RECORDS DOING     )
    BUSINESS AS AFTERMATH       )
10  ENTERTAINMENT; INTERSCOPE   )
    RECORDS; UMG RECORDINGS,    )
11  INC.; AND ARY, INC.,        )
                                )
12              DEFENDANTS.     )
                                )
13  _____)
14
15          (PAGES 1 THROUGH 141)
16
17      DEPOSITION OF DAVID WEINBERG, TAKEN
18      ON BEHALF OF THE PLAINTIFFS, AT
19      10250 CONSTELLATION BOULEVARD,
20      LOS ANGELES, CALIFORNIA, COMMENCING
21      AT 9:14 A.M., FRIDAY, OCTOBER 17,
22      2008, BEFORE KELLI C. NORDEN, CSR
23      NUMBER 7200.
24
25
                                              2
```

CONFIDENTIAL DEPOSITION OF DAVID WEINBERG

```
 1              MR. BUSCH:  OKAY.  LET'S TAKE A        11:09:55
 2   FIVE-MINUTE BREAK.                                11:09:55
 3              THE VIDEOGRAPHER:  OFF THE RECORD?     11:09:55
 4              WE'LL GO OFF THE VIDEOTAPE RECORD      11:09:55
 5   AT 11:04.                                         11:09:55
 6          (WHEREUPON, A RECESS WAS HELD              11:09:55
 7           FROM 11:04 A.M. TO 11:16 A.M.)            11:16:55
 8              THE VIDEOGRAPHER:  AND WE'RE BACK      11:16:57
 9   ON THE VIDEOTAPE RECORD, BEGINNING TAPE NUMBER TWO 11:17:01
10   OF VOLUME NUMBER I AT 11:16 A.M.                  11:17:04
11   BY MR. BUSCH:                                     11:17:04
12        Q.   WE WERE TALKING ABOUT, BEFORE THE      11:17:05
13   BREAK, THIS -- DIFFERENT TYPES OF MEDIA TO WHICH  11:17:10
14   THE LICENSING PROVISION MIGHT OR MIGHT NOT APPLY. 11:17:14
15              DO YOU RECALL THAT LINE OF            11:17:15
16   QUESTIONING I WAS ASKING YOU ABOUT?              11:17:15
17        A.   YES, I DO.                             11:17:15
18              MR. KLAUS:  OBJECTION; VAGUE AND      11:17:16
19   AMBIGUOUS.                                        11:17:16
20   BY MR. BUSCH:                                     11:17:17
21        Q.   OKAY.  AND WHEN UNIVERSAL LICENSES     11:17:22
22   A MASTER RECORDING FOR THE USE BY A RECORD LABEL, 11:17:28
23   ANOTHER RECORD LABEL FOR USE IN A SOUND TRACK    11:17:31
24   ALBUM, DOES THE LICENSE PROVISION APPLY WHEN THAT 11:17:35
25   OTHER RECORD LABEL THEN REPRODUCES THE MASTER
```

CONFIDENTIAL DEPOSITION OF DAVID WEINBERG

```
 1    RECORDING AND SELLS THOSE RECORDS?                11:17:39
 2              MR. KLAUS:  OBJECTION; VAGUE AND        11:17:43
 3    AMBIGUOUS, INCOMPLETE HYPOTHETICAL.               11:17:45
 4    BY MR. BUSCH:                                     11:17:45
 5         Q.   GO AHEAD.                               11:17:45
 6         A.   AGAIN, THAT WOULD BE -- A SOUND         11:17:46
 7    TRACK ALBUM WOULD BE LIKE A COMPILATION RECORD,   11:17:49
 8    AND SO IN THAT CASE, YES, IT WOULD APPLY.         11:17:51
 9         Q.   IT'S A SALE OF RECORDS; RIGHT?          11:17:54
10              MR. KLAUS:  OBJECTION -- OBJECTION;     11:17:55
11    VAGUE AND AMBIGUOUS, INCOMPLETE HYPOTHETICAL.     11:17:56
12    BY MR. BUSCH:                                     11:17:57
13         Q.   THE OTHER RECORD LABEL IS, IN FACT,     11:17:59
14    SELLING THOSE RECORDS, ARE THEY NOT?              11:18:03
15         A.   THE OTHER RECORD COMPANY IS SELLING     11:18:06
16    RECORDS, YES.                                    11:18:10
17         Q.   OKAY.  IN 2003, WAS THE PRIMARY         11:18:26
18    MEANS BY WHICH UNIVERSAL SOLD RECORDS PHYSICAL    11:18:30
19    SALES OF RECORDS?                                 11:18:32
20         A.   IN 2003?                                11:18:33
21         Q.   YES.                                    11:18:34
22         A.   THE PRIMARY MEANS?  YES, THAT'S         11:18:37
23    CORRECT.                                          11:18:37
24         Q.   2004?                                   11:18:39
25         A.   THAT'S CORRECT.  IF YOU'RE TALKING
```

KELLI NORDEN AND ASSOCIATES          310.820.7733          FAX: 310.820.7933

Exhibit 85
Page 37

CONFIDENTIAL DEPOSITION OF DAVID WEINBERG

```
 1   STATE OF CALIFORNIA  )
                          )SS
 2   COUNTY OF LOS ANGELES)

 3

 4           I, KELLI C. NORDEN, CERTIFIED SHORTHAND
 5   REPORTER, CERTIFICATE NUMBER 7200, FOR THE STATE
 6   OF CALIFORNIA, HEREBY CERTIFY:
 7           THE FOREGOING PROCEEDINGS WERE TAKEN
 8   BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,
 9   AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH
10   BY ME;
11           THE TESTIMONY OF THE DEPONENT AND ALL
12   OBJECTIONS MADE AT THE TIME OF THE EXAMINATION
13   WERE RECORDED STENOGRAPHICALLY BY ME AND WERE
14   THEREAFTER TRANSCRIBED;
15           THE FOREGOING TRANSCRIPT IS A TRUE AND
16   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
17           I FURTHER CERTIFY THAT I AM NEITHER
18   COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID
19   ACTION, NOR IN ANY WAY INTERESTED IN THE OUTCOME
20   THEREOF.
21           IN WITNESS WHEREOF, I HAVE HEREUNTO
22   SUBSCRIBED MY NAME THIS 26TH DAY OF OCTOBER, 2008.
23
24
25                      _____Kelli C. Norden_____
```

199