# EXHIBIT 89

## DECLARATION OF RICHARD BUSCH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

CV 07-3314 PSG(MANx): F.B.T. Productions, LLC. et al. v. Aftermath Records, et al.

Exhibit 89
Page 57

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

BRIDGEPORT MUSIC, INC.

vs.                                    Case No. 3:01-00780

UNIVERSAL MUSIC GROUP, INC.

---

BEFORE THE HONORABLE TODD J. CAMPBELL, CHIEF JUDGE

TRANSCRIPT

OF

PROCEEDINGS

February 9, 2007

Volume IV

---

APPEARANCES:

For the Plaintiff:   Mr. Richard S. Busch
                     Ms. Ramona DeSalvo
                     KING & BALLOW
                     1100 Union Street Plaza
                     315 Union Street
                     Nashville, TN 37201

For the Defendant:   Mr. Philip Kirkpatrick
                     STEWART, ESTES & DONNELL
                     424 Church St., 14th Floor
                     Nashville, TN 37219

                     Mr. Jeffrey Goldman
                     MITCHELL, SILVERBERG & KNUPP
                     11377 W. Olympic Blvd.
                     Los Angeles, CA 90064

PREPARED BY:
                     CATHY B. LEIGH, RDR, CRR
                     Official Court Reporter
                     801 Broadway, Room A839
                     Nashville, TN 37203
                     (615) 726-8697

Exhibit 127
Deponent Harleston
Date 12.18.8  Pg 1 of 41
Samantha Avenaim CSR10627

FBT - 00611

Exhibit 89
Page 58

785

```
1   has been here all day.  I think he took a walk.
2           THE COURT:  That's fine.  I am sure we can find
3   him.
4                           CLIVE ELLIS
5   was called, and being first duly sworn, was examined and
6   testified as follows:
7                       DIRECT EXAMINATION
8           MR. GOLDMAN:  Your Honor, could I have Exhibit 304
9   placed in front of the witness?
10          THE COURT:  Yes, sir.
11  BY MR. GOLDMAN:
12  Q.  Good afternoon, Mr. Ellis.
13  A.  Good afternoon.
14  Q.  Mr. Ellis, what is your position?
15  A.  I was formerly the CFO of Interscope-Geffen and A & M
16  which is a division of UMG Recordings, Inc.
17  Q.  Up until what date?
18  A.  Up until January 31st.
19  Q.  And are you planning to make change in your career
20  around this time?
21  A.  Yes, I have chosen to take my family back to the UK.
22  Q.  Is that where you are from?
23  A.  Yes, it is.
24  Q.  How long were you the CFO of Interscope-Geffen?  Well, I
25  am sorry, what does CFO stand for?
```

1  A.   Chief financial officer.
2  Q.   How long were you in that position at Interscope-Geffen
3  A & M?
4  A.   About eight years.
5  Q.   Is Interscope-Geffen A & M a division of UMG Recordings,
6  Inc.?
7  A.   Yes, it is.
8  Q.   The defendant in this case?
9  A.   I believe it is.
10 Q.   Do you mind if just for simplicity we try and call
11 Interscope-Geffen A & M UMG today?
12 A.   Okay.
13 Q.   You might know them by a different name in your daily
14 work, but let's try and stick with UMG.  I will try to
15 correct you if you make a mistake.
16 A.   I understand.
17 Q.   What were your responsibilities as chief financial
18 officer of UMG's label Interscope-Geffen A & M?
19 A.   Essentially responsible for all of the financial
20 activities of the company, management accounting, financial
21 accounting, internal controls, systems.
22 Q.   Are you an accountant?
23 A.   I am a UK CPA.  Equivalent of a CPA in the UK.
24 Q.   The UK, the English equivalent of a certified public
25 accountant?

802

1  witness and not an expert witness, you were not in the
2  courtroom when Dr. Einhorn testified, correct?
3  A.   Correct.
4  Q.   You do know what SoundScan is, right?
5  A.   I do.
6  Q.   What is SoundScan?
7  A.   SoundScan is a third-party company that runs a service
8  that estimates the retail sales of the music, of recorded
9  music in album form and single form on a weekly basis by
10 territory, by state, by radio market, et cetera, and it is
11 our best source of estimated sales over the counter to the
12 general public of our music.
13 Q.   What does SoundScan count?
14 A.   Sales of music over the counter to the general public.
15 Now also includes digital activity, but specifically
16 historically it's really been focused on an estimate of
17 over-the-counter sales to the public.
18 Q.   When you say over the counter, what do you mean?
19 A.   Best Buy selling me a CD.
20 Q.   Does UMG or A & M in 1998 sell CDs directly to the
21 public?
22 A.   No.
23 Q.   Record clubs sell directly to the public?
24 A.   Right.
25 Q.   UMG didn't have a record club?

803

```
 1  A.    Right.
 2  Q.    To whom did A & M and does UMG today sell CDs?
 3  A.    Best Buy, Circuit City, Anderson Himmelman who supply
 4  Walmart.
 5  Q.    From an accounting perspective, when do you book the
 6  sale to those stores?
 7  A.    We book the sale on shipment.  The right of title passes
 8  when the goods are delivered to the customer.
 9  Q.    So if a box of CDs is delivered to Best Buy warehouse
10  and get into the warehouse and ten seconds later the
11  warehouse explodes, are those still yours or Best Buy?
12  A.    If they have been delivered, then they are Best Buy's,
13  and they have a debt to pay us.
14  Q.    Even though Best Buy could have returned them to you?
15  A.    The right of title has passed once they have taken
16  delivery.
17  Q.    Can you demand that Best Buy give you back the CDs?
18  A.    No.  We can ask.
19  Q.    But you can't require them to return them to you?
20  A.    No.
21  Q.    Does SoundScan count the number of CDs that A & M sold
22  to stores?
23  A.    No, it counts the amount of units CDs or albums that are
24  sold by the stores to the public.
25  Q.    Dr. Einhorn suggested that SoundScan systematically
```

823

1  statement in the course of a lawsuit and you didn't feel like
2  you were getting enough backup documentation to do that --
3          MR. BUSCH: Objection, Your Honor.
4  BY MR. GOLDMAN:
5  Q.     -- would you --
6          THE COURT: Sustained. That's back into the
7  lawyers fighting among themselves.
8          MR. GOLDMAN: Nothing further, Your Honor.
9          THE COURT: All right. You can step down. Thank
10 you.
11         (Witness excused.)
12         MR. GOLDMAN: Your Honor, we'd like to admit into
13 evidence and stipulated to by Mr. Busch Exhibit 320, which
14 were the handwritten notes from Cedell Carter regarding the
15 "Atomic Dog" and "D.O.G. In Me" comparison.
16         THE COURT: I think that's already in evidence,
17 but if not, it is admissible.
18         MR. GOLDMAN: One moment, Your Honor. Oh, and
19 Your Honor, would also pursuant to the discussions that took
20 place earlier among all of us, we would like to now have
21 admitted into evidence the following exhibits: Exhibit 1,
22 songwriters agreement "Atomic Dog" between Bridgeport and
23 George Clinton, David Spradley and Garry Shider.
24         MR. BUSCH: It is already in evidence, Your Honor.
25         MR. KIRKPATRICK: Exhibit 2 A, six-song agreement

FBT - 00650

Exhibit 89
Page 63

858

```
 1                    REPORTER'S CERTIFICATE
 2
 3        I, Cathy B. Leigh, Official Court Reporter for the
 4   United States District Court for the Middle District of
 5   Tennessee, with offices at Nashville, do hereby certify:
 6        That I reported on the Stenograph machine the
 7   proceedings held in open court on February 9, 2007, in the
 8   matter of BRIDGEPORT vs. UNIVERSAL MUSIC GROUP, INC., Case
 9   No. 3:01-00780; that said proceedings in connection with the
10   hearing were reduced to typewritten form by me; and that the
11   foregoing transcript (Volume IV, pages 636 through 857) is a
12   true and accurate record of said proceedings.
13        This the 30th day of March, 2007.
14
15                         /s/ Cathy B. Leigh
                           Cathy B. Leigh, RDR, CRR
16                         Official Court Reporter
17
18
19
20
21
22
23
24
25
```

FBT - 00651

Exhibit 89
Page 64