# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV 07-3314-PSG (MANx) | Date: | January 8, 2009 |
|---|---|---|---|
| Title: | F.B.T. PRODUCTIONS, LLC. -VS- AFTERMATH RECORDS (DBA AFTERMATH ENTERTAINMENT), ET AL. | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings (In Chambers):  **DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FILED 12/03/08 (DOC. 170);**

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT FILED 12-03-08(DOC. 175);**

**DEFENDANTS' MOTION PURSUANT TO RULE 56(f) TO DENY AND/OR CONTINUE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT FILED 12-29-08 (DOC. 257); AND**

**FINAL PRETRIAL CONFERENCE**

    PLEASE TAKE NOTICE that on the Court's own motion, the above-referenced matters are hereby continued from January 12, 2009 to **Monday, January 26, 2009 at 2:30 p.m.**

**IT IS SO ORDERED.**

|  | ---- : ---- |
|---|---|
|  | Initials of Preparer    wkh |