# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No.: | CV 07-3314 PSG (MANx) | Date: | January 26, 2009 |
|---|---|---|---|
| Title: | F.B.T. Productions, LLC et. al. -vs- Aftermath Records et. al., | | |

Present: The Honorable: Philip S. Gutierrez, United States District Judge

| Irene Ramirez | Miriam Baird | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Richard Busch  
Mark Block

Attorneys Present for Defendants:  
Kelly Klaus  
Glenn Pomerantz  
Melinda LeMoine

Proceedings: **FINAL PRETRIAL CONFERENCE**

Hearing held and counsel are present. The Court confers with counsel regarding trial estimate. The Court allocates 10 hours to each side. Opening statements are limited to 1 hour each side.

The Court also confers with counsel regarding proposed voir dire questions and joint jury instructions.

The Court hereby continues the jury trial from February 3, 2009 at 9:00 a.m. to February 17, 2009 at 9:00 a.m.

The Court orders counsel to file the following:

| | |
|---|---|
| February 10, 2009: | Amended joint witness list to be read to the jury |
| February 10, 2009: | Amended joint exhibit list |
| February 3, 2009: | Opposition to Plaintiffs' motion in limine # 6 |
| February 10, 2009: | Reply to Plaintiffs' motion in limine #6 |
| February 13, 2009: | Final deposition designations |
| February 10, 2009: | Simultaneous briefs regarding Mr. Bass trial testimony |
| February 3, 2009: | Defendants' motion in limine #8 regarding discovery objections |
| February 10, 2009: | Plaintiffs' opposition to motion in limine # 8 |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL**

| Case No.: | CV 07-3314 PSG (MANx) | Date: | January 26, 2009 |
|---|---|---|---|
| Title: | F.B.T. Productions, LLC et. al. -vs- Aftermath Records et. al., | | |

| | |
|---|---|
| February 3, 2009: | Defendants' opposition to Plaintiffs supplemental jury instructions |
| February 10, 2009: | Plaintiffs' reply |

    The Court grants both parties permission to use the rooms located in the back of the courtroom for trial purposes.

|  | : | 52 |
|---|---|---|
|  | Initials of Preparer | IR |