UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV07-3314 PSG(MANx) | Date | February 5, 2009 |
| Title | F.B.T. Productions, LLC, et al. v. Aftermath Records, et al. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers) Order re Plaintiffs' Motions *In Limine* Nos. 1, 2, 3 and 4, and Defendants' Motions *In Limine* Nos. 4, 5, 6 and 7 link#221,222,223,224,229,231,235, and MIL #1 filed 1-2-09**

Before this Court are Plaintiffs' Motions *In Limine* Nos. 1, 2, 3 and 4, and Defendants' Motions *In Limine* Nos. 4, 5, 6 and 7. The Court finds these matters appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local R. 7-15. Accordingly, the hearing set for February 17, 2009 on the present motions is removed from the Court's calendar.

After considering the moving and opposing papers, the Court GRANTS Plaintiffs' Motion *In Limine* No. 1. The Court DENIES Plaintiffs' Motions *In Limine* Nos. 2, 3 and 4.

The Court GRANTS Defendants' Motions *In Limine* Nos. 4, 5, 6 and 7.

IT IS SO ORDERED.

Deputy Clerk: _____