| | |
|---|---|
| 1 | GLENN D. POMERANTZ (State Bar No. 112503) |
|   | Glenn.Pomerantz@mto.com |
| 2 | KELLY M. KLAUS (State Bar No. 161091) |
|   | Kelly.Klaus@mto.com |
| 3 | MELINDA E. LEMOINE (State Bar No. 235670) |
|   | Melinda.Lemoine@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue |
| 5 | Thirty-Fifth Floor |
|   | Los Angeles, CA 90071-1560 |
| 6 | Telephone: (213) 683-9100 |
|   | Facsimile: (213) 687-3702 |

E-FILED 03/17/09
JS-6

**NOTE: CHANGES MADE BY THE COURT**

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC, | CASE NO. CV 07-03314 PSG (MANx) |
| Plaintiffs, | |
| vs. | [~~PROPOSED~~] **FINAL JUDGMENT** |
| AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARY, INC., | |
| Defendants. | |

This action was tried by a jury with the Honorable Philip S. Gutierrez presiding, and the jury has rendered a verdict.

IT IS ORDERED THAT:

1. On all counts, the action be dismissed on the merits as to Defendant ARY, Inc.;

- 1 -

7337673.2

2. On the First Claim for Relief, the Plaintiffs F.B.T. Productions, LLC and Em2M, LLC recover nothing, the cause of action be dismissed on the merits, and the Defendants Aftermath Records d/b/a Aftermath Entertainment, Interscope Records, and UMG Recordings, Inc. recover costs from Plaintiffs in the amount of _____ ;

3. On the Second Claim for Relief, the Plaintiffs F.B.T. Productions, LLC and Em2M, LLC recover from the Defendants Aftermath Records d/b/a Aftermath Entertainment, Interscope Records, and UMG Recordings, Inc. the sum of $159,332 with interest accruing after this judgment is entered at the rate specified in 28 U.S.C. § 1961**, plus prejudgment interest and costs as determined by the Court;**

4. On the Third Claim for Relief, the Plaintiffs F.B.T. Productions, LLC and Em2M, LLC are not entitled to royalties under the "masters licensed" provisions of the March 9, 1998 and July 2, 2003 recording agreements for the distribution and sale of permanent downloads and mastertones.  Rather, Defendants appropriately pay royalties for permanent downloads and mastertones under the contractual provisions that apply to sales of records through normal retail channels.

The Clerk is ordered to enter this Judgment.

DATED:  March 17, 2009        By:  *PHILIP S. GUTIERREZ*
                                   Hon. Philip S. Gutierrez

- 2 -

7337673.2