```
 1  GLENN D. POMERANTZ (State Bar No. 112503)
    Glenn.Pomerantz@mto.com
 2  KELLY M. KLAUS (State Bar No. 161091)
    Kelly.Klaus@mto.com
 3  MELINDA E. LEMOINE (State Bar No. 235670)
    Melinda.Lemoine@mto.com
 4  MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
 5  Thirty-Fifth Floor                         E-FILED 07/06/09
    Los Angeles, CA  90071-1560
 6  Telephone:  (213) 683-9100
    Facsimile:   (213) 687-3702
 7
 8  Attorneys for Defendants
 9
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARY, INC.,<br><br>    Defendants. | CASE NO.  CV 07-03314 PSG (MANx)<br><br>[~~PROPOSED~~] **AMENDED FINAL JUDGMENT** |

- 1 -

8260515.1

1    This action was tried by a jury with the Honorable Philip S. Gutierrez
2    presiding, and the jury has rendered a verdict; and
3    The Court entered a Final Judgment on March 17, 2009 (Docket No. 528);
4    and
5    The Court entered an Order on Plaintiffs' Motion to Correct or Amend the
6    Judgment on May 7, 2009 (Docket No. 573); and
7    The Court entered Orders on the parties' Motions to Re-Tax Costs (Docket
8    No. 606) and Motions for Attorneys' Fees (Docket No. 607) on June 25, 2009.
9    The Court finds it appropriate to amend its Final Judgment to include the
10   Court's final disposition on the parties' Motions to Re-Tax Costs and Motions for
11   Attorneys' Fees.
12   ACCORDINGLY, IT IS HEREBY ORDERED THAT:
13   1.    On all counts, the action be dismissed on the merits as to Defendant
14   ARY, Inc.;
15   2.    On the First Claim for Relief, the Plaintiffs F.B.T. Productions, LLC
16   and Em2M, LLC recover nothing, the cause of action be dismissed on the merits,
17   and the Defendants Aftermath Records d/b/a Aftermath Entertainment, Interscope
18   Records, and UMG Recordings, Inc. recover costs from Plaintiffs in the amount of
19   $65,913.62;
20   3.    On the Second Claim for Relief, the Plaintiffs F.B.T. Productions,
21   LLC and Em2M, LLC recover from the Defendants Aftermath Records d/b/a
22   Aftermath Entertainment, Interscope Records, and UMG Recordings, Inc. the sum
23   of $159,332, with interest accruing after the date of this Court's entry of Final
24   Judgment on this award (*i.e.*, March 17, 2009) at the rate specified in 28 U.S.C.
25   § 1961, plus prejudgment interest in the amount of $83,122.87 and costs in the
26   amount of $2,415.91;
27   4.    On the Third Claim for Relief, the Plaintiffs F.B.T. Productions, LLC
28   and Em2M, LLC are not entitled to royalties under the "masters licensed"

1  provisions of the March 9, 1998 and July 2, 2003 recording agreements for the
2  distribution and sale of permanent downloads and mastertones.  Rather, Defendants
3  appropriately pay royalties for permanent downloads and mastertones under the
4  contractual provisions that apply to sales of records through normal retail channels.

5.  Defendants Aftermath Records d/b/a Aftermath Entertainment, Interscope Records, and UMG Recordings, Inc. recover from Plaintiffs F.B.T. Productions, LLC and Em2M, LLC their attorneys' fees in the amount of $2,427,059.80, with interest accruing after the date this Final Amended Judgment is entered at the rate specified in 28 U.S.C. § 1961.

6.  The Court's Final Judgment, entered on March 17, 2009 (Docket No. 528), is amended in accordance with the foregoing.

The Clerk is ordered to enter this Amended Final Judgment.

DATED:  July _6_, 2009         By:   **PHILIP S. GUTIERREZ**
                                      Hon. Philip S. Gutierrez