UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3314 PSG (MANx) | Date | August 7, 2009 |
|---|---|---|---|
| Title | F.B.T. Productions, LLC, et al. v. Aftermath Records, et al. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

Not Present     Not Present

**Proceedings:**   **(In Chambers) Order Denying Motion for Reconsideration [628]**

On July 27, 2009, Defendants filed an *ex parte* application for an order permitting registration of the final amended judgment against Plaintiffs in the Eastern and Western Districts of Michigan. The Court denied the application on July 29, 2009. Defendants now seek reconsideration of that ruling.

When the Court denied Defendants' application, it had not yet received Defendants' reply memorandum. The reply was electronically filed at approximately the same time that the Court's order was entered. Defendants contend that reconsideration is appropriate because the Court's order relies on evidence which their reply rebuts.

The Court denied Defendants' previous application because they failed to establish that Plaintiffs have "substantial assets" in Michigan. Defendants maintained that one of the Plaintiffs, F.B.T. Productions, LLC ("FBT"), owned commercial real property in Michigan, but Plaintiffs' evidence showed that the property had been transferred to a separate entity, Bass Hilton, LLC ("Bass"). Defendants' reply argues that the bill of sale shows that as consideration for the transfer, Bass issued to FBT all of the membership assets in Bass. Plaintiffs' opposition to the motion for reconsideration, however, shows that FBT transferred all of its interest in Bass to its individual members. Plaintiffs have, thus, yet again rebutted Defendants' evidence. The denial stands.

**IT IS SO ORDERED.**