```
 1  GLENN D. POMERANTZ (State Bar No. 112503)
    Glenn.Pomerantz@mto.com
 2  KELLY M. KLAUS (State Bar No. 161091)
    Kelly.Klaus@mto.com
 3  KIMBERLY D. ENCINAS (State Bar No. 239947)
    Kimberly.Encinas@mto.com
 4  MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
 5  Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
 6  Telephone:  (213) 683-9100
    Facsimile:  (213) 687-3702
 7
    Attorneys for Defendant UMG Recordings, Inc.
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARY, INC.,<br><br>Defendants. | CASE NO. CV 07-03314 PSG (MANx)<br><br>REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER<br><br>[Rule 4(c), Fed.R.Civ.P.; Local Rules 19.2 and 19.3]<br><br>[No Hearing Required] |

Defendants UMG Recordings, Inc. and ARY, Inc., pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rules 19.2 and 19.3 of the Local Rules of Practice of the United States District Court for the Central District of California, request that All-N-One Legal Support, employees of which are at least 18 years of age, of suitable discretion and not a party to the within action, be

Defendants Aftermath Records d/b/a Aftermath Entertainment, Interscope Records, UMG Recordings, Inc. and ARY, Inc., pursuant to Federal Rule of Civil Procedure 4.1(a) and Local Rule 64-2 of the United States District Court for the Central District of California, request that All-N-One Legal Support, Inc., the employees of which are at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and specially appointed to serve writs in the above-captioned case. The U.S. Marshal's Office will remain the Levying Officer.

DATED: September 30, 2009        MUNGER, TOLLES & OLSON LLP

By: /s/ Kimberly D. Encinas
    Kimberly D. Encinas
    Attorneys for Defendants