# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: **CV 07-3314-PSG (MANx)** | Date: **April 18, 2011** |
| Title: **F.B. T. PRODUCTIONS, LLC., ET AL. -VS- AFTERMATH RECORDS ET AL.** | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| **Wendy K. Hernandez** | **Miriam Baird** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| **Richard Busch** | **Melinda LeMoine** |
| **Daniel Asimow** | **Glenn Pomerantz** |

Proceedings:   **STATUS CONFERENCE**

Hearing held. The Court discusses the Ninth Circuit Mandate received on March 21, 2011, questions counsel regarding settlement, and sets a further status conference for **Monday, June 13, 2011 at 3:00 p.m.**

|  | 0 : 14 |
|---|---|
| Initials of Preparer | wkh |