UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 07-3314-PSG (MANx) | Date: | February 13, 2012 |
| Title: | F.B. T. PRODUCTIONS, LLC., ET AL. -VS- AFTERMATH RECORDS ET AL. | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Miriam Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Daniel Asimow
Richard Busch

Attorneys Present for Defendants:

Melinda LeMoine
Kelly Klaus

Proceedings: **DEFENDANTS' AMENDED MOTION FOR PARTIAL RECONSIDERATION UNDER FRCP 59(e); CIVIL L.R. 7-18 FILED 12-02-11 (DOC. 743)**

Having considered all papers submitted in support of and in opposition to the Motion referenced above, and the oral argument presented today, the Court takes the motion Under Submission.  A ruling will be issued after full consideration of the submitted pleadings.

| | 0 | : | 23 |
|---|---|---|---|
| | Initials of Preparer | | wkh |