# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**#743**

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-3314 PSG (MANx) | Date | February 15, 2012 |
|---|---|---|---|
| Title | F.B.T. Productions, LLC, et al. v. Aftermath Records, et al. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers) Order DENYING Defendants' Motion for Partial Reconsideration**

  Before the Court is Defendants' motion for partial reconsideration of the October 31, 2011 Order. Dkt. # 743. The Court heard argument on the motion on February 13, 2012. Dkt. # 763. After considering the moving and opposing papers and the arguments made at the hearing, the Court DENIES Defendants' motion for partial reconsideration.

  **IT IS SO ORDERED.**