KING & BALLOW
RICHARD S. BUSCH (TN. Bar No. 014594)
(*Pro Hac Vice*)
rbusch@kingballow.com
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: 615.259.3456
Facsimile: 615.726.5417

ARNOLD & PORTER LLP
JEROME B. FALK, JR. (Bar No. 39087)
jerome.falk@aporter.com
DANIEL B. ASIMOW (Bar No. 165661)
daniel.asimow@aporter.com
SARA J. EISENBERG (Bar No. 269303)
sara.eisenberg@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

Attorneys for Plaintiffs
F.B.T. PRODUCTIONS, LLC, and Em2M, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC., and ARY, INC.,<br><br>Defendants. | Case No. CV 07-03314 PSG (MANx)<br><br>Action Filed: May 21, 2007<br><br>**DECLARATION OF DANIEL B. ASIMOW IN SUPPORT OF PLAINTIFFS' MOTIONS *IN LIMINE***<br><br>Date: April 3, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: Roybal 880<br><br>JURY TRIAL: APRIL 3, 2012 |

I, Daniel B. Asimow, make the following statements upon personal knowledge:

1. I am an attorney licensed to practice law in the State of California and a partner with the firm of Arnold & Porter LLP, co-counsel for Plaintiffs F.B.T. Productions, LLC, and Em2M, LLC (jointly "Plaintiffs") in the above-captioned matter. The representations made in this Declaration are based on my personal knowledge and, if called upon to do so, I could and would testify competently to them.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Aftermath's Rule 26(a) Disclosures, dated August 16, 2008.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Special Interrogatories that Plaintiffs served on Aftermath on December 14, 2007.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the Requests for Production that Plaintiffs served on Aftermath on December 14, 2007.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Requests for Production that Plaintiffs served on Aftermath on November 21, 2011.

5. Attached hereto as **Exhibit 5** is a true and correct copy of Defendants' Responses and Objections to the Requests for Production that Plaintiffs served on Aftermath on November 21, 2011.

6. Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts from the transcript of the deposition of John L. Hansen, taken on February 10, 2012.

7. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the trial transcript from the March 5, 2009 afternoon session.

8. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the trial transcript from the March 4, 2009 afternoon session.

9. Attached hereto as **Exhibit 9** is a true and correct copy of the Expert Report of Gary Cohen (without exhibits).

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of February, 2012.

By: _____
    DANIEL B. ASIMOW

W03 021712-178190001/U6/1672211/F