| | |
|---|---|
| 1 | KING & BALLOW |
| 2 | RICHARD S. BUSCH (TN. Bar No. 014594) |
|   | (*Pro Hac Vice*) |
| 3 | rbusch@kingballow.com |
|   | 315 Union Street, Suite 1100 |
| 4 | Nashville, Tennessee 37201 |
|   | Telephone: 615.259.3456 |
| 5 | Facsimile: 615.726.5417 |
| 6 | ARNOLD & PORTER LLP |
|   | JEROME B. FALK, JR. (Bar No. 39087) |
| 7 | jerome.falk@aporter.com |
|   | DANIEL B. ASIMOW (Bar No. 165661) |
| 8 | daniel.asimow@aporter.com |
|   | SARA J. EISENBERG (Bar No. 269303) |
| 9 | sara.eisenberg@aporter.com |
|   | Three Embarcadero Center, 7th Floor |
| 10 | San Francisco, California 94111-4024 |
|    | Telephone: +1 415.471.3100 |
| 11 | Facsimile: +1 415.471.3400 |
| 12 | Attorneys for Plaintiffs |
|    | F.B.T. PRODUCTIONS, LLC, and Em2M, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC, | Case No. CV 07-03314 PSG (MANx) |
| Plaintiffs, | Action Filed: May 21, 2007 |
| v. | **NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE TREATING DIGITAL SALES AS PHYSICAL SALES** |
| AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC., and ARY, INC., | |
| Defendants. | Date: April 3, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: Roybal 880 |
| | JURY TRIAL: APRIL 3, 2012 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs F.B.T. Productions, LLC and Em2M, LLC hereby lodge the following document attached herewith:

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE TREATING DIGITAL SALES AS PHYSICAL SALES

Dated: February 17, 2012

Respectfully,

ARNOLD & PORTER LLP

By: /s/ *Daniel B. Asimow*
      DANIEL B. ASIMOW

KING & BALLOW

By: /s/ *Richard S. Busch*
      RICHARD S. BUSCH

Attorneys for Plaintiffs F.B.T. PRODUCTIONS, LLC, and Em2M, LLC

W03 021712-178190001/1672245/F