| | |
|---|---|
| 1 | KELLY M. KLAUS (State Bar No. 161091)<br>Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (State Bar No. 235670)<br>Melinda.Lemoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue |
| 4 | Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560 |
| 5 | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| 6 | |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC, | CASE NO. CV 07-03314 PSG (MANx) |
| Plaintiffs, | DECLARATION OF MELINDA E. LEMOINE IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE* |
| vs. | |
| AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARY, INC., | Judge: Hon. Phillip S. Gutierrez<br>Date: April 3, 2012<br>Time: 9:00 AM<br>Dept: 880 Roybal |
| Defendants. | |

16569706.1

DECLARATION OF MELINDA E. LEMOINE ISO
DEFS' MOTIONS *IN LIMINE*

## DECLARATION OF MELINDA E. LEMOINE

I, Melinda E. LeMoine, declare as follows:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record to the Defendants in this action. The contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. Attached as Exhibit 1 is a true and correct copy of an e-mail from Daniel Asimow I received on February 13, 2012.

3. Attached as Exhibit 2 is a true and correct copy of an e-mail from Daniel Asimow I received on February 15, 2012.

4. Attached as Exhibit 3 is a true and correct copy of the audit report prepared by Gary Cohen, dated February 10, 2006, which was admitted in the 2009 trial as Trial Exhibit number 207.

5. Attached as Exhibit 4 is a true and correct copy of the Complaint filed in *F.B.T. Productions, LLC et al. v. Aftermath Records, et al.*, C.D. Cal. 08-01563, on March 6, 2008.

6. Attached as Exhibit 5 is a true and correct copy of the transcript from the hearing in this matter on March 2, 2009.

7. Attached as Exhibit 6 are true and correct copies of the royalty schedules to the Intercompany License Agreements ("ICLA") for 2005-2011.

8. Attached as Exhibit 7 is a true and correct copy of Plaintiffs' Proposed Factual Stipulations, submitted to Defendants' counsel on February 8, 2012.

9. Attached as Exhibit 8 is a true and correct copy of Defendants' Motion *in Limine* No. 5 that preceded the 2009 trial, filed on December 19, 2008 in this matter (Dkt. No. 222).

10. Attached as Exhibit 9 is a true and correct copy of excerpts from the deposition transcript of Joel Martin, taken on May 14, 2008 in this matter.

11.     Attached as Exhibit 10 is a true and correct copy of Plaintiffs' Opposition to Defendants' Motion *in Limine* No. 5, filed on January 9, 2009 in this matter (Dkt. No. 323).

12.     Attached as Exhibit 11 is a true and correct copy of Defendants' Reply in support of Motion *in Limine* No. 5, filed on January 20, 2009 in this matter (Dkt. No. 362).

13.     Attached as Exhibit 12 is a true and correct copy of Defendants' Motion *in Limine* No. 8, filed on February 3, 2009 in this matter (Dkt. No. 395).

14.     Attached as Exhibit 13 is a true and correct copy of an e-mail from Daniel Asimow I received on February 11, 2012.

15.     Attached as Exhibit 14 is a true and correct copy of the Expert Report of David Berman, served on November 5, 2008 in this matter.

16.     Attached as Exhibit 15 is a true and correct copy of the Expert Rebuttal Report of David Berman, served on December 19, 2008 in this matter.

17.     Attached as Exhibit 16 is a true and correct copy of the Expert Rebuttal Report of John Hansen, served on February 7, 2012 in this matter.

18.     Attached as Exhibit 17 is a true and correct copy of the audit report prepared by Gary Cohen, dated November 15, 2010, which was marked as exhibit 972 at the deposition of Gary Cohen on February 3, 2012.

19.     Attached as Exhibit 18 is a true and correct copy of an excerpt from the transcript of the deposition of Gary Cohen on December 17, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 17th day of February 2012 at Los Angeles, California.

                                        */s/ Melinda E. LeMoine*
                                          Melinda E. LeMoine