1  KELLY M. KLAUS (State Bar No. 161091)
   Kelly.Klaus@mto.com
2  MELINDA E. LEMOINE (State Bar No. 235670)
   Melinda.Lemoine@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
6
   Attorneys for Defendants
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

11

12 | F.B.T. PRODUCTIONS, LLC, and Em2M, LLC, | CASE NO.  CV 07-03314 PSG (MANx)
13 |                                          |
14 |          Plaintiffs,                     | DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE*
15 |     vs.                                  |
16 | AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARY, INC., | Judge:   Hon. Phillip S. Gutierrez
17 |                                          | Date:    April 3, 2012
   |                                          | Time:    9:00 AM
   |                                          | Dept:    880 Roybal
18 |          Defendants.                     |

                                                    DECLARATION OF KELLY M. KLAUS ISO
                                                         DEFS' MOTIONS *IN LIMINE*
16570587.1

# DECLARATION OF KELLY M. KLAUS

I, Kelly M. Klaus, declare as follows:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record to the Defendants in this action. The contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Report of Gary Cohen, served on January 4, 2012, which was marked as exhibit 965 at the deposition of Gary Cohen on February 3, 2012.

3. Attached as Exhibit 2 is a true and correct copy of a list of engagements for Gary Cohen, which was marked as exhibit 966 at the deposition of Gary Cohen on February 3, 2012.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Gary Cohen, taken on May 15, 2008 in this matter.

5. Attached as Exhibit 4 is a true and correct copy of Mechanical License Royalty Rates, which was marked as exhibit 977 at the deposition of Gary Cohen on February 3, 2012.

6. Attached as Exhibit 5 is a true and correct copy of the August 26, 2005 Mastertone License Agreement between Eight Mile Style LLC and Martin Affiliated LLC and Interscope Records, which was marked as exhibit 975 at the deposition of Gary Cohen on February 3, 2012.

7. Attached as Exhibit 6 is a true and correct copy of a screenshot of the album *Encore* from the iTunes Store, printed at my direction on January 31, 2012.

8. Attached as Exhibit 7 is a true and correct copy of a screenshot of the album *The Eminem Show* from the iTunes Store, printed at my direction on January 31, 2012.

9. Attached as Exhibit 8 is a true and correct copy of a screenshot of the album *The Marshall Mathers LP* from the iTunes Store, printed at my direction on January 31, 2012.

10. Attached as Exhibit 9 is a true and correct copy of a screenshot of the album *The Slim Shady LP* from the iTunes Store, printed at my direction on January 31, 2012.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Gary Cohen, taken on February 3, 2012 in this matter.

12. Attached as Exhibit 11 is a true and correct copy of a sample All In Fee Statement, which was marked as exhibit 970 at the deposition of Gary Cohen on February 3, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 17th day of February 2012 at Los Angeles, California.

          */s/ Kelly M. Klaus*
          Kelly M. Klaus