KELLY M. KLAUS (State Bar No. 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (State Bar No. 235670)
Melinda.Lemoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>    Plaintiffs,<br><br>        vs.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARY, INC.,<br><br>    Defendants. | CASE NO. CV 07-03314 PSG (MANx)<br><br>**PROOF OF SERVICE OF UNDER-SEAL DOCUMENTS AND DOCUMENTS MANUALLY FILED**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Date: April 3, 2012<br>Time: 9:00 AM<br>Ctrm: Roybal 880 |

PROOF OF SERVICE

16612241.1

# CERTIFICATE OF SERVICE

I, Melinda E. LeMoine, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 355 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On February 23, 2012, I served the following document(s):

**(1) EXHIBIT 11 TO THE DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE**

**(2) EXHIBIT 17 TO THE DECLARATION OF MELINDA E. LeMOINE IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE**

**(3) APPLICATION TO FILE UNDER SEAL PURSUANT TO PROTECTIVE ORDER; AND**

**(4) [PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

on interested parties, by electronic mail per the parties' agreement

| | |
|---|---|
| Richard Busch<br>King & Ballow<br>1100 Union Street Plaza<br>315 Union Street<br>Nashville, TN  37201 | Daniel B. Asimow<br>Howard Rice Nemerovski Canady<br> Falk & Rabkin<br>3 Embarcadero Center 7th Fl<br>San Francisco, CA  94111-4024 |

☑ **BY MAIL**: I caused to be placed a true copy(ies)/the original(s) of said document(s) in a sealed envelope(s) addressed as indicated above, and deposited said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 355 South Grand Avenue, Los Angeles, California, on the date indicated above.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the United States Postal Service in the ordinary course of business with first class postage thereon fully prepaid on the same day it is placed for collection, processing, and mailing.

☑ I am a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☑ **(FEDERAL):**  I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2012.

/s/ *Melinda E. LeMoine*_____
Melinda E. LeMoine