lodged proposed

FILED 2012 FEB 21 AM 10:08

KELLY M. KLAUS (State Bar No. 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (State Bar No. 235670)
Melinda.Lemoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and ARY, INC.,<br><br>Defendants. | CASE NO.  CV 07-03314 PSG (MANx)<br><br>**DEFENDANTS' APPLICATION TO FILE UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Date:   April 3, 2012<br>Time:   9:00 AM<br>Ctrm:   Roybal 880<br><br>**[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]** |

1        Defendants Aftermath Records dba Aftermath Entertainment, Interscope
2  Records and UMG Recordings, Inc. (hereinafter "Defendants") respectfully submit
3  this application for an Order authorizing the under seal filing of documents pursuant
4  to the protective order at Docket No. 123, which was initially entered in this case on
5  March 31, 2008 and modified on September 17, 2008 ("Modified Protective
6  Order").
7        Defendants make this request because Exhibits 1, 2, 5 and 10 to the
8  Declaration of Kelly M. Klaus in Support of Defendants' Motions *In Limine*,
9  Exhibits 3, 6, and 16 to the Declaration of Melinda E. LeMoine in Support of
10 Defendants' Motions *In Limine*, the Declaration of Ping Hu in Support of
11 Defendants' Motions *In Limine* Nos. 1, 2 and 5, and Defendants' Notice of Motion
12 and Motion *In Limine* No. 1 to Exclude Expert Testimony of Gary Cohen
13 concurrently filed herewith, contain confidential information requiring them to have
14 been designated "Confidential" and/or "Confidential - Attorney's Eyes Only" under
15 the Modified Protective Order. The exhibits contain confidential terms and
16 calculations based on of Defendants' contractual relationship with Marshall B.
17 Mathers III (p/k/a "Eminem"), and confidential details about non-public agreements
18 among Universal Music Group affiliates. The public disclosure of these terms
19 would cause competitive harm and invade the privacy interests of non-parties.
20 Accordingly, Defendants respectfully request that the Court grant Defendants'
21 Application to File Documents Under Seal as described above.

DATED: February 17, 2012

MUNGER, TOLLES & OLSON LLP

By: *[signature]*
Melinda E. Lemoine

Attorneys for Defendants