KING & BALLOW
RICHARD S. BUSCH (TN. Bar No. 014594)
(*Pro Hac Vice*)
rbusch@kingballow.com
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: 615.259.3456
Facsimile: 615.726.5417

ARNOLD & PORTER LLP
JEROME B. FALK, JR. (Bar No. 39087)
jerome.falk@aporter.com
DANIEL B. ASIMOW (Bar No. 165661)
daniel.asimow@aporter.com
SARA J. EISENBERG (Bar No. 269303)
sara.eisenberg@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

Attorneys for Plaintiffs
F.B.T. PRODUCTIONS, LLC, and Em2M, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC., and ARY, INC.,<br><br>Defendants. | Case No. CV 07-03314 PSG (MANx)<br><br>Action Filed: May 21, 2007<br><br>**NOTICE OF APPLICATION AND APPLICATION TO SEAL CONFIDENTIAL DOCUMENT (EXHIBIT 9 TO ASIMOW DECLARATION) PURSUANT TO PROTECTIVE ORDER**<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: Roybal 880<br><br>JURY TRIAL: APRIL 3, 2012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs F.B.T. Productions, LLC ("F.B.T.") and Em2M, LLC ("Em2M") (collectively, "Plaintiffs") will and hereby do apply to the Court for an order to amend the Court Docket by permanently sealing Exhibit 9 To The Declaration Of Daniel B. Asimow In Support Of Plaintiffs' Motions *In Limine* ("Exhibit 9"). Exhibit 9 is an attachment to Docket Number 774, which was efiled on February 17, 2012

## APPLICATION

Pursuant to Local Rule 79-5.1, Plaintiffs apply to this Court for an order to amend the Court Docket by permanently sealing Exhibit 9 To The Declaration Of Daniel B. Asimow In Support Of Plaintiffs' Motions *In Limine*, which was efiled as an attachment to Docket Number 774. This motion is based on the Modified Protective Order (Dkt. No. 123), signed by the parties to this case and entered by the Court on September 17, 2008, which governs the use of certain materials produced in discovery in this matter. *See* Exhibit 1.

Defendants contend that Exhibit 9 was designated as "Confidential" during the course of a deposition. The Protective Order requires the parties to file confidential information with the Court under seal. The Court has previously allowed the parties to file similar documents under seal. Accordingly, Plaintiffs respectfully request that the Court permanently seal the above-referenced materials and maintain it under seal as required by the Protective Order.

Dated: February 24, 2012            Respectfully,

KING & BALLOW
ARNOLD & PORTER LLP

By:    */s/ Daniel B. Asimow*
         DANIEL B. ASIMOW