1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KING & BALLOW
RICHARD S. BUSCH (TN Bar No. 014594)
(*Pro Hac Vice*)
rbusch@kingballow.com
315 Union Street, Suite 1100
Nashville, Tennessee  37201
Telephone:  615.259.3456
Facsimile:   615.726.5417

ARNOLD & PORTER LLP
JEROME B. FALK, JR. (Bar No. 39087)
jerome.falk@aporter.com
DANIEL B. ASIMOW (Bar No. 165661)
daniel.asimow@aporter.com
SARA J. EISENBERG (Bar No. 269303)
sara.eisenberg@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:  +1 415.471.3100
Facsimile:   +1 415.471.3400

Attorneys for Plaintiffs
F.B.T. PRODUCTIONS, LLC, and Em2M, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>                    Plaintiffs,<br><br>          v.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC., and ARY, INC.,<br><br>                    Defendants. | Case No. CV 07-03314 PSG (MANx)<br><br>Action Filed: May 21, 2007<br><br>NOTICE OF LODGING OF [PROPOSED] JOINT FINAL PRETRIAL CONFERENCE ORDER<br><br>Judge:          Hon. Philip S. Gutierrez<br>Courtroom:     Roybal 880<br><br>Final Pretrial Conference: April 9, 2012<br>Jury Trial:    April 24, 2012 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-7 and this Court's Standing Order, Plaintiffs F.B.T. Productions, LLC and Em2M, LLC hereby lodge the following document attached herewith:

[PROPOSED] JOINT FINAL PRETRIAL CONFERENCE ORDER.

Dated: April 2, 2012

Respectfully,

ARNOLD & PORTER LLP

By: /s/ *Daniel B. Asimow*
DANIEL B. ASIMOW

KING & BALLOW

By: /s/ *Richard S. Busch*
RICHARD S. BUSCH

Attorneys for Plaintiffs F.B.T.
PRODUCTIONS, LLC, and Em2M, LLC