# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 07-3314-PSG (MANx) | Date: | April 10, 2012 |
| Title: | F.B. T. PRODUCTIONS, LLC., ET AL. -VS- AFTERMATH RECORDS ET AL. | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Richard Busch | Kelly Klaus |
| Daniel Asimow | Melinda LeMoine |

Proceedings:   **FINAL PRETRIAL CONFERENCE**

The Court confers with counsel regarding settlement, certain causes of action, motions in limine, and trial continuance.

The Court takes a short recess to allow counsel to propose a plan of action.

Back on the record, the Court approves the following:

- The April 24th trial date is vacated as well as, all deadlines associated with this trial date. A new trial date shall be reset in accordance with the Local Rules or by stipulation;
- The hearing date of June 18th is reserved for this case only;
- The opposition to the amended complaint is due: May 10, 2012;
- The reply to the motions in limine and the motion for leave to file supplemental complaint is due June 1, 2012;
- No additional motion filings will be permitted; and
- Today's transcripts are ordered sealed until further order of the Court. The court reporter shall contact the Court and Ms. LeMoine for additional instructions.

cc: Sheri Kleeger
mykuippo@aol.com

: 10

Initials of Preparer:   wh