LATHAM & WATKINS LLP
　Daniel Scott Schecter (SBN 171472)
　*daniel.schecter@lw.com*
　Joshua O. Mausner (SBN 260251)
　*joshua.mausner@lw.com*
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Interested Party Apple Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC AND EM2M, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AFTERMATH RECORDS; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; AND ARY, INC.,<br><br>　　　　　Defendants. | Case No. CV 07-03314 PSG (MANx)<br><br>**DISCOVERY MATTER**<br><br>**INTERESTED PARTY APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTION AND OPPOSITION TO JOINT MOTION TO MODIFY PROTECTIVE ORDER**<br><br>[*Objection and Opposition to Joint Motion to Modify Protective Order; Memorandum of Points and Authorities in Support Thereof filed concurrently herewith*]<br><br>Hearing: [To Be Set By Court]<br><br>Judge: Hon. Margaret A. Nagle |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Evidence 201, Interested Party Apple Inc. ("Apple") will and hereby does respectfully request that the Court take judicial notice of the following documents in support of Apple's Objection and Opposition to Joint Motion to Modify Protective Order, which are records of this Court in this Action:

- Declaration of Colin B. Vandell in Opposition to Plaintiff's Motion to Compel Further Response of Non-Party Apply Inc. to Subpoena (Docket No. 75)[1]

- Order Consolidating CV 08-1563 PSG (CWx) and CV 07-3314 PSG (MANx) (Docket No. 93)

- Modified Protective Order (Docket No. 123)

- Notice of Manual Filing – Non-Party Apple, Inc.'s Unopposed *Ex Parte* Application: (1) to Intervene for a Limited Purpose; and (2) for an Order Sealing Confidential Exhibits and Deposition Testimony; Memorandum of Points and Authorities in Support Thereof (Docket No. 442)

- Order Granting Non-Party Apple Inc.'s Application to File Under Seal Pursuant to Protective Order (Docket No. 468)

- Non Party Apple, Inc.'s Unopposed *Ex Parte* Application: (1) to Intervene for a Limited Purpose; and (2) for an Order Sealing Confidential Exhibits and Deposition Testimony; Memorandum of Points and Authorities in Support Thereof (Docket 474) (Sealed Document)

---

[1] The docket numbers referenced herein are to the docket in this action.

- Order Granting Non-Party Apple Inc.'s Unopposed Application: (1) to Intervene for a Limited Purpose; and (2) for an Order Sealing Confidential Exhibits and Deposition Testimony (Docket No. 475) (Sealed Document)

- Declaration of Colin B. Vandell in Support of Non-Party Apple Inc.'s Unopposed Application: (1) to Intervene for a Limited Purpose; and (2) for an Order Sealing Confidential Exhibits and Deposition Testimony (Docket No. 476) (Sealed Document)

- Declaration of Matt Railo in Support of Non-Party Apple Inc.'s Unopposed *Ex Parte* Application: (1) to Intervene for a Limited Purpose; and (2) for an Order Sealing Confidential Exhibits and Deposition Testimony (without exhibits) (Docket No. 477) (Sealed Document)

- Transcript for Trial Proceedings Held on Thursday, February 26, 2009 (Docket 490) (Sealed Document)

## BASIS FOR REQUESTING JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, judicial notice may be taken of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be questioned." Fed. R. Evid. 201.

The above-referenced documents are court filings in this matter, in this Court. The contents of these filings are records that are "not subject to reasonable dispute [and] capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 689–690 (9th Cir. 2001) ("under Fed. R. Evid. 201, a court may take judicial notice of 'matters of public record'.");

*Mullis v. United States Bankr. Ct.*, 828 F.2d 1385, 1388, fn. 9 (9th Cir. 1987) (finding that supplemental excerpt of record "which consists entirely of pleadings, orders and other papers on file in the underlying bankruptcy case . . . is subject to judicial notice"); Schwarzer, Tashima & Wagstaffe, Cal. Prac. Guide: Fed. Civ. Pro. Before Trial, § 122:55 (The Rutter Group 2011) ("Court files: Judges are often asked on motion hearings to take judicial notice of the contents of *court files in other lawsuits* . . . These are matters of which a court *must* take judicial notice *if* supplied with the requisite information.") (emphasis in original).

For the forgoing reasons, the above-referenced court records may properly be considered in ruling on Apple's Objection and Opposition to Joint Motion to Modify Protective Order .

Dated:  April 25, 2012          LATHAM & WATKINS LLP
                                                Daniel Scott Schecter
                                                Joshua O. Mausner

                                       By ___/s/ Daniel Scott Schecter_____
                                             Daniel Scott Schecter
                                        Attorney for Interested Party Apple Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560.

On **April 25, 2012**, I served the following document described as:

**INTERESTED PARTY APPLE INC.'S OBJECTION AND OPPOSITION TO JOINT MOTION TO MODIFY PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**INTERESTED PARTY APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTION AND OPPOSITION TO JOINT MOTION TO MODIFY PROTECTIVE ORDER**

**[PROPOSED] ORDER GRANTING INTERESTED PARTY APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTION AND OPPOSITION TO JOINT MOTION TO MODIFY PROTECTIVE ORDER**

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC FILING

I electronically filed the above-described document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

## BY HAND DELIVERY (PERSONAL SERVICE)

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document(s) and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

Jeffrey D. Goldman
Ryan Scott Mauck
Jeffer Mangels Butler & Mitchell, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

LA\2636734.1

Attorneys for UMG Recordings, Inc. in James, et al. v. UMG Recordings, Inc., N.D. Cal. Case No. 11-1613-SI

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 25, 2012**, at Los Angeles, California.

_____
Cleveland Styles

# Mailing Information for a Case 2:07-cv-03314-PSG -MAN

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel B Asimow**
  daniel.asimow@aporter.com,jcarrillo@howardrice.com,jane.rustice@aporter.com

- **Mark L Block**
  mblock@wargofrench.com

- **Richard S Busch**
  rbusch@kingballow.com,mhodge@kingballow.com,lanthony@kingballow.com

- **Paul H Duvall**
  pduvall@kingballow.com,jromeo@kingballow.com,sdreception@kingballow.com,rbusch@kingballow.com,anieto@kingballow.com

- **Sara Jennifer Eisenberg**
  sara.eisenberg@aporter.com,john.carrillo@aporter.com,gigi.ferrer@aporter.com

- **Kimberly D Encinas**
  kimberly.encinas@jud.ca.gov

- **Jerome B Falk , Jr**
  jerome.falk@aporter.com

- **Eric B Fastiff**
  efastiff@lchb.com

- **Cecilia Han**
  chan@lchb.com

- **Roger Norton Heller**
  rheller@lchb.com,chan@lchb.com

- **Kelly M Klaus**
  kelly.klaus@mto.com,shari.lorand@mto.com

- **Melinda E LeMoine**
  melinda.lemoine@mto.com,jennifer.lawlor@mto.com

- **Glenn D Pomerantz**
  cherryl.tillotson@mto.com

- **Daniel Scott Schecter**
  daniel.schecter@lw.com

- **Michael W Sobol**
  msobol@lchb.com

- **Colin B Vandell**
  colinvandell@quinnemanuel.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)