# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV 07-3314-PSG (MANx) | Date: | June 26, 2012 |
|---|---|---|---|
| Title: | F.B. T. PRODUCTIONS, LLC., ET AL. -VS- AFTERMATH RECORDS ET AL. | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Alex Joko | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:
Daniel Asimow
Richard Busch
Sara Eisenberg

Attorneys Present for Defendants:
Melinda LeMoine
Kelly Klaus
Kathryn Eidman

Proceedings: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT FILED 03-26-12 (DOC. 850)**

Having considered all papers submitted in support of and in opposition to the Motion referenced above, and the oral argument presented today, the Court takes the motion Under Submission. A ruling will be issued after full consideration of the submitted pleadings.

Furthermore, all motions in limine scheduled for hearing today, are also taken under advisement, to be reset at a later time.

|  | 0 : 37 |
|---|---|
| Initials of Preparer | wkh |