KING & BALLOW
RICHARD S. BUSCH (TN No. 014594)
(*Pro Hac Vice*)
rbusch@kingballow.com
315 Union Street, Suite 1100
Nashville, Tennessee  37201
Telephone:  615.259.3456
Facsimile:   615.726.5417

ARNOLD & PORTER LLP
JEROME B. FALK, JR. (No. 39087)
jerome.falk@aporter.com
DANIEL B. ASIMOW (No. 165661)
daniel.asimow@aporter.com
SARA J. EISENBERG (No. 269303)
sara.eisenberg@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone: 415.471.3100
Facsimile:  415.471.3400

Attorneys for Plaintiffs
F.B.T. PRODUCTIONS, LLC, and Em2M, LLC

KELLY M. KLAUS (CA No. 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (CA No. 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
AFTERMATH RECORDS; INTERSCOPE RECORDS; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>                Plaintiffs,<br><br>      v.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC., and ARY, INC.,<br><br>                Defendants. | Case No. CV 07-03314 PSG (MANx)<br><br>Action Filed: May 21, 2007<br><br>**NOTICE OF LODGING OF [PROPOSED] SCHEDULING ORDER**<br><br>Judge:         Hon. Philip S. Gutierrez<br>Courtroom:      Roybal 880 |

1 | TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs F.B.T. Productions, LLC and Em2M, LLC and Defendants Aftermath Records; Interscope Records; and UMG Recordings, Inc. hereby lodge the following document attached herewith:

[PROPOSED] SCHEDULING ORDER.

Dated: July 12, 2012

Respectfully,

ARNOLD & PORTER LLP

By: /s/ *Daniel B. Asimow*
DANIEL B. ASIMOW

KING & BALLOW

By: /s/ *Melinda E. LeMoine*
MELINDA E. LEMOINE

Attorneys for Defendants
AFTERMATH RECORDS; INTERSCOPE RECORDS; and UMG RECORDINGS, INC.

**ATTESTATION**

I, Daniel B. Asimow, am the ECF User whose ID and password are being used to file this NOTICE OF LODGING OF [PROPOSED] SCHEDULING ORDER. I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: July 12, 2012.

/s/ *Daniel B. Asimow*
DANIEL B. ASIMOW