KING & BALLOW
RICHARD S. BUSCH (TN No. 014594)
(*Pro Hac Vice*)
rbusch@kingballow.com
315 Union Street, Suite 1100
Nashville, Tennessee  37201
Telephone:  615.259.3456
Facsimile:   615.726.5417

ARNOLD & PORTER LLP
JEROME B. FALK, JR. (No. 39087)
jerome.falk@aporter.com
DANIEL B. ASIMOW (No. 165661)
daniel.asimow@aporter.com
SARA J. EISENBERG (No. 269303)
sara.eisenberg@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:  415.471.3100
Facsimile:   415.471.3400

Attorneys for Plaintiffs
F.B.T. PRODUCTIONS, LLC, and Em2M, LLC

KELLY M. KLAUS (CA No. 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (CA No. 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
AFTERMATH RECORDS; INTERSCOPE RECORDS; and UMG RECORDINGS, INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC., and ARY, INC.,<br><br>    Defendants. | Case No. CV 07-03314 PSG (MANx)<br><br>Action Filed: May 21, 2007<br><br>**[PROPOSED] SCHEDULING ORDER** |

Pursuant to the Court's order dated June 27, 2012 ("Order"), the parties have met and conferred concerning additional discovery and an amended scheduling order. The parties request that the Court enter the following order pursuant to Rule 16(b) of the Federal Rules of Civil Procedure. This order modifies the prior trial and discovery schedule in this matter.

The subject matter of any additional discovery shall be "limited to the new claims" in accordance with the Order.

(1) Each party may serve up to 25 additional requests for production of documents, 20 interrogatories, and 15 requests for admissions upon the opposing party, and may also serve third party discovery as permitted by the Federal Rules.

(2) Each party may notice one Rule 30(b)(6) deposition and may notice up to three additional seven-hour depositions of party-affiliated individuals, and may also notice third-party depositions as permitted by the Federal Rules.

(3) All fact discovery must be completed on or before November 9, 2012.

(4) Expert witness disclosures in accordance with Rule 26(a)(2) must be made on or before December 14, 2012. Rebuttal reports, if any, must be disclosed in accordance with Rule 26(a)(2) on or before January 18, 2013.

(5) All expert discovery must be completed on or before February 8, 2013.

(6) All parties reserve their rights to object, move to compel, or move for a protective order in accordance with the Federal Rules regarding any discovery.

(7) Dispositive motions shall be filed no later than March 5, 2013.

(8) The parties request the first available trial date on or after April 23, 2013. Based on the Court's calendar, trial shall commence on _____. The final pre-trial conference shall occur on _____.

(9) The parties shall meet and confer prior to filing any motions in limine and determine which, if any, of the previously filed motions in limine remain germane. In accordance with the Court's Standing Order for Civil Jury Trials, any additional motions in limine shall be filed 45 days before the trial date; oppositions

shall be filed 25 days before the trial date; and replies 10 days before the trial date.

(10) All other trial-related deadlines, including deadlines for disclosure of witness lists, exhibit lists, jury instructions and proposed voir dire, shall be calculated based on the final pre-trial conference and trial date set forth herein as provided in Local Rule 16 and/or the Court's Standing Order for Civil Jury Trials.  In the event of a conflict, this Court's Standing Order for Civil Jury Trials shall govern.

(11)   The parties may ask the Court to modify the above schedule upon a showing of good cause.

IT IS SO ORDERED.

DATED: _____, 2012.

_____
HONORABLE PHILIP S. GUTIERREZ
U.S. DISTRICT COURT JUDGE