KING & BALLOW
RICHARD S. BUSCH (TN Bar No. 014594)
(*Pro Hac Vice*)
rbusch@kingballow.com
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: 615.259.3456
Facsimile: 615.726.5417

ARNOLD & PORTER LLP
JEROME B. FALK, JR. (Bar No. 39087)
jerome.falk@aporter.com
DANIEL B. ASIMOW (Bar No. 165661)
daniel.asimow@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for Plaintiffs
F.B.T. PRODUCTIONS, LLC, and Em2M, LLC

MUNGER, TOLLES & OLSON LLP
KELLY M. KLAUS (CA No. 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (CA No. 235670)
Melinda.LeMoine@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
AFTERMATH RECORDS;
INTERSCOPE RECORDS; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F.B.T. PRODUCTIONS, LLC, and Em2M, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT; INTERSCOPE RECORDS; UMG RECORDINGS, INC., and ARY, INC.,<br><br>Defendants. | Case No. CV 07-03314 PSG (MANx)<br><br>Action Filed: May 21, 2007<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs F.B.T. Productions, LLC and Em2M, LLC and Defendants Aftermath Records, Interscope Records, and UMG Recordings, Inc. hereby inform the Court that this action has been resolved to the satisfaction of all parties. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants thus hereby stipulate to the dismissal of all claims in this case, with prejudice, and without costs or fees to any party. That includes all claims encompassed within both the Second Amended Complaint (Dkt. No. 100), as amended by the Supplemental Complaint for Breach of Contract and Declaratory Judgment filed on July 6, 2012.

DATED: October 29, 2012

KING & BALLOW

By: *Richard Busch (MEL - w/permission)*
Richard S. Busch

Attorneys for Plaintiffs

DATED: October 29, 2012

MUNGER, TOLLES & OLSON LLP

By: *Melinda LeMoine*
Melinda E. LeMoine

Attorneys for Defendants